1  **LAW OFFICES OF  RONALD A. MARRON**
   RONALD A. MARRON (SBN 175650)
2  *ron@consumersadvocates.com*
   MICHAEL T. HOUCHIN (SBN 305541)
3  *mike@consumersadvocates.com*
   651 Arroyo Drive
4  San Diego, California 92103
   Telephone: (619) 696-9006
5  Facsimile: (619) 564-6665

6  **LAW OFFICE OF DAVID ELLIOT**
   DAVID ELLIOT (SBN 270381)
7  *davidelliot@elliotlawfirm.com*
   2028 3rd Avenue
8  San Diego, CA 92101
   Telephone: (858) 228-7997
9  *Attorneys for Plaintiff and the Proposed Class*

10

11              **UNITED STATES DISTRICT COURT**
                **SOUTHERN DISTRICT OF CALIFORNIA**
12

13  CRYSTAL HILSLEY, on behalf of          ) Case No. 3:17-CV-2335-GPC-MDD
    herself and all others similarly situated, )
14                                          ) **CLASS ACTION**
                                            )
15                          Plaintiff,      )
                                            )
16          vs.                             ) **DECLARATION OF DR. GEORGE**
                                            ) **E. BELCH IN SUPPORT OF**
17                                          ) **PLAINTIFF'S MOTION FOR**
                                            ) **CLASS CERTIFICATION AND**
18                                          ) **TO APPOINT CLASS COUNSEL**
    OCEAN SPRAY CRANBERRIES, INC.; )
19  ARNOLD WORLDWIDE LLC, and Doe )
    defendants 1 through 5, inclusive,      ) Date:   October 12, 2018
20                                          ) Time:  1:30 p.m.
                            Defendants.     ) Ctrm:  2D
21                                          ) Judge: Hon. Gonzalo P. Curiel
                                            )
22                                          )
                                            )
23                                          )
                                            )
24                                          )
                                            )
25                                          )
                                            )
26  _____ )

27

28

                               -1-

**Crystal Hilsley**
**v.**
**Ocean Spray Cranberries, Inc.**
**Arnold Worldwide LLC**

**United States District Court for**
**the Southern District of California**

**Case No. 3:17-CV-2335-GPC-MDD**

**Expert Report**

**of**

**Dr. George E. Belch**

I am above the age of 18, not a party to the within action, and have personal knowledge of the following information.  If called upon to testify, I could and would testify competently to the following:

**QUALIFICATIONS AND PRIOR TESTIMONY**

1.  I am a Professor of Marketing and Senior Associate Dean of the Fowler College of Business at San Diego State University.  I received a Ph.D. degree in Marketing from the University of California, Los Angeles, a Master's of Science degree in Marketing from the University of Colorado, and a Bachelor of Science degree in Marketing from the Pennsylvania State University. I have conducted marketing training seminars and served as a consultant for a number of Fortune 1,000 companies including Microsoft, Sprint, Qualcomm, Fluor Corporation, Arbitron, and Texas Industries.  I have served as a professor in the marketing discipline for the past 38 years and taught courses on consumer behavior, advertising, integrated marketing communications, marketing strategy and planning, and marketing research.

2.  I have done extensive research on consumer behavior and the effects of various forms of marketing communication on consumer decision making.  I have published more than 30 articles in refereed academic journals and professional conference proceedings in the areas of consumer behavior, advertising, marketing communications and public health. Many of these articles have been published in top journals in the marketing discipline including the *Journal of Marketing Research*, *Journal of Consumer Research*, *Journal of Advertising*, *Journal of Consumer Affairs, International Journal of Advertising* and the *Journal of Business Research*.

1

A number of these articles have examined issues regarding consumer decision making and the processing of information from advertising and other types of marketing communication.

I also have been a co-investigator on several National Institute of Health funded research grants and have co-authored a number of articles that have been published in top journals in the public health discipline including the *American Journal of Public Health, Health Education and Behavior, Contemporary Clinical Trials, Journal of the American Academy of Dermatology,* and *Preventive Medicine.*

3.  As a marketing professor, consultant and expert witness I have conducted and reviewed numerous research studies on a wide range of topics regarding consumer decision-making, evaluations of and responses to advertising messages, and evaluations of product labels and the resulting impact on consumer choice and behavior.

4.  I have co-authored a textbook on advertising, *Advertising and Promotion: An Integrated Marketing Communications Perspective*, which is published by McGraw Hill-Education.  This book is now in its 11th edition and is the most widely used textbook for advertising and promotion courses taught in business schools in the United States. Further details of my academic and professional background are presented in my curriculum vita, a copy of which is attached to this report.

5.  I have been retained as an expert in more than 20 cases involving various marketing and consumer behavior-related issues including several cases that have dealt with deceptive marketing practices including misleading advertising, product labeling and/or other forms of marketing communication.  I have been accepted by the courts as a marketing expert and provided court testimony in nine cases. A document listing the cases I have been involved with as an expert and for which I have given depositions and/or court testimony is appended to this

2

report. I am being compensated based upon my standard billing rate of $300 per hour for background research, review of documents, and report preparation, and $400 per hour for deposition and trial testimony.

## ASSIGNMENT

6. I have been retained by the Law Offices of Ronald A. Marron, APLC and the Elliot Law Firm to address matters involving the case of Crystal Hilsley v. Ocean Spray Cranberries, Inc. Specifically, I have been asked to offer opinions regarding whether the claim made on the package label that Ocean Spray Cranberry juice-based beverage products, such as Cran-Apple and Cran-Grape, contain no artificial flavors and the absence of a label declaration of artificial flavors, affect the price a reasonable consumer is willing to pay for them.  It is my understanding that the plaintiff relied upon deceptive labeling on the Ocean Spray Cran-Apple and Cran-Grape products regarding the use of artificial flavoring for these products. The plaintiff was not aware of the fact that the products contained artificial flavoring and purchased them with the understanding that they were naturally flavored with no artificial ingredients.

7. The opinions offered in this report are based on the results of a consumer survey conducted for this litigation and on my background, experience and expertise in marketing and consumer behavior.

8. In conjunction with my work on this matter, I have reviewed the following: the Class Action Complaint filed by The Elliot Law Firm: Crystal Hilsley v. Ocean Spray Cranberries, Inc., Arnold Worldwide LLC, Doe Defendants 1-5, (Case No. 3:17-CV-2335-GPC-MDD); and the 2017 Spring GfK Reporter MRI study of consumers who have used Ocean Spray 100% juice products in the last 6 months.

9. I am aware of my continuing obligation under Rule 26 of the Federal Rules of Civil Procedure to supplement this report if additional information becomes available. I intend to supplement

this report if information becomes available which would cause me to amend or supplement my opinions and/or observations in this matter.

**SURVEY METHODOLOGY**

10. The design of the research study conducted used as the basis of my opinions follows generally accepted principles for surveys used as evidence in litigation.  The design of a reliable survey requires proper attention to the following key areas: the definition of the relevant population; the procedures for sampling from the relevant population; the survey design and questions used; the nature of the specific test and control stimuli shown to sampled consumers; and the analysis of the data gathered from the survey.

11. For a class action case testing consumers' expectations based on the claims made on the labels of the Ocean Spray Cran-Apple and Cran-Grape juice products, the relevant population is consumers who have purchased these products in the specific market during the period at issue. For this study, the class is defined as all California citizens who purchased the products or related products in California on or after January 1, 2011, excluding Defendants and Defendants' officers, directors, employees, agents and affiliates, and the Court and its staff.

12. For this study, an online survey was used to sample consumers residing in California who have purchased Ocean Spray Cranberry juices, including various flavors such as Cran-Apple and Cran-Grape, during the past six months.  The use of online surveys is very common in market research and allows consumers participating in the study to view and evaluate stimuli such as product labels and answer relevant questions.

13. Four different versions of the survey were developed for this study using the Qualtrics online survey platform.  Two of the surveys included bottles and package labels for Ocean Spray Cran-Apple juice and two included package labels for Ocean Spray Cran-Grape juice.  For

4

each product, the control version of the survey included the standard bottle/package labeling used for either Cran-Apple or Cran-Grape juice. The labels contained the claim "No High Fructose Corn Syrup, Artificial Colors or Flavors" in a banner displayed prominently on the front of the package above the Cran-Apple or Cran-Grape name banner. For the test versions of the survey, the control labels were modified to show only the words "Artificially Flavored" in this same banner location. A second banner was created and added above the Cran-Apple or Cran-Grape name banner containing the words "No High Fructose Corn Syrup or Artificial Colors." This banner was added to ensure that the test versions of the Cran-Apple and Cran-Grape labels contained the same ingredient claims as the control versions and that the only difference between the two labels was the information that the product is artificially flavored. Exhibit 1 shows the two control bottles/labels for the Ocean Spray Cran-Apple and Cran-Grape products while Exhibit 2 shows the two bottles/labels for the test versions of each product.

14. The four versions of the survey were administered to an online panel of 400 consumers maintained by Qualtrics, which is a leading market research firm. One hundred consumers completed each of the four versions of the survey. Only consumers 18 years of age and older and residing in the state of California were eligible for inclusion in the survey sample. The sampling plan also included age and gender quotas to ensure that survey respondents represented a diverse cross-section of the relevant population. The specific quotas were based on the Spring 2017 GfK MRI report of consumers who had purchased Ocean Spray cranberry juices in the past six months. A copy of this report is shown in Exhibit 3. The GfK MRI report showed that the users of Ocean Spray Cranberry juice skews slightly higher for women versus men and slightly higher for consumers over the age of 44. In order to qualify for participation in the survey, respondents had to indicate that they had purchased Ocean Spray cranberry juice

in the past six months. The specific gender and age quotas used in this study are as follows: 55-60% female and 40 to 45% male; 18-34 = 20%, 35-54 = 30%, 55-64 = 30%, 65+ = 20%.

15. The survey procedures for this study were as follows.  Once the consumers met the qualifications for the study, they were given the following instructions:  *You are invited to participate in a survey examining consumers' opinions and evaluations of product packaging and labels used for various juice products.  You will be shown several pictures of different juice products and asked to answer some questions about them.  Please evaluate the juice products as you would when shopping in a grocery store and considering the product for purchase.* Survey participants were then shown an image of one of the two versions (test or control) of either the Ocean Spray Cran-Apple or Cran-Grape bottle and asked to examine and evaluate it with regard to six different criteria (attractive, interesting, unique, colorful, appealing, informative) on a 7-point semantic differential scale. They were then asked, "Would any of the images shown on the Ocean Spray Cran-Apple/Cran-Grape label be important to you when evaluating the product for purchase?" If they responded yes, participants were asked to indicate which particular image(s) by responding to an open-ended question.  The next question in the survey asked "Would any of the information shown on the Ocean Spray Cran-Apple/Cran-Grape label would be important to you when evaluating this product for purchase?" If they responded yes, they were asked to indicate which information would be of interest to them by responding to an open-ended question.

16. For the next part of the online survey, participants were shown an image of the Cran-Apple or Cran-Grape label that was portioned into seven sections and given the following instructions: *Please click on the parts of the Ocean Spray Cran-Apple/Cran-Grape juice label that would be most important to you in evaluating this product for purchase. Your selection will turn green*

6

*when you highlight the area(s) of interest. Again, only click on areas of the label that would be important to you.* Once this response task was completed, respondents were to evaluate the Ocean Spray Cran-Apple/Cran-Grape product based on the information and images shown on the label on five different product attributes: high in nutritional value, is a healthy product, contains natural ingredients, contains artificial colors, and contains artificial flavors. A five-point scale ranging from strongly agree to strongly disagree was used to measure these product attribute evaluations. After rating the product on these five attributes, respondents were asked the likelihood of purchasing Ocean Spray Cran-Apple/Cran-Grape if they were considering purchasing a juice product.

17. The next section of the survey focused on the price respondents are willing to pay for Ocean Spray Cran-Apple/Cran-Grape juice.  Respondents were provided reference price information as follows: "A 64 oz. (1.89L) bottle of cranberry juice sells for an average price of $3.25 in a grocery store or online." They were then asked to indicate how much they would be willing to pay for a 64 oz. bottle of Ocean Spray Cran-Apple/Cran-Grape juice and were given 10-cent price increments both below and above the $3.25 average price.  Survey participants in the control/no artificial flavors conditions were asked an additional pricing question which was as follows:  *The label states that Ocean Spray Cran-Apple/Cran-Grape juice has no artificial flavors.  If Ocean Spray Cran-Apple/Cran-Grape juice was artificially flavored, would this have an influence on the price you would be willing to pay for this product?* If consumers responded no or unsure to this question they were asked to answer a question regarding the likelihood they will purchase Ocean Spray Cran-Apple/Cran-Grape or another Ocean Spray Cranberry juice flavor in the next six months. If respondents answered yes to this question they were asked how this information would influence the price they would be willing to pay for a

64oz. bottle of Ocean Spray Cran-Apple/Cran-Grape juice by indicating whether they would be willing to pay more, would be willing to pay less or would not purchase it. The purpose of this question was to determine how consumers would respond if they knew that Ocean Spray Cran-Apple/Cran-Grape juice was artificially flavored and how this disclosure would influence the price they might be willing to pay for the product.

18. After evaluating the Ocean Spray Cran-Apple/Cran-Grape bottle/package labels, the respondents were asked to evaluate the bottle/package label for a 64 fl. oz. bottle of Mott's Apple Juice and to answer the same set of questions asked for the Ocean Spray Cran-Apple/Cran Grape products. Respondents were asked to evaluate the Mott's Apple Juice label so they would not perceive this survey as focusing only on Ocean Spray Cranberry juice products. Responses to the questions regarding Mott's Apple juice can also be compared to those for the Ocean Spray Cran-Apple/Cran-Grape products for consistency purposes. Copies of the four online survey instruments used in this study are shown in Exhibit 4.

# SURVEY RESULTS

**Design of Ocean Spray Bottle and Label**

19. The first set of questions asked of survey respondents was to evaluate the Ocean Spray Cranberry juice bottle as well as the label used on six criteria including the attractiveness, interestingness and uniqueness of the design, and whether the label is colorful, appealing and informative. Table 1 shows the ratings of the four Ocean Spray Cranberry juice product bottles and labels on these six criteria. Ratings are shown for each of the four individual products as well as for the two no artificial control versions and two artificially flavored test versions combined. (It should be noted that lower numbers mean that the evaluation of the product is more favorable). As can be seen in this table, evaluations of the four package labels show some variation across the six criteria but there are no significant differences across the four products. A comparison of the combined ratings for the original/control Ocean Spray Cran-Apple and Cran-Grape labels, which contains the banner stating "No High Fructose Corn Syrup or Artificial Colors or Flavors," with the test labels which has a banner stating the juices are "Artificially Flavored" revealed no statistically significant differences. The similar evaluations of the control/original and test versions of the Cran-Apple and Cran-Grape labels is important as it shows that the modifications made to the test label did not impact survey respondents perceptions of the design aspects of the label nor their ratings of it with regard to its appeal and whether it was viewed as informative.

**Table 1**

**Evaluation of Ocean Spray Cranberry Juice
Bottles and Labels**

| Evaluation Criterion | Cran-Apple No Artificial Flavors (Control) (n=100) | Cran-Grape No Artificial Flavors (Control) (n=100) | Combined No Artificial Flavors (Control) (n=200) | Cran-Apple Artificially Flavored (Test) (n=100) | Cran-Grape Artificially Flavored (Test) (n=100) | Combined Artificially Flavored (Test) (n=200) |
|---|---|---|---|---|---|---|
| Attractive design | 2.22 | 1.97 | 2.10 | 2.28 | 2.16 | 2.22 |
| Interesting design | 2.61 | 2.47 | 2.54 | 2.58 | 2.72 | 2.65 |
| Unique design | 3.20 | 2.93 | 3.07 | 2.78 | 3.11 | 2.95 |
| Colorful label | 2.00 | 1.86 | 1.93 | 1.75 | 1.88 | 1.82 |
| Appealing label | 2.37 | 2.12 | 2.25 | 2.06 | 2.24 | 2.15 |
| Informative label | 2.43 | 2.17 | 2.30 | 2.06 | 2.32 | 2.19 |

Ratings on 7 point scale semantic differential scale where 1=very, 7=not very

**Parts of Label of Importance in Product Evaluations**

20. After rating the Ocean Spray Cran-Apple/Cran-Grape juice bottles and labels on the six criteria, survey respondents were asked the following question: "Would any of the images shown on the Ocean Spray Cran-Apple/Cran-Grape label be important to you when evaluating the product for purchase?" If they responded yes, participants were then asked to list the particular image(s).Table 2 shows the number of respondents that answered yes to this question and the specific images they listed for the four different labels.

**Table 2**

**Images on Ocean Spray Labels**
**Important in Evaluating Product for Purchase**

| | Cran-Apple No Artificial Flavors (Control) (n=100) | Cran-grape No Artificial Flavors (Control) (n=100) | Cran-Apple Artificially Flavored (Test) (n=100) | Cran-Grape Artificially Flavored (Test) (n=100) |
|---|---|---|---|---|
| Number responding yes | 78 | 68 | 88 | 72 |
| Pictures/Images of Fruits | 48 | 38 | 46 | 36 |
| Artificially Flavored Banner | | | 14 | 21 |
| No Artificial Flavors  or color | 4 | 3 | | |
| No High Fructose, Corn Syrup | 6 | 2 | 3 | 7 |
| Ingredients | 5 | 6 | 1 | 0 |
| 100% Vitamin C | 4 | 6 | 2 | 2 |
| Brand Name | 1 | 4 | 2 | 5 |
| Other | 10 | 8 | 17 | 11 |

As can be seen in Table 2, the images listed most often as being important in evaluating the Ocean Spray Cran-Apple/Cran-Grape juice products are the pictures of the fruits shown on the label.  Fifty percent or more of the respondents who noted that an image on the label as being important listed pictures of fruit. The second most frequently mentioned image is the "Artificially Flavored" banner shown on the test versions of the Cran-Apple and Cran-Grape

11

labels. Sixteen percent of the respondents who saw the Cran-Apple artificially flavored version of the label listed this banner as being important while 29% of the respondents who saw the Cran-Grape version mentioned it. None of the other images on the labels of the Cran-Apple and Cran-Grape products received a significant number of mentions.

21. After responding to the question regarding the images on the Ocean Spray Cran-Apple and Cran-Grape labels that would be important to them in evaluating the product for purchase, respondents were asked a similar question that focused on whether any of the information shown on the label would be important when evaluating this product for purchase. If they responded yes, respondents were then asked to indicate which information would be of interest to them. Table 3 shows the number of respondents that answered yes to this question and the specific information they listed for the four different labels. As can be seen in this table, the information listed most often as being important in evaluating the products for purchase is the "Artificially Flavored" banner shown on the test version of the Cran-Apple and Cran-Grape labels.  Slightly more than half (52%) of the respondents who saw the Cran-Apple test version and noted that information on the label would be important in evaluating the product for purchase listed artificially flavored as important while 44% of those seeing the Cran-Grape version noted that artificial flavoring is important. The second most frequently mentioned information item on the labels was that the Ocean Spray Cran-Apple and Cran-Grape juice products have no high fructose corn syrup. This was followed by the information on the label about the ingredients, the product having 100% Vitamin C, and no artificial colors.

**Table 3**

**Information on Ocean Spray Labels
Important in Evaluating Product for Purchase**

| | Cran-Apple No Artificial Flavors (Control) (n=100) | Cran-grape No Artificial Flavors (Control) (n=100) | Cran-Apple Artificially Flavored (Test) (n=100) | Cran-Grape Artificially Flavored (Test) (n=100) |
|---|---|---|---|---|
| Number responding yes | 76 | 70 | 83 | 88 |
| No Artificial Flavors | 5 | 6 | | |
| Artificially Flavored | | | 43 | 39 |
| No High Fructose Corn Syrup | 12 | 15 | 21 | 18 |
| No Artificial Colors | 5 | 7 | 2 | 7 |
| Ingredients | 7 | 9 | 8 | 4 |
| 100% Vitamin C | 10 | 5 | 4 | 4 |
| Brand Name | 6 | 3 | 1 | 3 |
| Flavor | 1 | 7 | 3 | 7 |
| Nutrition | 4 | 0 | 1 | 3 |
| Sugar | 4 | 3 | 1 | 1 |
| Other | 12 | 8 | 12 | 6 |

22. After responding to the questions regarding the importance of images and information on the Ocean Spray Cranberry juice labels, additional information was collected regarding information on the product labels that would be important to the respondents in evaluating the product for purchase.  For this part of the survey, respondents were shown an image of the Ocean Spray Cran-Apple or Cran-Grape product label and asked to click on the sections that would be important to them in evaluating the product for purchase.  When the respondent clicked on a specific part of the label, the highlighted area would turn green to show that it was selected. The seven regions for the control (No artificial flavors) versions of the label are shown in Figure 1 while the seven regions for the test version (Artificially Flavored) are shown in Figure 2.

**Figure 1**

**Regions for Control Label**



**Figure 2**

**Regions for Test Label**



23. Table 4 shows the number of times respondents clicked on the seven different sections of the four versions of the Ocean Spray Cranberry juice labels along with the average number of times for the two control (no artificial flavors) labels and the two test (artificially flavored) labels. For the control labels, region 1, the section of the control Ocean Spray Cran-Apple/Cran-Grape juice labels that contains the claim "No High Fructose Corn Syrup, Artificial Colors or Flavors," was viewed by half of the respondents for both products. The second most viewed section of the label is region 5, which contains pictures of grapes and cranberries. Regions 3, 4 and 6 were viewed by about a quarter of the respondents who saw the control versions of the Cran-Apple and Cran-Grape labels.

15

For the test versions the most frequently viewed part of the labels was region 2 which contains the banner "No High Fructose Corn Syrup or Artificial Colors" followed by region 1 which contains the "Artificially Flavored" banner. Nearly half of the respondents who saw the test versions of the Cran-Apple and Cran-Grape labels viewed region 2 while a little more than a third (35%) viewed the Artificially Flavored banner.  Region 5, which contains the images of the fruit was viewed by 30% of the respondents who evaluated the test version labels while region 7 at the bottom of the label was viewed by a quarter of the respondents.

**Table 4**

**Sections of Ocean Spray Label
Important in Evaluating Product**

| Section of Label | Cran-Apple No Artificial Flavors (Control) (n=100) | Cran-Grape No Artificial Flavors (Control) (n=100) | Average No Artificial Flavors (Control) (n=200) | Cran-Apple Artificially Flavored (Test) (n=100) | Cran-Grape Artificially Flavored (Test) (n=100) | Average Artificially Flavored (Test) (n=200) |
|---|---|---|---|---|---|---|
| Region 1 | 50% | 52% | 51% | 32% | 38% | 35% |
| Region 2 | 0 | 1 | 1 | 51 | 46 | 48 |
| Region 3 | 19 | 26 | 23 | 11 | 11 | 11 |
| Region 4 | 20 | 32 | 26 | 19 | 16 | 17 |
| Region 5 | 33 | 55 | 44 | 29 | 30 | 30 |
| Region 6 | 12 | 22 | 17 | 17 | 19 | 18 |
| Region 7 | 20 | 29 | 24 | 18 | 30 | 24 |

Numbers represent percentage of respondents clicking on the region of label

24. The results of the questions regarding the importance of the images and information on the Cran-Apple and Cran-Grape labels clearly show that consumers consider whether Ocean Spray Cranberry juice products have artificial ingredients when evaluating them for purchase. The importance of the presence or absence of artificial flavors, colors and fructose corn syrup is further demonstrated by the fact that a significant number of survey respondents clicked on sections of the product labels containing information about these product attributes when asked to indicate what would be important to them in evaluating the product for purchase.

**Evaluation of Product for Control and Test Versions of Label**

25. The next set of questions asked the survey respondents to evaluate the Ocean Spray Cran-Apple/Cran-Grape juice products based on the information and images shown on the label on five different product attributes: high in nutritional value, is a healthy product, contains natural ingredients, contains artificial colors, and contains artificial flavors. A five-point scale ranging from strongly agree to strongly disagree was used to measure these product attribute evaluations. Table 5 shows evaluations of the four individual products as well as for the two no artificial flavors/control and two artificially flavored/test versions combined.  As can be seen in this table, respondents who saw the control versions of the Cran-Apple and Cran-Grape labels, which state the products have no artificial flavors, rated it as higher in nutritional value, as a more healthy product, and as containing natural ingredients compared to those who saw the test versions  which state that the products are artificially flavored.  (It should be noted that lower numbers mean that the evaluations of the product are more favorable). The differences in the mean scores for the control and test versions of the label are statistically significant for all three attributes. The results in Table 5 also show that respondents who saw the control versions of the Cran- Apple and Cran-Grape labels did perceive the product as containing no

artificial flavors while respondents who saw the test versions of the labels perceived the product as being artificially flavored.

**Table 5**

**Ratings of Ocean Spray Cranberry Juice
Based on Information and Images on Labels**

| Attribute | Cran-Apple No Artificial (Control) (n=100) | Cran-Grape No Artificial (Control) (n=100) | Combined No Artificial (Control) (n=200) | Cran-Apple Artificial (Test) (n=100) | Cran-Grape Artificial (Test) (n=100) | Combined Artificial (Test) (n=200) |
|---|---|---|---|---|---|---|
| High in Nutritional Value | 1.73 | 1.67 | 1.70* | 1.94 | 2.02 | 1.98* |
| Healthy Product | 1.71 | 1.70 | 1.71* | 2.05 | 2.13 | 2.09* |
| Contains Natural Ingredients | 1.52 | 1.61 | 1.57* | 2.30 | 2.24 | 2.27* |
| Contains No Artificial (na) or Artificial (a) Colors | 1.60 (na) | 1.62 (na) | 1.61 (na) | 2.66 (a) | 3.11(a) | 2.89 (a) |
| Contains No Artificial (na) or Artificial (a) Flavors | 1.54 (na) | 1.59 (na) | 1.57 (na) | 1.52 (a) | 1.76 (a) | 1.64 (a) |

Ratings on 5-point scale where; 1= strongly agree, 5= strongly disagree

* Indicates that difference in mean scores is statistically significantly

**Purchase Likelihood**

26. After evaluating the products on the five attributes, survey respondents were asked a question regarding the likelihood of purchasing Ocean Spray Cran-Apple/Cran-Grape juice if they were considering purchasing a juice product.   A seven-point scale ranging from very likely to purchase to very unlikely to purchase was used to measure purchase likelihood. The average purchase likelihood scores for the control/no artificial flavors versions of Cran-Apple and Cran-Grape juice was 2.05 versus 2.97 for the two test/artificially flavored versions. (Lower numbers mean greater likelihood of purchasing the product).  The difference in the mean scores is statistically significant.

**Table 6**

**Purchase Likelihood for Ocean Spray Cranberry Juice Products**

| Purchase Likelihood | Cran-Apple No Artificial Flavor (Control) (n=100) | Cran-Grape No Artificial Flavor (Control) (n=100) | Combined No Artificial (Control) (n=200) | Cran-Apple Artificially Flavored (Test) (n=100) | Cran-Grape Artificially Flavored (Test) (n=100) | Combined Artificially Flavored (Test) (n=200) |
|---|---|---|---|---|---|---|
| Likelihood of purchasing Ocean Spray if considering purchasing a juice product | 2.15 | 1.99 | 2.05* | 2.90 | 3.04 | 2.97* |

Response to 7 point scale where 1=very likely to purchase, 7 = very unlikely to purchase

*difference in mean scores is statistically significant

19

27. Based on the results shown in Tables 5 and 6, it is clear that the use of the no artificial flavors claim results in more favorable perceptions and evaluations of the Ocean Spray Cran-Apple and Cran-Grape products as well as stronger likelihood of purchase.  Respondents who saw the label stating that the Cran-Apple and Cran-Grape juices are artificially flavored rated the product less favorably with respect to important attributes such as nutrition value, healthiness, and having natural ingredients.  The likelihood of purchasing these Ocean Spray Cranberry juice products is also higher when the no artificial flavors claim is used on the label as compared to when consumers saw a label disclosing that the juices are artificially flavored.

**Price Willing to Pay for Ocean Spray Juices**

28. The next question asked of survey respondents was the price they would be willing to pay for a bottle of Ocean Spray Cranberry juice.  Respondents were provided reference price information as follows:  "A 64 oz. (1.89L) bottle of cranberry juice sells for an average price of $3.25 in a grocery store or online."  They were then asked to indicate how much they would be willing to pay for a 64 oz. bottle of Ocean Spray Cran-Apple/Cran-Grape juice and were given 10-cent price increments both below and above the $3.25 average selling price.  Table 7 shows the percentage of respondents willing to pay various prices for the Ocean Spray Cran-Apple and Cran-Grape products based on the version of the product label they saw.  Respondents who saw the two control/no artificial flavors versions of the label cited the $2.99 price (19%) and the average price point of $3.25 (18%) most often as the price they would be willing to pay.  Respondents who saw the two test/artificially flavored versions of the label cited the $2.99 price (23%) and less than $2.79 (13%) most often followed by the average selling price of $3.25 (12%).  A comparison of the two survey groups that saw the test versus control versions of the label shows that 58% of the respondents who saw the control labels

were willing to pay less than the $3.25 average while 64% of those who saw the test labels were willing to pay less than the average price.

**Table 7**

**Price Willing to Pay for 64 fl. oz. Bottle of Ocean Spray**

| Price | Cran-Apple No Artificial Flavors (Control) | Cran-Grape No Artificial Flavors (Control) | Combined No Artificial Flavors (Control) | Cran-Apple Artificially Flavored (Test) | Cran-Grape Artificially Flavored (Test) | Combined Artificially Flavored (Test) |
|---|---|---|---|---|---|---|
| Less than $2.79 | 8% | 11% | 10% | 15% | 11% | 13% |
| $2.79 | 12% | 11% | 12% | 12% | 7% | 10% |
| $2.89 | 5% | 9% | 7% | 5% | 8% | 7% |
| $2.99 | 15% | 23% | 19% | 22% | 23% | 23% |
| $3.09 | 7% | 9% | 8% | 8% | 9% | 9% |
| $3.19 | 3% | 1% | 2% | 3% | 1% | 2% |
| **$3.25 average** | 19% | 16% | 18% | 12% | 11% | 12% |
| $3.29 | 3% | 0 | 2% | 3% | 2% | 3 |
| $3.39 | 5% | 1% | 3% | 3% | 4% | 4% |
| $3.49 | 10% | 5% | 8% | 4% | 4% | 4% |
| $3.59 | 8% | 3% | 6% | 4% | 6% | 5% |
| $3.69 | 2% | 5% | 4% | 0 | 2% | 1% |
| $3.79 | 0 | 0 | 0 | 2% | 4% | 3% |
| $3.89 | 0 | 1% | 1% | 2% | 3% | 3% |
| $3.99 | 3% | 3% | 3% | 5% | 2% | 3% |
| More than $3.99 | 0 | 2% | 1% | 1% | 3% | 2% |
| % willing to pay less than average price | 50% | 64% | 58% | 65% | 59% | 64% |

21

**Effects of Disclosing Artificial Flavoring**

29. After indicating the price they would be willing to pay for a 64 oz. bottle of Ocean Spray
Cranberry juice, survey respondents who saw the control version of the label which stated that
Cran-Apple/Cran-Grape juice did not have any artificial flavors were asked an additional
hypothetical pricing question to determine how disclosure of the use of artificial flavors in the
juices would affect the price they would be willing to pay.  The hypothetical question was as
follows: *The label states that Ocean Spray Cran-Apple/Cran-Grape juice has no artificial
flavors.  If Ocean Spray Cran-Apple/Cran-Grape juice was artificially flavored, would this
have an influence on the price you would be willing to pay for this product?* If consumers
responded no or unsure to this question, they were then asked to answer a final question
regarding the likelihood they will purchase Cran-Apple/Cran-Grape or another Ocean Spray
Cranberry juice flavor in the next six months. If respondents answered yes to this question,
they were asked how this information would influence the price they would be willing to pay
by indicating whether they would be willing to pay more, would be willing to pay less or would
not purchase it. Respondents who indicated they would be willing to pay less or more were
then asked how much less/more on a scale ranging from zero to 99 cents.

30. Table 8 shows how disclosure of the use of artificial flavoring would affect the price
respondents would be willing to pay for Ocean Spray Cran-Apple and Cran-Grape juice.  As
can be seen in this table, nearly 70% of the respondents indicated that this would influence the
price they would be willing to pay for the Cran-Apple and Cran-Grape juice products, while
19% said it would not have an influence and 12% were unsure.  Survey respondents who
indicated this disclosure would influence the price they would be willing to pay (yes response)
were then asked how awareness of the use of artificial flavoring in the Ocean Spray Cran-

Apple or Cran-Grape juice  products would influence the price they are willing to pay.  As can

be seen in Table 8, 55% of the yes respondents indicated they would not purchase Cran-Apple

or Cran-Grape juice if it was artificially flavored while 39% of the yes respondents said they

would be willing to pay less for the products.  Only 5% of the respondents who indicated that

artificially flavoring would influence the price they would be willing to pay for the product

said they would be willing to pay more for either Cran-Apple or Cran-Grape juice.

**Table 8**

**Influence of Artificially Flavored Disclosure
On Price Willing to Pay**

| | Cran-Apple No Artificial Flavors (n=100) | Cran-Grape No Artificial Flavors (n=100) | Average No Artificial Flavors (n=200) |
|---|---|---|---|
| Yes would influence price willing to pay | 72%  (72) | 66% (66) | 69%  (138) |
| No would not influence price willing to pay | 14% (14) | 23% (23) | 19% (19) |
| Unsure if information would influence price willing to pay | 14% (14) | 11% (11) | 12%  (12) |
| **Influence of Artificially Flavored Disclosure** | | | |
| Would not purchase if artificially flavored (of yes responses) | 51% (37) | 59% (39) | 55% (76) |
| Willing to pay less if artificially flavored (of yes responses) | 39% (28) | 39% (26) | 39% (54) |
| Amount less willing to pay | 63 cents | 59 cents | 61 cents |
| Willing to pay more if artificially flavored (of yes responses) | 10% (7) | 1% (1) | 5% (8) |
| Amount more willing to pay | 47 cents | 25 cents | 45  cents |

23

31. Respondents who indicated they would be willing to pay less or more for Ocean Spray Cran-Apple or Cran-Grape juice if it was artificially flavored were then asked how much less/more they would be willing to pay. As can be seen in Table 8, the average amount *less* the respondents indicated they would be willing to pay was 61 cents. For the small number of respondents who indicated they would be willing to pay more, the average amount was 45 cents. The results shown in Table 8 indicate that nearly 70% of the respondents who saw a label stating that Ocean Spray Cran-Apple or Cran-Grape juice contains no artificial flavors would have their purchase behavior impacted if they knew these juices were artificially flavored. Just over half of these respondents indicated they would not purchase the Ocean Spray products if they were artificially flavored, while nearly 40% would pay an average of 61 cents less for the product.

32. The final question asked of the survey respondents was the likelihood of purchasing Ocean Spray Cran-Apple/Cran-Grape or another Ocean Spray Cranberry juice flavor in the next six months. Table 9 shows the mean purchase intention scores for the respondents who saw the no artificial flavors/control versions of the label and those who saw the artificially flavored/test versions of the Cran-Apple and Cran-Grape labels. As can be seen in this table, respondents who saw the no artificial flavors/control version of the label are more likely to purchase the product in the next six months (average = 1.90) versus those who saw the artificially flavored/test versions of the label (average = 2.43). (Lower numbers indicate a greater likelihood of purchase). The differences in the mean purchase likelihood scores are statistically significant.

**Table 9**

**Purchase Likelihood in Next Six Months**

| Purchase Intentions | Cran-Apple No Artificial Flavors (Control) (n=100) | Cran-Grape No Artificial Flavors (Control) (n=100) | Combined No Artificial Flavors (Control) (n=200) | Cran-Apple Artificially Flavored (Test) (n=100) | Cran-Grape Artificially Flavored (Test) (n=100) | Combined Artificially Flavored (Test) (n=200) |
|---|---|---|---|---|---|---|
| Likelihood of purchasing Ocean Spray cranberry juice in next six months | 2.04 | 1.78 | 1.90* | 2.41 | 2.46 | 2.43* |

Response to 7 point scale where 1=very likely to purchase, 7 = very unlikely to purchase
*difference in mean scores is statistically significant

## Conclusions/Opinions

33. I was retained in this matter to offer opinions regarding whether the claim made on the front of the package label stating that Ocean Spray Cranberry juice products contain no artificial flavors and the absence of a label declaration of artificial flavors impacts consumers' perceptions of the products as well as the price they are willing to pay for them. I was also asked to opine on whether consumers of Ocean Spray Cranberry juice products might perceive them differently if they are made aware of the use of artificial flavoring in these products. To opine on these issues, a consumer survey was conducted to determine the importance of images and information on the labels of two Ocean Spray Cranberry juice flavors, Cran-Apple and Cran-Grape, in evaluating these products for purchase. The study also focused on consumer evaluations of these products based on the images and information on the label and purchase likelihood for them. A comparison was made between Ocean Spray Cran-Apple/Cran-Grape products that have a claim on the label stating that they contain no artificial flavors with those using a label disclosing that the juices are artificially flavored.

25

Based on the consumer research study conducted for this matter, I can offer the following opinions:

34. Consumers definitely consider information regarding whether Ocean Spray Cranberry juice products contain no artificial flavors and colors or are artificially flavored when evaluating them for purchase.

35. The inclusion of information on the label of Ocean Spray Cranberry juice products stating that they have no artificial flavors or are artificially flavored affects consumer evaluations of the product and likelihood of purchase. Consumers who see Ocean Spray Cranberry juice product labels stating the product has no artificial flavors evaluate it more favorably on important product attributes such as nutritional value, healthiness, and having natural ingredients compared to those who see labels disclosing that the product is artificially flavored. Consumers also have higher levels of purchase likelihood for Ocean Spray Cranberry juice products that use the claim of no artificial flavors on the label versus those products that include a disclosure of artificial flavors on the package label.

36. The majority of consumers made aware of the use of artificial flavors on the package label of Ocean Spray Cranberry juice products are willing to pay less than an average reference price for the product.

37. Disclosing the use of artificial flavors in Ocean Spray Cranberry juice products would have a significant influence on the purchase behavior of a large majority of consumers (nearly 70%). More than half (55%) of the consumers who indicate they would be influenced by this disclosure would not purchase the product while another 40% would be willing to pay less for Ocean Spray Cranberry juice products.

38. Consumers would be likely to pay 61 cents *less* on average if they were aware of the use of artificial flavors in Ocean Spray Cranberry juice products.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on August 16, 2018 in San Diego, California.

Dr. George E. Belch

**Exhibit 1**

**Ocean Spray Cranberry Juice Bottles/Labels**

**Control Conditions – No Artificial Flavors**





**Exhibit 2**

**Ocean Spray Cranberry Juice Bottles/Labels
Test Conditions – Artificially Flavored**





**Exhibit 3**

**GfK MRI Reporter**

**Spring 2017**

**Ocean Spray Juice Used in Last Six Months**

Study: 2017 Spring GfK Reporter MRI
Category: Household Products/Food products
Question: Other Fruit Juices & Drinks
Base: Total Adults
Detail(s): Ocean Spray 100% Juice Used in last 6 months

| Target | | e Total '000 | UNW | '000 | % Detail | % Target | Index |
|---|---|---|---|---|---|---|---|
| Total | | 245,907 | 1,957 | 18,788 | 100.00 | 7.64 | 100 |
| Men | | 118,605 | 971 | 8,774 | 46.70 | 7.40 | 97 |
| Women | | 127,302 | 986 | 10,014 | 53.30 | 7.87 | 103 |
| Educ: graduated college plus | | 74,377 | 655 | 5,548 | 29.53 | 7.46 | 98 |
| Educ: attended college | | 70,115 | 695 | 5,698 | 30.33 | 8.13 | 106 |
| Educ: graduated high school | | 71,936 | 429 | 5,176 | 27.55 | 7.20 | 94 |
| Educ: did not graduate HS | | 29,479 | 178 | 2,366 | 12.59 | 8.03 | 105 |
| Educ: post graduate | | 27,137 | 245 | 1,935 | 10.30 | 7.13 | 93 |
| Educ: no college | | 101,415 | 607 | 7,543 | 40.15 | 7.44 | 97 |
| Age 18-24 | | 30,250 | 152 | 2,264 | 12.05 | 7.48 | 98 |
| Age 25-34 | | 43,784 | 251 | 2,708 | 14.41 | 6.19 | 81 |
| Age 35-44 | | 40,355 | 290 | 2,656 | 14.14 | 6.58 | 86 |
| Age 45-54 | | 43,107 | 422 | 3,823 | 20.35 | 8.87 | 116 |
| Age 55-64 | | 41,177 | 355 | 3,230 | 17.19 | 7.84 | 103 |
| Age 65+ | | 47,233 | 487 | 4,107 | 21.86 | 8.69 | 114 |
| Occupation: Management, Business and Financial Operations | | 24,956 | 246 | 1,816 | 9.66 | 7.27 | 95 |
| Occupation: Natural Resources, Construction and Maintenance Occupations | | 13,942 | 112 | 1,000 | 5.32 | 7.17 | 94 |
| Occupation: Other Employed | | 43,825 | 333 | 3,192 | 16.99 | 7.28 | 95 |
| Occupation: Professional and Related Occupations | | 34,500 | 266 | 2,539 | 13.51 | 7.36 | 96 |
| Occupation: Sales and Office Occupations | | 32,690 | 217 | 2,315 | 12.32 | 7.08 | 93 |
| HHI $150,000+ | | 36,490 | 299 | 2,891 | 15.39 | 7.92 | 104 |
| HHI $75,000-$149,999 | | 73,652 | 518 | 5,618 | 29.90 | 7.63 | 100 |
| HHI $60,000-$74,999 | | 24,808 | 202 | 1,952 | 10.39 | 7.87 | 103 |
| HHI $50,000-$59,999 | | 18,259 | 160 | 1,479 | 7.87 | 8.10 | 106 |
| HHI $40,000-$49,999 | | 19,532 | 217 | 1,572 | 8.37 | 8.05 | 105 |
| HHI $30,000-$39,999 | | 21,468 | 175 | 1,334 | 7.10 | 6.21 | 81 |
| HHI $20,000-$29,999 | | 21,138 | 162 | 1,622 | 8.63 | 7.67 | 100 |
| HHI <$20,000 | | 30,559 | 224 | 2,320 | 12.35 | 7.59 | 99 |
| Race: American Indian or Alaska Native | † | 2,989 | 29 | 254 | 1.35 | 8.50 | 111 |
| Race: Asian | | 7,640 | 81 | 554 | 2.95 | 7.25 | 95 |
| Race: Black/African American | | 31,610 | 356 | 3,435 | 18.28 | 10.87 | 142 |
| Race: Black/African American only | | 29,790 | 341 | 3,272 | 17.41 | 10.98 | 144 |
| Race: Other | | 24,498 | 205 | 1,743 | 9.28 | 7.12 | 93 |
| Race: Other Race/Multiple Classifications | | 35,283 | 315 | 2,608 | 13.88 | 7.39 | 97 |
| Race: White | | 185,148 | 1,347 | 13,371 | 71.17 | 7.22 | 95 |
| Race: White only | | 180,834 | 1,301 | 12,909 | 68.71 | 7.14 | 93 |
| Spanish Or Hispanic Origin Or Descent | | 38,369 | 258 | 2,730 | 14.53 | 7.12 | 93 |
| Spanish spoken in home (most often or other) | | 40,406 | 250 | 2,638 | 14.04 | 6.53 | 85 |
| HH subscribe to Cable | | 111,016 | 967 | 8,875 | 47.23 | 7.99 | 105 |
| HH have a satellite dish | | 61,074 | 411 | 4,595 | 24.46 | 7.52 | 98 |
| Cable Services: Azteca | † | 2,412 | 9 | 97 | 0.51 | 4.01 | 52 |
| Cable Services: COZI TV | † | 1,813 | 17 | 194 | 1.03 | 10.70 | 140 |
| Cable Services: TV Land Classic | † | 4,217 | 38 | 515 | 2.74 | 12.21 | 160 |
| Cable Services: Viceland | † | 3,526 | 31 | 298 | 1.59 | 8.46 | 111 |
| Cable Services: A&E | | 52,033 | 435 | 4,244 | 22.59 | 8.16 | 107 |
| Cable Services: Adult Swim | | 13,461 | 89 | 1,048 | 5.58 | 7.79 | 102 |
| Cable Services: AMC | | 43,170 | 398 | 3,705 | 19.72 | 8.58 | 112 |
| Cable Services: American Heroes Channel | | 4,777 | 56 | 582 | 3.10 | 12.18 | 159 |
| Cable Services: Animal Planet | | 39,973 | 348 | 3,379 | 17.99 | 8.45 | 111 |
| Cable Services: BabyFirst | † | 2,749 | 15 | 174 | 0.93 | 6.34 | 83 |
| Cable Services: BBC America | | 15,452 | 140 | 1,124 | 5.98 | 7.27 | 95 |
| Cable Services: BBC World News | | 11,211 | 148 | 1,277 | 6.80 | 11.39 | 149 |
| Cable Services: BET (Black Entertainment TV) | | 19,510 | 202 | 1,856 | 9.88 | 9.51 | 124 |
| Cable Services: Bloomberg Television | | 4,289 | 60 | 389 | 2.07 | 9.07 | 119 |
| Cable Services: Bounce TV | † | 4,902 | 44 | 516 | 2.75 | 10.53 | 138 |
| Cable Services: Bravo | | 24,251 | 216 | 2,176 | 11.58 | 8.97 | 117 |
| Cable Services: Cartoon Network | | 24,439 | 179 | 1,852 | 9.86 | 7.58 | 99 |
| Cable Services: CBS Sports Network | | 21,201 | 240 | 2,139 | 11.39 | 10.09 | 132 |
| Cable Services: Centric | † | 3,829 | 40 | 398 | 2.12 | 10.38 | 136 |
| Cable Services: Chiller | | 5,847 | 53 | 517 | 2.75 | 8.84 | 116 |
| Cable Services: CMT (Country Music Television) | | 14,842 | 110 | 1,131 | 6.02 | 7.62 | 100 |
| Cable Services: CNBC | | 25,639 | 257 | 2,158 | 11.49 | 8.42 | 110 |
| Cable Services: CNN | | 62,123 | 602 | 5,062 | 26.94 | 8.15 | 107 |
| Cable Services: Comedy Central | | 23,353 | 190 | 1,938 | 10.32 | 8.30 | 109 |
| Cable Services: Cooking Channel | | 25,532 | 251 | 2,360 | 12.56 | 9.24 | 121 |
| Cable Services: Destination America | † | 5,694 | 47 | 372 | 1.98 | 6.54 | 86 |
| Cable Services: Discovery Channel | | 49,996 | 426 | 3,809 | 20.27 | 7.62 | 100 |
| Cable Services: Discovery Family | | 7,307 | 85 | 795 | 4.23 | 10.89 | 142 |
| Cable Services: Discovery Life Channel | | 8,237 | 88 | 871 | 4.63 | 10.57 | 138 |
| Cable Services: Disney Channel | | 26,300 | 200 | 1,840 | 9.80 | 7.00 | 92 |
| Cable Services: Disney Junior | | 18,273 | 128 | 1,239 | 6.60 | 6.78 | 89 |
| Cable Services: Disney XD | | 10,063 | 81 | 792 | 4.21 | 7.87 | 103 |
| Cable Services: E! (Entertainment Television) | | 17,367 | 142 | 1,500 | 7.98 | 8.64 | 113 |
| Cable Services: ESPN | | 61,830 | 567 | 5,248 | 27.93 | 8.49 | 111 |
| Cable Services: ESPN Classic | | 7,845 | 85 | 767 | 4.08 | 9.77 | 128 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Cable Services: ESPN2 | 31,981 | 291 | 2,640 | 14.05 | 8.25 | 108 |
| Cable Services: ESPNews | 18,008 | 176 | 1,571 | 8.36 | 8.72 | 114 |
| Cable Services: ESPNU | | | 591.7 | | | 120 |
| Cable Services: Esquire Network † | 2,825 | 32 | 324 | 1.72 | 11.46 | 150 |
| Cable Services: Flix † | 2,555 | 37 | 332 | 1.77 | 13.00 | 170 |
| Cable Services: Food Network | 52,688 | 489 | 4,804 | 25.57 | 9.12 | 119 |
| Cable Services: Fox Business Network | 13,425 | 134 | 1,146 | 6.10 | 8.54 | 112 |
| Cable Services: Fox News Channel | 63,073 | 633 | 5,207 | 27.72 | 8.26 | 108 |
| Cable Services: Fox Sports 1 | 16,185 | 139 | 1,269 | 6.76 | 7.84 | 103 |
| Cable Services: Fox Sports 2 | 5,763 | 57 | 543 | 2.89 | 9.42 | 123 |
| Cable Services: Freeform | 12,813 | 94 | 1,104 | 5.88 | 8.62 | 113 |
| Cable Services: Fuse † | 3,948 | 45 | 442 | 2.35 | 11.20 | 147 |
| Cable Services: FX | 16,205 | 152 | 1,242 | 6.61 | 7.66 | 100 |
| Cable Services: FXM (FX Movie Channel) | 17,708 | 155 | 1,649 | 8.78 | 9.31 | 122 |
| Cable Services: FXX | 17,629 | 130 | 1,288 | 6.86 | 7.31 | 96 |
| Cable Services: FYI † | 4,013 | 40 | 293 | 1.56 | 7.29 | 95 |
| Cable Services: GAC (Great American Country) † | 3,386 | 29 | 262 | 1.39 | 7.73 | 101 |
| Cable Services: Galavision † | 6,720 | 37 | 494 | 2.63 | 7.35 | 96 |
| Cable Services: Golf Channel | 9,487 | 105 | 852 | 4.54 | 8.98 | 118 |
| Cable Services: GSN (Game Show Network) | 9,044 | 91 | 1,013 | 5.39 | 11.20 | 147 |
| Cable Services: Hallmark Channel | 33,655 | 311 | 3,096 | 16.48 | 9.20 | 120 |
| Cable Services: Hallmark Movies & Mysteries | 18,126 | 163 | 1,561 | 8.31 | 8.61 | 113 |
| Cable Services: HGTV (Home & Garden Television) | 49,880 | 419 | 3,880 | 20.65 | 7.78 | 102 |
| Cable Services: History Channel | 62,283 | 543 | 4,971 | 26.46 | 7.98 | 104 |
| Cable Services: HLN | 6,816 | 74 | 600 | 3.20 | 8.81 | 115 |
| Cable Services: HSN (Home Shopping Network) | 5,955 | 77 | 686 | 3.65 | 11.53 | 151 |
| Cable Services: IFC TV | 7,596 | 80 | 777 | 4.14 | 10.23 | 134 |
| Cable Services: INSP (The Inspiration Network) † | 5,698 | 37 | 348 | 1.85 | 6.11 | 80 |
| Cable Services: Investigation Discovery | 21,887 | 173 | 1,750 | 9.32 | 8.00 | 105 |
| Cable Services: ION | 20,393 | 194 | 1,830 | 9.74 | 8.97 | 117 |
| Cable Services: Lifetime | 32,826 | 300 | 2,904 | 15.46 | 8.85 | 116 |
| Cable Services: LMN (Lifetime Movie Network) | 16,519 | 146 | 1,521 | 8.09 | 9.21 | 120 |
| Cable Services: Logo † | 2,203 | 25 | 223 | 1.19 | 10.12 | 132 |
| Cable Services: MeTV | 12,169 | 139 | 1,266 | 6.74 | 10.40 | 136 |
| Cable Services: MLB Network | 11,072 | 118 | 963 | 5.12 | 8.69 | 114 |
| Cable Services: MSNBC | 29,082 | 296 | 2,218 | 11.81 | 7.63 | 100 |
| Cable Services: MTV (Music Television) | 21,911 | 161 | 1,803 | 9.60 | 8.23 | 108 |
| Cable Services: MTV Classic † | 3,256 | 37 | 393 | 2.09 | 12.09 | 158 |
| Cable Services: MTV Live † | 3,217 | 32 | 296 | 1.58 | 9.20 | 120 |
| Cable Services: MTV2 | 8,406 | 56 | 732 | 3.89 | 8.70 | 114 |
| Cable Services: Music Choice | 6,502 | 65 | 512 | 2.72 | 7.87 | 103 |
| Cable Services: Nat Geo Wild | 19,957 | 196 | 1,849 | 9.84 | 9.27 | 121 |
| Cable Services: National Geographic Channel | 39,571 | 371 | 3,187 | 16.96 | 8.05 | 105 |
| Cable Services: NBA TV | 11,850 | 118 | 1,173 | 6.24 | 9.90 | 130 |
| Cable Services: NBC Sports Network | 23,388 | 252 | 2,242 | 11.93 | 9.59 | 125 |
| Cable Services: NFL Network | 15,993 | 172 | 1,466 | 7.80 | 9.19 | 120 |
| Cable Services: Nick at Nite | 9,005 | 64 | 634 | 3.38 | 7.04 | 92 |
| Cable Services: Nick Jr. | 15,670 | 124 | 1,031 | 5.49 | 6.58 | 86 |
| Cable Services: Nickelodeon | 18,398 | 132 | 1,251 | 6.66 | 6.80 | 89 |
| Cable Services: Outdoor Channel | 7,237 | 62 | 653 | 3.47 | 9.02 | 118 |
| Cable Services: Ovation † | 1,162 | 16 | 140 | 0.74 | 12.01 | 157 |
| Cable Services: OWN (Oprah Winfrey Network) | 15,993 | 158 | 1,573 | 8.37 | 9.84 | 129 |
| Cable Services: Oxygen | 12,738 | 129 | 1,220 | 6.49 | 9.57 | 125 |
| Cable Services: PBS KIDS | 8,688 | 83 | 743 | 3.95 | 8.55 | 112 |
| Cable Services: POP † | 2,413 | 16 | 165 | 0.88 | 6.82 | 89 |
| Cable Services: QVC | 7,246 | 87 | 748 | 3.98 | 10.32 | 135 |
| Cable Services: Reelz Channel | 5,203 | 50 | 479 | 2.55 | 9.20 | 120 |
| Cable Services: RFD-TV (Rural Free Delivery TV) † | 4,208 | 19 | 247 | 1.32 | 5.87 | 77 |
| Cable Services: SCI | 9,663 | 79 | 870 | 4.63 | 9.00 | 118 |
| Cable Services: Smithsonian Channel | 6,918 | 68 | 493 | 2.62 | 7.13 | 93 |
| Cable Services: Spike TV | 22,519 | 208 | 2,094 | 11.15 | 9.30 | 122 |
| Cable Services: Sportsman Channel † | 5,157 | 48 | 450 | 2.40 | 8.73 | 114 |
| Cable Services: Sprout † | 5,290 | 40 | 423 | 2.25 | 8.00 | 105 |
| Cable Services: SundanceTV | 5,456 | 69 | 667 | 3.55 | 12.22 | 160 |
| Cable Services: Syfy | 29,555 | 260 | 2,490 | 13.25 | 8.42 | 110 |
| Cable Services: TBS | 38,107 | 356 | 3,332 | 17.73 | 8.74 | 114 |
| Cable Services: TCM (Turner Classic Movies) | 20,757 | 233 | 1,885 | 10.03 | 9.08 | 119 |
| Cable Services: TeenNick † | 4,836 | 37 | 318 | 1.69 | 6.57 | 86 |
| Cable Services: Tennis Channel † | 2,361 | 38 | 282 | 1.50 | 11.95 | 156 |
| Cable Services: The Weather Channel | 52,888 | 533 | 4,965 | 26.43 | 9.39 | 123 |
| Cable Services: TLC | 31,546 | 311 | 3,012 | 16.03 | 9.55 | 125 |
| Cable Services: TNT | 47,727 | 453 | 4,157 | 22.12 | 8.71 | 114 |
| Cable Services: Travel Channel | 19,023 | 188 | 1,742 | 9.27 | 9.16 | 120 |
| Cable Services: truTV | 19,997 | 151 | 1,534 | 8.16 | 7.67 | 100 |
| Cable Services: TV Land | 16,254 | 147 | 1,311 | 6.98 | 8.07 | 106 |
| Cable Services: TV One | 5,765 | 66 | 535 | 2.85 | 9.27 | 121 |
| Cable Services: UP TV † | 3,658 | 32 | 342 | 1.82 | 9.35 | 122 |
| Cable Services: USA Network | 44,226 | 410 | 4,074 | 21.68 | 9.21 | 115 |
| Cable Services: Velocity | 7,075 | 61 | 515 | 2.74 | 7.27 | 95 |
| Cable Services: Vh1 | 14,357 | 140 | 1,595 | 8.49 | 11.11 | 145 |
| Cable Services: WE tv | 10,921 | 121 | 1,190 | 6.33 | 10.90 | 143 |
| Cable Services: WGN America | 10,459 | 115 | 1,046 | 5.57 | 10.00 | 131 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Premium Services: Cinemax | | 13,586 | 153 | 1,483 | 7.89 | 10.91 | 143 |
| Premium Services: EPIX | † | 3,777 | 40 | 327 | 1.74 | 8.67 | 113 |
| Premium Services: HBO | | 37,161 | 321 | 3,994 | 21.33 | 10.75 | 121 |
| Premium Services: Showtime | | 25,060 | 241 | 2,229 | 11.86 | 8.89 | 116 |
| Premium Services: Starz Encore | | 11,438 | 120 | 1,056 | 5.62 | 9.24 | 121 |
| Premium Services: Starz! | | 22,735 | 262 | 2,540 | 13.52 | 11.17 | 146 |
| Premium Services: The Movie Channel | | 6,614 | 87 | 865 | 4.60 | 13.07 | 171 |
| Magazines: 4 Wheel & Off Road | † | 2,842 | 24 | 171 | 0.91 | 6.00 | 79 |
| Magazines: AARP The Magazine | | 38,537 | 410 | 3,711 | 19.75 | 9.63 | 126 |
| Magazines: Allrecipes Magazine | † | 5,850 | 43 | 481 | 2.56 | 8.22 | 108 |
| Magazines: Allure | † | 5,349 | 38 | 351 | 1.87 | 6.56 | 86 |
| Magazines: American Hunter | † | 4,960 | 37 | 312 | 1.66 | 6.30 | 82 |
| Magazines: American Legion | † | 3,390 | 35 | 295 | 1.57 | 8.71 | 114 |
| Magazines: American Rifleman | | 6,144 | 59 | 485 | 2.58 | 7.90 | 103 |
| Magazines: American Way | † | 3,377 | 38 | 264 | 1.40 | 7.81 | 102 |
| Magazines: Architectural Digest | | 4,606 | 50 | 296 | 1.58 | 6.44 | 84 |
| Magazines: Arthritis Today | | 4,182 | 60 | 557 | 2.97 | 13.32 | 174 |
| Magazines: Automobile | † | 3,553 | 43 | 395 | 2.10 | 11.12 | 145 |
| Magazines: Autoweek | † | 2,552 | 32 | 244 | 1.30 | 9.55 | 125 |
| Magazines: Bassmaster | † | 4,207 | 32 | 331 | 1.76 | 7.86 | 103 |
| Magazines: Better Homes & Gardens | | 37,241 | 325 | 3,354 | 17.85 | 9.01 | 118 |
| Magazines: Bicycling | † | 1,352 | 13 | 113 | 0.60 | 8.39 | 110 |
| Magazines: Birds & Blooms | | 5,412 | 55 | 597 | 3.18 | 11.02 | 144 |
| Magazines: Black Enterprise | † | 2,801 | 43 | 374 | 1.99 | 13.35 | 175 |
| Magazines: Bloomberg Businessweek | † | 1,835 | 28 | 215 | 1.14 | 11.72 | 153 |
| Magazines: Boating | † | 2,096 | 31 | 280 | 1.49 | 13.37 | 175 |
| Magazines: Bon Appetit | | 6,886 | 55 | 393 | 2.09 | 5.70 | 75 |
| Magazines: Bridal Guide | † | 3,653 | 30 | 350 | 1.86 | 9.58 | 125 |
| Magazines: Brides | † | 4,985 | 38 | 459 | 2.44 | 9.21 | 121 |
| Magazines: Car And Driver | | 9,258 | 82 | 683 | 3.63 | 7.37 | 97 |
| Magazines: Car Craft | † | 2,086 | 13 | 121 | 0.64 | 5.80 | 76 |
| Magazines: Catholic Digest | † | 1,852 | 23 | 140 | 0.74 | 7.55 | 99 |
| Magazines: Chicago Tribune (Sunday) | † | 1,614 | 28 | 127 | 0.67 | 7.85 | 103 |
| Magazines: Cigar Aficionado | † | 1,739 | 16 | 89 | 0.48 | 5.15 | 67 |
| Magazines: Coastal Living | † | 4,921 | 47 | 469 | 2.49 | 9.52 | 125 |
| Magazines: Conde Nast Traveler | † | 3,472 | 34 | 328 | 1.75 | 9.46 | 124 |
| Magazines: Consumer Reports | | 14,002 | 160 | 1,238 | 6.59 | 8.84 | 116 |
| Magazines: Cooking Light | | 9,372 | 105 | 944 | 5.02 | 10.07 | 132 |
| Magazines: Cooking with Paula Deen | † | 3,390 | 36 | 442 | 2.35 | 13.05 | 171 |
| Magazines: Cosmopolitan | | 15,910 | 114 | 1,145 | 6.10 | 7.20 | 94 |
| Magazines: Country | † | 4,268 | 46 | 548 | 2.92 | 12.84 | 168 |
| Magazines: Country Living | | 11,969 | 124 | 1,327 | 7.06 | 11.09 | 145 |
| Magazines: Country Sampler | † | 2,123 | 17 | 111 | 0.59 | 5.24 | 69 |
| Magazines: Cycle World | † | 1,524 | 14 | 117 | 0.62 | 7.69 | 101 |
| Magazines: Delta Sky Magazine | † | 5,851 | 49 | 410 | 2.18 | 7.01 | 92 |
| Magazines: Diabetes Forecast | | 6,159 | 57 | 612 | 3.26 | 9.94 | 130 |
| Magazines: Diabetes Self-Management | | 7,108 | 63 | 691 | 3.68 | 9.72 | 127 |
| Magazines: Discover | | 6,248 | 71 | 706 | 3.76 | 11.30 | 148 |
| Magazines: Ducks Unlimited | † | 3,570 | 22 | 176 | 0.94 | 4.92 | 64 |
| Magazines: EatingWell | | 6,279 | 73 | 751 | 4.00 | 11.96 | 156 |
| Magazines: Ebony | | 7,457 | 97 | 942 | 5.01 | 12.63 | 165 |
| Magazines: Elle | † | 4,378 | 35 | 311 | 1.66 | 7.11 | 93 |
| Magazines: Elle Decor | † | 2,135 | 19 | 188 | 1.00 | 8.81 | 115 |
| Magazines: Entertainment Weekly | | 9,250 | 94 | 859 | 4.57 | 9.29 | 122 |
| Magazines: Entrepreneur | † | 2,748 | 31 | 235 | 1.25 | 8.56 | 112 |
| Magazines: ESPN The Magazine | | 14,514 | 121 | 1,175 | 6.25 | 8.09 | 106 |
| Magazines: Esquire | † | 3,284 | 31 | 291 | 1.55 | 8.87 | 116 |
| Magazines: Essence | | 6,626 | 86 | 847 | 4.51 | 12.79 | 167 |
| Magazines: Family Circle | | 14,459 | 156 | 1,467 | 7.81 | 10.15 | 133 |
| Magazines: Family Handyman | | 5,082 | 50 | 438 | 2.33 | 8.62 | 113 |
| Magazines: FamilyFun | | 4,136 | 50 | 598 | 3.18 | 14.45 | 189 |
| Magazines: Field & Stream | | 9,487 | 66 | 780 | 4.15 | 8.22 | 108 |
| Magazines: First For Women | † | 4,163 | 43 | 423 | 2.25 | 10.17 | 133 |
| Magazines: Food & Wine | | 7,796 | 88 | 746 | 3.97 | 9.57 | 125 |
| Magazines: Food Network Magazine | | 11,644 | 100 | 1,068 | 5.68 | 9.17 | 120 |
| Magazines: Forbes | | 6,216 | 74 | 542 | 2.88 | 8.72 | 114 |
| Magazines: Fortune | † | 3,515 | 38 | 270 | 1.44 | 7.68 | 101 |
| Magazines: Game & Fish/Sportsman | † | 6,136 | 47 | 547 | 2.91 | 8.91 | 117 |
| Magazines: Game Informer | | 10,392 | 84 | 1,189 | 6.33 | 11.44 | 150 |
| Magazines: Glamour | | 9,953 | 94 | 1,088 | 5.79 | 10.93 | 143 |
| Magazines: Golf Digest | | 4,736 | 59 | 397 | 2.11 | 8.39 | 110 |
| Magazines: Golf Magazine | | 4,426 | 68 | 507 | 2.70 | 11.45 | 150 |
| Magazines: Good Housekeeping | | 19,553 | 218 | 2,270 | 12.08 | 11.61 | 152 |
| Magazines: GQ (Gentlemen's Quarterly) | | 5,888 | 68 | 579 | 3.08 | 9.84 | 129 |
| Magazines: Guideposts | † | 4,945 | 49 | 498 | 2.65 | 10.06 | 132 |
| Magazines: Guns & Ammo | | 10,933 | 85 | 834 | 4.44 | 7.62 | 100 |
| Magazines: Harper's Bazaar | † | 2,563 | 20 | 221 | 1.18 | 8.61 | 113 |
| Magazines: Health | | 9,173 | 94 | 971 | 5.17 | 10.58 | 139 |
| Magazines: HGTV Magazine | | 8,944 | 92 | 856 | 4.55 | 9.57 | 125 |
| Magazines: Hot Rod | † | 5,306 | 37 | 299 | 1.59 | 5.64 | 74 |
| Magazines: House Beautiful | | 5,915 | 60 | 486 | 2.59 | 8.22 | 108 |
| Magazines: Hunting | † | 4,337 | 36 | 355 | 1.89 | 8.18 | 107 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Magazines: In Style | | 8,204 | 67 | 552 | 2.94 | 6.73 | 88 |
| Magazines: In Touch | † | 5,899 | 45 | 473 | 2.52 | 8.03 | 105 |
| Magazines: Inc. | | | | | | | 98 |
| Magazines: In-Fisherman | † | 3,987 | 34 | 326 | 1.74 | 8.19 | 107 |
| Magazines: Kiplinger's Personal Finance | † | 1,600 | 18 | 111 | 0.59 | 6.97 | 91 |
| Magazines: Latina | † | 2,655 | 20 | 201 | 1.07 | 7.56 | 99 |
| Magazines: Life & Style Weekly | | 3,842 | 34 | 357 | 1.90 | 9.29 | 122 |
| Magazines: Los Angeles Times (Sunday) | † | 1,684 | 13 | 106 | 0.57 | 6.31 | 83 |
| Magazines: Marie Claire | † | 3,008 | 26 | 238 | 1.27 | 7.92 | 104 |
| Magazines: Martha Stewart Living | | 8,028 | 82 | 790 | 4.20 | 9.83 | 129 |
| Magazines: Maxim | † | 4,331 | 41 | 359 | 1.91 | 8.28 | 108 |
| Magazines: Men's Fitness | | 6,953 | 70 | 529 | 2.82 | 7.61 | 100 |
| Magazines: Men's Health | | 12,994 | 153 | 1,331 | 7.08 | 10.24 | 134 |
| Magazines: Men's Journal | † | 2,635 | 26 | 198 | 1.05 | 7.50 | 98 |
| Magazines: Metro-Puck Carrier Newspapers | | 35,826 | 385 | 3,130 | 16.66 | 8.74 | 114 |
| Magazines: Midwest Living | † | 2,924 | 28 | 280 | 1.49 | 9.57 | 125 |
| Magazines: Money | | 5,824 | 65 | 450 | 2.40 | 7.73 | 101 |
| Magazines: Mother Earth News | | 2,674 | 25 | 212 | 1.13 | 7.94 | 104 |
| Magazines: Motor Trend | | 6,856 | 64 | 442 | 2.35 | 6.44 | 84 |
| Magazines: Motorcyclist | † | 1,291 | 17 | 143 | 0.76 | 11.09 | 145 |
| Magazines: Muscle & Fitness | | 6,026 | 50 | 355 | 1.89 | 5.89 | 77 |
| Magazines: National Enquirer | | 6,481 | 68 | 557 | 2.96 | 8.59 | 112 |
| Magazines: National Geographic | | 30,850 | 290 | 2,734 | 14.55 | 8.86 | 116 |
| Magazines: National Geographic Kids | | 6,672 | 58 | 598 | 3.18 | 8.96 | 117 |
| Magazines: National Geographic Traveler | | 11,121 | 92 | 966 | 5.14 | 8.68 | 114 |
| Magazines: National Wildlife | | 6,625 | 68 | 689 | 3.67 | 10.40 | 136 |
| Magazines: New York Magazine | † | 2,699 | 33 | 243 | 1.29 | 9.00 | 118 |
| Magazines: New York Times (Daily) | † | 2,334 | 24 | 151 | 0.80 | 6.45 | 84 |
| Magazines: New York Times (Sunday) | | 3,960 | 54 | 316 | 1.68 | 7.97 | 104 |
| Magazines: O, The Oprah Magazine | | 9,374 | 113 | 1,114 | 5.93 | 11.88 | 155 |
| Magazines: OK! | † | 4,475 | 34 | 351 | 1.87 | 7.84 | 103 |
| Magazines: Outdoor Life | | 5,778 | 61 | 611 | 3.25 | 10.57 | 138 |
| Magazines: Outside | † | 2,441 | 27 | 245 | 1.31 | 10.06 | 132 |
| Magazines: Parade Carrier Newspapers | | 48,476 | 464 | 4,181 | 22.25 | 8.62 | 113 |
| Magazines: Parents | | 11,780 | 104 | 1,147 | 6.10 | 9.74 | 127 |
| Magazines: People | | 40,493 | 370 | 3,724 | 19.82 | 9.20 | 120 |
| Magazines: People en Español | | 6,662 | 47 | 618 | 3.29 | 9.28 | 121 |
| Magazines: Playboy | † | 3,320 | 36 | 348 | 1.85 | 10.48 | 137 |
| Magazines: Popular Mechanics | | 7,434 | 67 | 602 | 3.20 | 8.10 | 106 |
| Magazines: Popular Science | | 8,612 | 79 | 803 | 4.28 | 9.33 | 122 |
| Magazines: Prevention | | 6,559 | 70 | 640 | 3.40 | 9.75 | 128 |
| Magazines: Psychology Today | † | 3,664 | 35 | 344 | 1.83 | 9.39 | 123 |
| Magazines: Rachael Ray Every Day | † | 5,265 | 47 | 472 | 2.51 | 8.97 | 117 |
| Magazines: Reader's Digest | | 18,984 | 162 | 1,674 | 8.91 | 8.82 | 115 |
| Magazines: Real Simple | | 7,080 | 65 | 529 | 2.81 | 7.47 | 98 |
| Magazines: Redbook | | 5,387 | 56 | 521 | 2.77 | 9.67 | 127 |
| Magazines: Reminisce | | 2,807 | 25 | 314 | 1.67 | 11.19 | 147 |
| Magazines: Road & Track | † | 2,998 | 35 | 265 | 1.41 | 8.83 | 116 |
| Magazines: Rolling Stone | | 11,909 | 100 | 997 | 5.31 | 8.37 | 110 |
| Magazines: Runner's World | † | 2,280 | 19 | 146 | 0.78 | 6.42 | 84 |
| Magazines: Saltwater Sportsman | † | 1,969 | 21 | 180 | 0.96 | 9.12 | 119 |
| Magazines: Saturday Evening Post | † | 1,750 | 18 | 214 | 1.14 | 12.20 | 160 |
| Magazines: Scientific American | † | 2,711 | 32 | 216 | 1.15 | 7.96 | 104 |
| Magazines: Ser Padres | † | 1,946 | 14 | 173 | 0.92 | 8.88 | 116 |
| Magazines: Seventeen | † | 6,670 | 47 | 646 | 3.44 | 9.69 | 127 |
| Magazines: Shape | † | 5,509 | 43 | 440 | 2.34 | 7.99 | 105 |
| Magazines: Ski | † | 1,191 | 19 | 191 | 1.02 | 16.07 | 210 |
| Magazines: Smithsonian | | 7,292 | 93 | 696 | 3.71 | 9.55 | 125 |
| Magazines: Soap Opera Digest | † | 2,888 | 28 | 363 | 1.93 | 12.59 | 165 |
| Magazines: Southern Living | | 16,756 | 150 | 1,475 | 7.85 | 8.80 | 115 |
| Magazines: Southwest: The Magazine | † | 5,517 | 47 | 460 | 2.45 | 8.34 | 109 |
| Magazines: Sports Illustrated | | 16,881 | 169 | 1,582 | 8.42 | 9.37 | 123 |
| Magazines: Star | | 6,198 | 57 | 484 | 2.57 | 7.80 | 102 |
| Magazines: Street Rodder | † | 2,388 | 15 | 131 | 0.70 | 5.49 | 72 |
| Magazines: Sunday Mag/Net Carrier Newspapers | | 7,745 | 113 | 720 | 3.83 | 9.30 | 122 |
| Magazines: Sunset | † | 4,460 | 47 | 440 | 2.34 | 9.87 | 129 |
| Magazines: Taste of Home | | 12,291 | 101 | 1,086 | 5.78 | 8.83 | 116 |
| Magazines: Teen Vogue | | 2,713 | 28 | 368 | 1.96 | 13.55 | 177 |
| Magazines: Tennis | † | 1,427 | 20 | 169 | 0.90 | 11.84 | 155 |
| Magazines: Texas Monthly | † | 2,330 | 27 | 187 | 1.00 | 8.03 | 105 |
| Magazines: The Atlantic | † | 1,939 | 16 | 102 | 0.54 | 5.24 | 69 |
| Magazines: The Costco Connection | | 25,326 | 232 | 2,192 | 11.67 | 8.66 | 113 |
| Magazines: The Economist | † | 2,212 | 29 | 237 | 1.26 | 10.69 | 140 |
| Magazines: The New Yorker | | 4,866 | 56 | 337 | 1.79 | 6.92 | 91 |
| Magazines: This Old House | | 5,866 | 57 | 558 | 2.97 | 9.52 | 125 |
| Magazines: Time | | 17,622 | 165 | 1,765 | 9.39 | 10.01 | 131 |
| Magazines: Town & Country | | 3,123 | 38 | 338 | 1.80 | 10.82 | 142 |
| Magazines: Traditional Home | † | 4,743 | 41 | 395 | 2.10 | 8.32 | 109 |
| Magazines: Travel + Leisure | | 6,493 | 76 | 745 | 3.97 | 11.48 | 150 |
| Magazines: tronc Newspapers Daily | † | 3,074 | 39 | 289 | 1.54 | 9.42 | 123 |
| Magazines: tronc Newspapers Sunday | | 5,396 | 63 | 394 | 2.10 | 7.30 | 96 |
| Magazines: TV Guide | | 10,350 | 115 | 1,232 | 6.55 | 11.90 | 156 |

| Item | † | | | | | | |
|---|---|---|---|---|---|---|---|
| Magazines: United Hemispheres | † | 3,029 | 33 | 280 | 1.49 | 9.23 | 121 |
| Magazines: Us Weekly | | 10,809 | 104 | 1,008 | 5.36 | 9.32 | 122 |
| Magazines: USA Today | † | | | | | | 101 |
| Magazines: USA Today Expanded Edition Weekday - Gannett Carrier Papers | | 3,861 | 32 | 297 | 1.58 | 7.68 | 101 |
| Magazines: USA Today Expanded Edition Weekday Carrier Papers | † | 5,049 | 43 | 347 | 1.85 | 6.88 | 90 |
| Magazines: USA Today Expanded Edition Weekend - Gannett Carrier Papers | | 6,064 | 50 | 508 | 2.71 | 8.38 | 110 |
| Magazines: USA Today Expanded Edition Weekend/Sunday Carrier Papers | | 7,450 | 70 | 650 | 3.46 | 8.72 | 114 |
| Magazines: Vanidades | † | 4,729 | 33 | 530 | 2.82 | 11.20 | 147 |
| Magazines: Vanity Fair | | 7,636 | 79 | 741 | 3.94 | 9.70 | 127 |
| Magazines: Veranda | † | 1,510 | 16 | 103 | 0.55 | 6.84 | 89 |
| Magazines: VFW Magazine | † | 2,877 | 28 | 252 | 1.34 | 8.75 | 114 |
| Magazines: Vogue | | 11,475 | 110 | 1,102 | 5.87 | 9.61 | 126 |
| Magazines: Wall Street Journal | † | 2,633 | 31 | 159 | 0.85 | 6.05 | 79 |
| Magazines: Washington Post (Sunday) | † | 1,474 | 28 | 153 | 0.81 | 10.39 | 136 |
| Magazines: WebMD Magazine | | 9,290 | 99 | 1,019 | 5.42 | 10.97 | 144 |
| Magazines: Weight Watchers | | 7,153 | 74 | 831 | 4.42 | 11.62 | 152 |
| Magazines: Wine Spectator | † | 2,996 | 34 | 264 | 1.41 | 8.82 | 115 |
| Magazines: Wired | † | 2,984 | 34 | 305 | 1.62 | 10.22 | 134 |
| Magazines: Woman's Day | | 15,745 | 179 | 1,858 | 9.89 | 11.80 | 154 |
| Magazines: Woman's World | | 6,114 | 68 | 703 | 3.74 | 11.49 | 151 |
| Magazines: Women's Health | | 11,176 | 101 | 996 | 5.30 | 8.92 | 117 |
| Magazines: Yankee | † | 1,984 | 27 | 166 | 0.89 | 8.38 | 110 |
| Magazines: Yoga Journal | † | 1,747 | 21 | 173 | 0.92 | 9.88 | 129 |
| Magazine Types: Airline | | 14,094 | 136 | 1,136 | 6.04 | 8.06 | 105 |
| Magazine Types: Automotive | | 20,770 | 186 | 1,567 | 8.34 | 7.54 | 99 |
| Magazine Types: Boating | † | 4,130 | 41 | 355 | 1.89 | 8.60 | 113 |
| Magazine Types: Bridal | | 6,447 | 51 | 599 | 3.19 | 9.30 | 122 |
| Magazine Types: Business/Finance | | 33,551 | 369 | 2,874 | 15.30 | 8.57 | 112 |
| Magazine Types: Epicurean | | 41,579 | 375 | 3,566 | 18.98 | 8.58 | 121 |
| Magazine Types: Fishing/Hunting | | 30,426 | 241 | 2,482 | 13.21 | 8.16 | 107 |
| Magazine Types: Fraternal | | 4,958 | 52 | 415 | 2.21 | 8.37 | 110 |
| Magazine Types: General Editorial | | 90,075 | 837 | 7,852 | 41.79 | 8.72 | 114 |
| Magazine Types: Health | | 37,537 | 364 | 3,534 | 18.81 | 9.41 | 123 |
| Magazine Types: Home Service | | 68,261 | 635 | 6,243 | 33.23 | 9.15 | 120 |
| Magazine Types: Men | | 33,887 | 320 | 2,872 | 15.29 | 8.47 | 111 |
| Magazine Types: Motorcycle | † | 4,507 | 41 | 371 | 1.97 | 8.23 | 108 |
| Magazine Types: News and Entertainment Weeklies | | 70,025 | 633 | 6,150 | 32.73 | 8.78 | 115 |
| Magazine Types: Newspaper Distributed | | 58,590 | 569 | 4,964 | 26.42 | 8.47 | 111 |
| Magazine Types: Outdoor Recreation | | 5,935 | 52 | 462 | 2.46 | 7.79 | 102 |
| Magazine Types: Parenthood | | 15,662 | 144 | 1,593 | 8.48 | 10.17 | 133 |
| Magazine Types: Science/Technology | | 15,138 | 155 | 1,515 | 8.06 | 10.01 | 131 |
| Magazine Types: Sports | | 27,015 | 261 | 2,376 | 12.65 | 8.79 | 115 |
| Magazine Types: Travel | | 17,672 | 175 | 1,757 | 9.35 | 9.94 | 130 |
| Magazine Types: Women | | 76,800 | 705 | 7,011 | 37.31 | 9.13 | 119 |
| Magazine Types: Women Fashion | | 20,343 | 172 | 1,879 | 10.00 | 9.24 | 121 |
| TV Show Types: Auto Racing - Specials | † | 8,476 | 24 | 795 | 4.23 | 9.38 | 123 |
| TV Show Types: Awards-Specials | † | 13,025 | 41 | 1,292 | 6.88 | 9.92 | 130 |
| TV Show Types: Baseball Specials | | 22,703 | 65 | 2,137 | 11.38 | 9.41 | 123 |
| TV Show Types: Basketball - Weekend - College | | 21,749 | 103 | 1,694 | 9.02 | 7.79 | 102 |
| TV Show Types: Basketball - Weekend - Professional | | 17,272 | 128 | 1,564 | 8.33 | 9.06 | 119 |
| TV Show Types: Basketball Specials-College | † | 12,638 | 32 | 1,173 | 6.24 | 9.28 | 121 |
| TV Show Types: Basketball Specials-Professional | † | 17,676 | 46 | 1,483 | 7.89 | 8.39 | 110 |
| TV Show Types: Comedy/Variety | † | 3,544 | 29 | 361 | 1.92 | 10.19 | 133 |
| TV Show Types: Daytime Dramas | † | 5,234 | 32 | 671 | 3.57 | 12.82 | 168 |
| TV Show Types: Daytime Game Shows | | 9,749 | 74 | 1,087 | 5.78 | 11.15 | 146 |
| TV Show Types: Documentary Informational- Primetime | | 8,340 | 53 | 825 | 4.39 | 9.89 | 129 |
| TV Show Types: Early Evening Network News - Mon-Fri | | 13,733 | 127 | 1,370 | 7.29 | 9.98 | 131 |
| TV Show Types: Early Evening Network News - Weekend | | 12,899 | 62 | 1,338 | 7.12 | 10.37 | 136 |
| TV Show Types: Early Evening Weekday News Programs (Local) - Mon-Fr | | 18,192 | 145 | 1,778 | 9.46 | 9.77 | 128 |
| TV Show Types: Early Morning News | | 16,328 | 128 | 1,561 | 8.31 | 9.56 | 125 |
| TV Show Types: Early Morning Talk/Informational/News | | 10,626 | 96 | 1,002 | 5.33 | 9.43 | 123 |
| TV Show Types: Early Morning Weekday News Programs (Local) - Mon-Fr | | 19,690 | 155 | 1,999 | 10.64 | 10.15 | 133 |
| TV Show Types: Entertainment Specials | † | 12,179 | 26 | 1,220 | 6.49 | 10.02 | 131 |
| TV Show Types: Football Bowl Games-Specials | † | 19,047 | 44 | 1,561 | 8.31 | 8.20 | 107 |
| TV Show Types: Football Pro Pregame Shows | | 23,191 | 84 | 1,992 | 10.60 | 8.59 | 112 |
| TV Show Types: Football Specials-Professional | | 41,882 | 84 | 3,516 | 18.71 | 8.39 | 110 |
| TV Show Types: Football-College Weekend | | 25,726 | 59 | 2,103 | 11.19 | 8.17 | 107 |
| TV Show Types: Football-Pro Weekend | | 45,546 | 178 | 3,826 | 20.36 | 8.40 | 110 |
| TV Show Types: Game Shows-Primetime | † | 2,948 | 24 | 283 | 1.51 | 9.62 | 126 |
| TV Show Types: General Drama-Primetime | † | 5,820 | 15 | 566 | 3.01 | 9.72 | 127 |
| TV Show Types: Golf | † | 5,556 | 8 | 565 | 3.01 | 10.18 | 133 |
| TV Show Types: Hockey | † | 13,560 | 48 | 1,231 | 6.55 | 9.08 | 119 |
| TV Show Types: Horse Racing | † | 8,625 | 34 | 859 | 4.57 | 9.96 | 130 |
| TV Show Types: Late Evening Weekday News Programs (Local) - Mon-Fri | | 13,999 | 111 | 1,423 | 7.57 | 10.16 | 133 |
| TV Show Types: Late Night Network News/Info - Mon-Fri | | 2,504 | 24 | 310 | 1.65 | 12.39 | 162 |
| TV Show Types: Late Night Talk/Variety | † | 4,904 | 37 | 541 | 2.88 | 11.04 | 144 |
| TV Show Types: News- Specials | | 12,574 | 105 | 1,455 | 7.74 | 11.57 | 151 |
| TV Show Types: Pageants - Specials | | 10,397 | 71 | 966 | 5.14 | 9.29 | 122 |
| TV Show Types: Reality-based | † | 4,594 | 23 | 461 | 2.46 | 10.04 | 131 |
| TV Show Types: Situation Comedies - Primetime | † | 6,059 | 25 | 572 | 3.05 | 9.45 | 124 |
| TV Show Types: Skating - Specials | † | 7,202 | 44 | 739 | 3.93 | 10.26 | 134 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TV Show Types: Soccer | † | 7,799 | 27 | 651 | 3.47 | 8.35 | 109 |
| TV Show Types: Sports Anthologies - Weekend | | 11,422 | 62 | 1,045 | 5.56 | 9.15 | 120 |
| TV Show Types: Sports Anthologies - Weekday | | 11,316 | 62 | 957 | 5.51 | 8.46 | 154 |
| TV Show Types: Syndicated Adult General | † | 4,564 | 9 | 472 | 2.51 | 10.35 | 135 |
| TV Show Types: Tennis | † | 11,263 | 39 | 1,135 | 6.04 | 10.08 | 132 |
| TV Show Types: Track & Field Games | † | 5,660 | 35 | 723 | 3.85 | 12.77 | 167 |
| Websites/apps: ABC | | 12,607 | 122 | 1,126 | 5.99 | 8.93 | 117 |
| Websites/apps: ABCNews | | 16,793 | 162 | 1,214 | 6.46 | 7.23 | 95 |
| Websites/apps: About.com | | 6,878 | 62 | 639 | 3.40 | 9.29 | 122 |
| Websites/apps: AccuWeather | | 39,309 | 347 | 3,208 | 17.07 | 8.16 | 107 |
| Websites/apps: Airbnb | | 11,904 | 90 | 813 | 4.33 | 6.83 | 89 |
| Websites/apps: Amazon | | 110,082 | 852 | 8,230 | 43.80 | 7.48 | 98 |
| Websites/apps: Answers.com | | 12,313 | 107 | 1,031 | 5.49 | 8.37 | 110 |
| Websites/apps: Any Spanish Language Website/App | | 9,741 | 58 | 620 | 3.30 | 6.37 | 83 |
| Websites/apps: AOL Mail | | 14,480 | 171 | 1,328 | 7.07 | 9.17 | 120 |
| Websites/apps: bankrate.com | † | 3,410 | 41 | 301 | 1.60 | 8.83 | 116 |
| Websites/apps: BBC.com | | 14,232 | 134 | 1,113 | 5.93 | 7.82 | 102 |
| Websites/apps: Bing Maps | † | 3,871 | 38 | 422 | 2.25 | 10.90 | 143 |
| Websites/apps: BleacherReport.com | | 10,229 | 74 | 648 | 3.45 | 6.33 | 83 |
| Websites/apps: BuzzFeed | | 17,987 | 118 | 1,441 | 7.67 | 8.01 | 105 |
| Websites/apps: CareerBuilder | | 10,737 | 76 | 716 | 3.81 | 6.67 | 87 |
| Websites/apps: CBS | | 13,939 | 135 | 1,058 | 5.63 | 7.59 | 99 |
| Websites/apps: CBSNews | | 12,178 | 122 | 885 | 4.71 | 7.27 | 95 |
| Websites/apps: CBSSports | | 8,966 | 91 | 685 | 3.64 | 7.64 | 100 |
| Websites/apps: Cheap Tickets | | 11,355 | 111 | 1,089 | 5.80 | 9.59 | 126 |
| Websites/apps: CNBC | | 9,563 | 103 | 741 | 3.94 | 7.75 | 101 |
| Websites/apps: CNET | | 8,365 | 76 | 706 | 3.76 | 8.44 | 111 |
| Websites/apps: CNN | | 40,568 | 347 | 3,079 | 16.39 | 7.59 | 99 |
| Websites/apps: Coupons | | 7,780 | 73 | 722 | 3.84 | 9.28 | 121 |
| Websites/apps: Disney Channel | † | 3,909 | 31 | 278 | 1.48 | 7.12 | 93 |
| Websites/apps: Disney XD | † | 1,430 | 16 | 143 | 0.76 | 9.97 | 131 |
| Websites/apps: disney.com | | 5,647 | 50 | 312 | 1.66 | 5.53 | 72 |
| Websites/apps: eBay | | 48,357 | 375 | 3,763 | 20.03 | 7.78 | 102 |
| Websites/apps: eHow | | 11,292 | 89 | 806 | 4.29 | 7.13 | 93 |
| Websites/apps: ESPN | | 45,056 | 368 | 3,551 | 18.90 | 7.88 | 103 |
| Websites/apps: Expedia | | 20,717 | 182 | 1,691 | 9.00 | 8.16 | 107 |
| Websites/apps: Fandango | | 17,006 | 159 | 1,511 | 8.04 | 8.89 | 116 |
| Websites/apps: Fox News | | 34,165 | 304 | 2,486 | 13.23 | 7.28 | 95 |
| Websites/apps: FOX Sports | | 16,551 | 156 | 1,375 | 7.32 | 8.31 | 109 |
| Websites/apps: Fox.com/FOX NOW | | 14,250 | 135 | 1,112 | 5.92 | 7.80 | 102 |
| Websites/apps: Gmail | | 117,539 | 938 | 8,882 | 47.27 | 7.56 | 99 |
| Websites/apps: Google Maps | | 96,696 | 806 | 7,507 | 39.95 | 7.76 | 102 |
| Websites/apps: Groupon | | 25,155 | 234 | 2,077 | 11.06 | 8.26 | 108 |
| Websites/apps: Hotels.com | | 16,763 | 151 | 1,404 | 7.47 | 8.38 | 110 |
| Websites/apps: Hotwire | | 7,336 | 68 | 827 | 4.40 | 11.27 | 148 |
| Websites/apps: HuffingtonPost.com/HuffPost | | 26,661 | 229 | 1,840 | 9.79 | 6.90 | 90 |
| Websites/apps: IMDb | | 26,669 | 191 | 2,051 | 10.92 | 7.69 | 101 |
| Websites/apps: LivingSocial | † | 4,307 | 42 | 334 | 1.78 | 7.76 | 102 |
| Websites/apps: MapQuest | | 32,307 | 324 | 2,742 | 14.59 | 8.49 | 111 |
| Websites/apps: MLB.com/MLB.com At Bat | | 11,107 | 107 | 897 | 4.78 | 8.08 | 106 |
| Websites/apps: Monster | | 8,087 | 72 | 596 | 3.17 | 7.37 | 96 |
| Websites/apps: Moviefone | † | 1,991 | 25 | 212 | 1.13 | 10.66 | 140 |
| Websites/apps: MSN Entertainment | | 5,402 | 51 | 390 | 2.08 | 7.22 | 95 |
| Websites/apps: MSN Money | | 6,255 | 65 | 454 | 2.42 | 7.25 | 95 |
| Websites/apps: MTV | † | 4,981 | 35 | 278 | 1.48 | 5.57 | 73 |
| Websites/apps: NASCAR | | 5,562 | 53 | 380 | 2.02 | 6.83 | 89 |
| Websites/apps: NBA | | 12,224 | 101 | 952 | 5.07 | 7.79 | 102 |
| Websites/apps: NBC | | 13,017 | 116 | 884 | 4.70 | 6.79 | 89 |
| Websites/apps: NBCNews | | 13,250 | 132 | 1,012 | 5.38 | 7.63 | 100 |
| Websites/apps: NBCSports.com | | 7,416 | 82 | 651 | 3.46 | 8.78 | 115 |
| Websites/apps: NFL.com or NFL/NFL Mobile | | 21,033 | 188 | 1,484 | 7.90 | 7.06 | 92 |
| Websites/apps: nytimes.com | | 27,408 | 226 | 2,042 | 10.87 | 7.45 | 97 |
| Websites/apps: Orbitz | | 7,965 | 69 | 616 | 3.28 | 7.74 | 101 |
| Websites/apps: Outlook | | 44,214 | 392 | 3,350 | 17.83 | 7.58 | 99 |
| Websites/apps: Overstock | | 13,245 | 133 | 1,191 | 6.34 | 8.99 | 118 |
| Websites/apps: PBS | | 9,750 | 96 | 743 | 3.96 | 7.62 | 100 |
| Websites/apps: Popsugar | † | 2,002 | 12 | 93 | 0.50 | 4.66 | 61 |
| Websites/apps: Priceline | | 11,362 | 100 | 975 | 5.19 | 8.58 | 112 |
| Websites/apps: Reuters | | 6,355 | 57 | 382 | 2.03 | 6.00 | 79 |
| Websites/apps: SportingNews.com | † | 2,355 | 29 | 187 | 0.99 | 7.93 | 104 |
| Websites/apps: The Weather Channel (Weather.com) | | 83,663 | 698 | 6,113 | 32.54 | 7.31 | 96 |
| Websites/apps: TheStreet | † | 2,084 | 25 | 141 | 0.75 | 6.74 | 88 |
| Websites/apps: Ticketmaster | | 15,885 | 153 | 1,549 | 8.24 | 9.75 | 128 |
| Websites/apps: Travelocity | | 15,235 | 145 | 1,342 | 7.14 | 8.81 | 115 |
| Websites/apps: TripAdvisor | | 18,644 | 154 | 1,287 | 6.85 | 6.91 | 90 |
| Websites/apps: Univision | † | 7,354 | 44 | 509 | 2.71 | 6.92 | 91 |
| Websites/apps: USA Today.com | | 18,557 | 134 | 1,241 | 6.60 | 6.69 | 88 |
| Websites/apps: Vevo | † | 6,580 | 44 | 442 | 2.35 | 6.72 | 88 |
| Websites/apps: Weather Underground (wunderground.com) | | 9,736 | 89 | 814 | 4.33 | 8.36 | 109 |
| Websites/apps: WeatherBug | | 11,909 | 75 | 714 | 3.80 | 6.00 | 78 |
| Websites/apps: WebMD | | 55,682 | 483 | 4,340 | 23.10 | 7.79 | 102 |
| Websites/apps: Whitepages | | 11,067 | 97 | 854 | 4.55 | 7.72 | 101 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Websites/apps: Wikipedia | | 57,476 | 467 | 4,315 | 22.96 | 7.51 | 98 |
| Websites/apps: wsj.com | | 17,884 | 148 | 1,244 | 6.62 | 6.96 | 91 |
| Websites/apps: WWE | † | | | 369 | | 9.56 | 124 |
| Websites/apps: Yahoo! Answers | | 13,552 | 105 | 915 | 4.87 | 6.75 | 88 |
| Websites/apps: Yahoo! en Español | † | 2,891 | 18 | 262 | 1.39 | 9.05 | 118 |
| Websites/apps: Yahoo! Finance | | 9,493 | 99 | 688 | 3.66 | 7.25 | 95 |
| Websites/apps: Yahoo! Mail | | 61,003 | 551 | 5,101 | 27.15 | 8.36 | 109 |
| Websites/apps: Yahoo! Maps | | 13,170 | 115 | 894 | 4.76 | 6.79 | 89 |
| Websites/apps: Yahoo! Movies | † | 4,371 | 43 | 417 | 2.22 | 9.54 | 125 |
| Websites/apps: Yahoo! News | | 23,234 | 226 | 1,803 | 9.60 | 7.76 | 102 |
| Websites/apps: Yahoo! Sports | | 12,311 | 125 | 1,062 | 5.65 | 8.62 | 113 |
| Websites/apps: YP (Yellow Pages) | | 7,315 | 69 | 561 | 2.99 | 7.67 | 100 |

†: indicates unweighted count of 50 or less
*: User-Defined Target
© 2018 GfK Mediamark Research & Intelligence LLC

**Exhibit 4**

**Qualtrics Online Survey Forms**

Survey1-CranGrapeNoArtificial ⌄

Projects   Contacts   Library   Survey Director   Help   ⦿

Survey   Actions   Distributions   Data & Analysis   Reports

You are currently making edits to this survey. Changes won't be live until you publish.     ✕

**Survey1-CranGrapeNoArtificial**      ● Draft Version

⌄ Quotas        Block Options ⌄

■ Q1   Please answer the following questions which will be used for classification purposes.
✿

■ Q2   Please indicate your gender.
✿      ○ Male
✱      ○ Female

■ Q3   Please indicate your age.
✿
✱

♪   Condition: Please indicate your age. Is Less Than 18. Skip To: End of Block.

■ Q4   What is the highest level of education you have completed?
✿      ○ Some high school
✱      ○ Graduated high school
      ○ Some college
      ○ Graduated college
      ○ Graduate work
      ○ Graduate degree

■ Q61   In which state do you currently reside?
✿      Alabama

♪   Condition: California Is Not Selected. Skip To: End of Block.

Add Block

     Turn on large block mode

⌄ Default Question Block        Block Options ⌄

- - - - - - - - - - - - - Page Break - - - - - - - - - - - - -

■ Q5   Do you ever purchase fruit juices such as apple juice, orange juice or cranberry juice?
✿      ☐ Yes
✱      ☐ No

♪   Condition: No Is Selected. Skip To: End of Block.

- - - - - - - - - - - - - Page Break - - - - - - - - - - - - -

**Q6**    Have you purchased a bottle of orange juice in the past six months?

- ○ Yes
- ○ No

Condition: Yes Is Selected. Skip To: If yes, what brand(s) of orange juice....

Condition: No Is Selected. Skip To: Have you purchased a bottle of apple ....

**Q7**    If yes, what brand(s) of orange juice did you purchase? (You may check more than one brand)

- ☐ Tropicana
- ☐ Minute Maid
- ☐ Simply Orange
- ☐ Florida's Natural
- ☐ Other

*Page Break*

**Q8**    Have you purchased a bottle of apple juice in the past six months

- ○ Yes
- ○ No

Condition: Yes Is Selected. Skip To: If yes, what brand(s) of apple juice ....

Condition: No Is Selected. Skip To: Have you purchased a bottle of cranbe....

**Q9**    If yes, what brand(s) of apple juice did you purchase? (You may check more than one brand)

- ☐ Mott's
- ☐ TreeTop
- ☐ Martinelli's
- ☐ Tropicana
- ☐ Other

*Page Break*

**Q10**    Have you purchased a bottle of cranberry juice in the past six months (including various flavors such as Cran-Apple or Cran-Grape)?

- ☐ Yes
- ☐ No

Condition: Yes Is Selected. Skip To: If yes, which brand(s) of cranberry j....

Condition: No Is Selected. Skip To: End of Block.

**Q11**    If yes, which brand(s) of cranberry juice did your purchase? (you may check more than one brand)

- ☐ Ocean Spray
- ☐ Langer's
- ☐ Knudsen
- ☐ Old Orchard
- ☐ Other

Condition: Ocean Spray Is Selected. Skip To: You are invited to participate in a ....

Condition: Ocean Spray Is Not Selected. Skip To: End of Block.

*Page Break*

**Q12**    You are invited to participate in a survey examining consumers' opinions and evaluations of product packaging and labels used for various juice products. You will be shown several pictures of different juice products and asked to answer some questions about them. Please evaluate the juice products as you would when shopping in a grocery store and considering the product for purchase.

*Page Break*

**Q13** Please examine the picture showing the bottle of Ocean Spray Cran-Grape juice and evaluate it on the scales shown below.



**Q14** The design of the Ocean Spray Cran-Grape bottle is:

| | | |
|---|---|---|
| Very attractive | o o o o o o o | Very unattractive |
| Very interesting | o o o o o o o | Not very interesting |
| Very unique | o o o o o o o | Not very unique |

**Q15** The label used on the Ocean Spray Cran-Grape bottle is:

| | | |
|---|---|---|
| Very colorful | o o o o o o o | Not very colorful |
| Very appealing | o o o o o o o | Not very appealing |
| Very informative | o o o o o o o | Not very informative |

Page Break

**Q16**

**Q17** Would any of the images shown on the Ocean Spray Cran-Grape juice label be important to you when evaluating this product for purchase?

○ Yes
○ No
○ Unsure

Condition: No Is Selected. Skip To: Oceanspray crangrape package.

Condition: Unsure Is Selected. Skip To: Oceanspray crangrape package.

--- Page Break ---

**Q18**



**Q19** If yes, which particular image?

--- Page Break ---

**Q20**

■ Q21
Would any of the information shown on the Ocean Spray Cran-Grape label be important to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

ʃ   Condition: No Is Selected. Skip To: Please click on the parts of the Ocea....

ʃ   Condition: Unsure Is Selected. Skip To: Please click on the parts of the Ocea....

■ Q22



■ Q23
If yes, please indicate which information would be of interest to you.

--- Page Break ---

■ Q24
Please click on the parts of the Ocean Spray Cran-Grape juice label that would be most important to you in evaluating this product for purchase. Your selection will turn green when you highlight the area(s) of interest. Again, only click on areas of the label that would be important to you.

**Q25** Based on the information and images shown on the Ocean Spray Cran-Grape juice label, please evaluate the product on the following scales:

| | Strongly agree | Somewhat agree | Neither agree nor disagree | Somewhat disagree | Strongly disagree |
|---|---|---|---|---|---|
| Ocean Spray Cran-Grape juice is high in nutritional value | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Grape juice is a healthy product | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Grape juice contains natural ingredients | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Grape juice contains no artificial colors | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Grape juice contains no artificial flavors | ○ | ○ | ○ | ○ | ○ |

**Q26** If you were considering purchasing a juice product, what is the likelihood you would purchase Ocean Spray Cran-Grape juice?

Very likely to purchase   ○ ○ ○ ○ ○ ○ ○   Very unlikely to purchase

---
Page Break
---

**Q27** A 64 oz (1.89L) bottle of cranberry juice sells for an average price of $3.25 in a grocery store or online. Please indicate how much you would be willing to pay for a 64 oz. bottle of Ocean Spray Cran-Grape juice.

○ less than $2.79
○ $2.79
○ $2.89
○ $2.99
○ $3.09
○ $3.19
○ $3.25
○ $3.29
○ $3.39
○ $3.49
○ $3.59
○ $3.69
○ $3.79
○ $3.89
○ $3.99
○ more than $3.99

---
Page Break
---

**Q28** The label states that Ocean Spray Cran-Grape juice has no artificial flavors. If Ocean Spray Cran-Grape juice was artificially flavored, would this have an influence on the price you would be willing to pay for this product?

○ Yes
○ No
○ Unsure

Condition: Yes Is Selected. Skip To: How would artificial flavoring in Oce....
Condition: No Is Selected. Skip To: How likely is it that you will purcha....
Condition: Unsure Is Selected. Skip To: How likely is it that you will purcha....

**Q29** How would artificial flavoring in Ocean Spray Cran-Grape juice influence the price you would be willing to pay for this product?

○ I would be willing to pay less if it was artificially flavored
○ I would be willing to pay more if it was artificially flavored
○ I would not purchase it if it was artificially flavored

Condition: I would be willing to pay l... Is Selected. Skip To: How much less would you be willing to....
Condition: I would be willing to pay m... Is Selected. Skip To: How much more would you be willing to....
Condition: I would not purchase it if ... Is Selected. Skip To: How likely is it that you will purcha....

**Q30** How much less would you be willing to pay for a 64 oz. bottle of Ocean Spray Cran-Grape juice if it was artificially flavored? Please slide the scale shown below to the amount less you would be willing to pay.

cents less    0   5   10   15   20   25   30   35   40   45   50   55   60   65   70   75   80   85   90   95   100

Condition: cents less Is Not Empty. Skip To: How likely is it that you will purcha....

Condition: cents less Is Empty. Skip To: How likely is it that you will purcha....

--- Page Break ---

**Q31** How much more would you be willing to pay for a 64 oz. bottle of Ocean Spray Cran-Grape juice if it was artificially flavored? Please slide the scale shown below to the amount more you would be willing to pay.

cents more    0   5   10   15   20   25   30   35   40   45   50   55   60   65   70   75   80   85   90   95   100

--- Page Break ---

**Q32** How likely is it that you will purchase Ocean Spray Cran-Grape or another Ocean Spray Cranberry juice flavor in the next six months?

Very likely    ○ ○ ○ ○ ○ ○ ○    Very unlikely

--- Page Break ---

**Q33** Please examine the picture showing the bottle of Mott's Apple Juice and evaluate it on the scales shown below.

**Q34**

**Q35** The design of the Mott's Apple juice bottle is

| | | |
|---|---|---|
| Very attractive | ○ ○ ○ ○ ○ ○ ○ | Very unattractive |
| Very interesting | ○ ○ ○ ○ ○ ○ ○ | Not very interesting |
| Very unique | ○ ○ ○ ○ ○ ○ ○ | Not very unique |

**Q36** The label used on the Mott's Apple Juice bottle is:

| | | |
|---|---|---|
| Very colorful | ○ ○ ○ ○ ○ ○ ○ | Not very colorful |
| Very appealing | ○ ○ ○ ○ ○ ○ ○ | Not very appealing |
| Very informative | ○ ○ ○ ○ ○ ○ ○ | Not very informative |

— Page Break —



**Q37**

**Q38** Would any of the images shown on the Mott's Apple Juice bottle be important to you when evaluating this product for purchase?

○ Yes
○ No
○ Unsure

Condition: No Is Selected. Skip To: Would any of the information shown on....

Condition: Unsure Is Selected. Skip To: Would any of the information shown on....

— Page Break —

**Q39**

**Q40** If yes, which particular image?

— Page Break —



**Q41**

**Q42**    Would any of the information shown on the Mott's Apple Juice label be of interest to you when
evaluating this product for purchase?

○ Yes

○ No

○ Unsure

Condition: No Is Selected. Skip To: Please click on the parts of the Mott...

Condition: Unsure Is Selected. Skip To: Please click on the parts of the Mott...

---------------------------------------------- Page Break ----------------------------------------------

**Q43**

**Q44**    If yes, please indicate which information would be of interest to you.

---------------------------------------------- Page Break ----------------------------------------------

**Q45**    Please click on the parts of the Mott's Apple Juice label that would be most important to you in
evaluating this product for purchase. Your selection will turn green when you highlight the area(s) of
interest.  Again, only click on areas of the label that would be important to you.

**Q46**   Mottslabel



**Q47**   Based on the information and images shown on the Mott's Apple Juice label, please evaluate the product on the following scales:

|  | Strongly agree | Somewhat agree | Neither agree nor disagree | Somewhat disagree | Strongly disagree |
|---|---|---|---|---|---|
| Mott's Apple Juice is high in nutritional value | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice is a healthy product | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains natural ingredients | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains artificial colors | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains artificial flavors | ○ | ○ | ○ | ○ | ○ |

**Q48**   If your were considering purchasing a juice product, what is the likelihood you would purchase Mott's Apple Juice?

Very likely to purchase   ○ ○ ○ ○ ○ ○ ○   Very unlikely to purchase

**Q49**   A 64 oz. bottle of Mott's Apple Juice sells for an average price of $3.25 in a grocery store or online. Please indicate how much you would be willing to pay for a 64 oz. bottle of Mott's Apple Juice.

- ○ less than $2.79
- ○ $2.79
- ○ $2.89
- ○ $2.99
- ○ $3.09
- ○ $3.19
- ○ $3.25
- ○ $3.29
- ○ $3.39
- ○ $3.49
- ○ $3.59
- ○ $3.69
- ○ $3.79
- ○ $3.89
- ○ $3.99
- ○ more than $3.99

**Q50**   How likely is it that you will purchase Mott's Apple Juice in the next six months?

Very likely   ○ ○ ○ ○ ○ ○ ○   Very unlikely

Page Break

Add Block

⚠ End of Survey     Survey Termination Options...



**Q61**   In which state do you currently reside?

Alabama

Condition: California Is Not Selected. Skip To: End of Block.

Add Block

Turn on large block mode

▾ Default Question Block               Block Options ⌄

**Q5**   Do you ever purchase fruit juices such as apple juice, orange juice or cranberry juice?

○ Yes
○ No

Condition: No Is Selected. Skip To: End of Block.

---- Page Break ----

**Q6**   Have you purchased a bottle of orange juice in the past six months?

○ Yes
○ No

Condition: Yes Is Selected. Skip To: If yes, what brand(s) of orange juice....

Condition: No Is Selected. Skip To: Have you purchased a bottle of apple ....

**Q7**   If yes, what brand(s) of orange juice did you purchase? (you may check more than one brand)

☐ Tropicana
☐ Minute Maid
☐ Simply Orange
☐ Florida;s Natural
☐ Other

---- Page Break ----

**Q8**  Have you purchased a bottle of apple juice in the past six months?

○ Yes

○ No

Condition: Yes Is Selected. Skip To: If yes, what brand(s) of apple juice ....

Condition: No Is Selected. Skip To: Have you purchased a bottle of cranbe....

**Q9**  If yes, what brand(s) of apple juice did you purchase? (you may check more than one brand)

☐ Mott's

☐ TreeTop

☐ Matrinelli's

☐ Tropicana

☐ Other

--- Page Break ---

**Q10**  Have you purchased a bottle of cranberry juice in the past six months?

○ Yes

○ No

Condition: Yes Is Selected. Skip To: If yes, what brand(s) of cranberry ju....

Condition: No Is Selected. Skip To: End of Block.

**Q11**  If yes, what brand(s) of cranberry juice did you purchase? (you many check more than one brand)

☐ Ocean Spray

☐ Langer's

☐ Knudsen

☐ Old Orchard

☐ Other

Condition: Ocean Spray Is Selected. Skip To: You are invited to participate in a ....

Condition: Ocean Spray Is Not Selected. Skip To: End of Block.

--- Page Break ---


Q12



↪

You are invited to participate in a survey examining consumers' opinions and evaluations of product packaging and labels used for various juice products. You will be shown several pictures of different juice products and asked to answer some questions about them. Please evaluate the juice products as you would when shopping in a grocery store and considering the product for purchase.

- - - - - - - - - - - - - - - - - - - - - Page Break - - - - - - - - - - - - - - - - - - - - -


Q13



Please examine the picture showing the bottle of Ocean Spray Cran-Apple juice and evaluate it on the scales shown below.





Q14

The design of the Ocean Spray Cran-Apple bottle is:

| Very attractive | ○ ○ ○ ○ ○ ○ ○ | Very unattractive |
| Very Interesting | ○ ○ ○ ○ ○ ○ ○ | Not very interesting |
| Very unique | ○ ○ ○ ○ ○ ○ ○ | Not very unique |

Q15

The label used on the Ocean Spray Cran-Apple bottle is:

| Very colorful | ○ ○ ○ ○ ○ ○ ○ | Not very colorful |
| Very appealing | ○ ○ ○ ○ ○ ○ ○ | Not very appealing |
| Very informative | ○ ○ ○ ○ ○ ○ ○ | Not very informative |

- - - - - - - - - Page Break - - - - - - - - -

Q16



**Q17**

Would any of the images shown on the Ocean Spray Cran-Apple juice label be important to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

Condition: No Is Selected. Skip To: Oceanspray cranapplelabel good.

Condition: Unsure Is Selected. Skip To: Oceanspray cranapplelabel good.

— — — — — — — — — — Page Break — — — — — — — — — —

**Q18**



**Q19**

If yes, which particular image?

[                                                            ]

— — — — — — — — — — Page Break — — — — — — — — — —

■ Q20



■ Q21

Would any of the information shown on the Ocean Spray Cran-Apple label be important to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

Condition: No Is Selected. Skip To: Please click on the parts of the Ocea....

Condition: Unsure Is Selected. Skip To: Please click on the parts of the Ocea....

Q22



Q23

If yes, please indicate which information would be of interest to you.

Page Break

**Q24**

Please click on the parts of the Ocean Spray Cran-Apple juice label that would be most important to you in evaluating this product for purchase. Your selection will turn green when you highlight the area(s) of interest. Again, only click on areas of the label that would be important to you.



**Q25**

Based on the information and images shown on the Ocean Spray Cran-Apple juice label, please evaluate the product on the following scales:

|  | Strongly agree | Somewhat agree | Neither agree nor disagree | Somewhat disagree | Strongly disagree |
|---|---|---|---|---|---|
| Ocean Spray Cran-Apple Juice is high in nutritional value | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Apple Juice is a healthy product | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Apple Juice contains natural ingredients | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Apple Juice contains no artificial colors | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Apple Juice contains no artificial flavors | ○ | ○ | ○ | ○ | ○ |

**Q26**

If you were considering purchasing a juice product, what is the likelihood you would purchase Ocean Spray Cran-Apple juice?

Very likely to purchase    ○ ○ ○ ○ ○ ○ ○    Very unlikely to purchase

- - - - - - - - - - - - - - - - - Page Break - - - - - - - - - - - - - - - - -

**Q27**

A 64 oz (1.89L) bottle of cranberry sells for an average price of **$3.25** in a grocery store or online. Please indicate how much you would be willing to pay for a 64 oz. bottle of Ocean Spray Cran-Apple juice.

○ less than $2.79
○ $2.79
○ $2.89
○ $2.99
○ $3.09
○ $3.19
○ $3.25
○ $3.29
○ $3.39
○ $3.49
○ $3.59
○ $3.69
○ $3.79
○ $3.89
○ $3.99
○ more than $3.99

– – – – – – – – – – – – – – – – Page Break – – – – – – – – – – – – – – – –

**Q28**

The label states that Ocean Spray Cran-Apple juice has no artificial flavors. If Ocean Spray Cran-Apple juice <u>was artificially flavored</u>, would this have an influence on the price you would be willing to pay for this product?

○ Yes
○ No
○ Unsure

↳ Condition: Yes Is Selected. Skip To: How would artificial flavoring in Oce....

↳ Condition: No Is Selected. Skip To: How likely is it that you will purcha....

↳ Condition: Unsure Is Selected. Skip To: How likely is it that you will purcha....

**Q29**

**How would artificial flavoring in Ocean Spray Cran-Apple juice influence the price you would be willing to pay for this product?**

○ I would be willing to pay less if it was artificially flavored

○ I would be willing to pay more if it was artificially flavored

○ I would not purchase it if it was artificially flavored

Condition: I would be willing to pay l... Is Selected. Skip To: How much less would you be willing to....

Condition: I would not purchase it if ... Is Selected. Skip To: How likely is it that you will purcha....

Condition: I would be willing to pay m... Is Selected. Skip To: How much more would you be willing to....

**Q30**

**How much less would you be willing to pay for a 64 oz. bottle of Ocean Spray Cran-Apple juice if it was artificially flavored? Please slide the scale shown below to the amount less you would be willing to pay.**

0  5  10  15  20  25  30  35  40  45  50  55  60  65  70  75  80  85  90  95 100

cents less

Condition: cents less Is Not Empty. Skip To: How likely is it that you will purcha....

Condition: cents less Is Empty. Skip To: How likely is it that you will purcha....

Page Break

**Q31**

**How much more would you be willing to pay for a 64 oz. bottle of Ocean Spray Cran-Apple juice if it was artificially flavored? Please slide the scale shown below to the amount more you would be willing to pay.**

0  5  10  15  20  25  30  35  40  45  50  55  60  65  70  75  80  85  90  95 100

cents more

Page Break

**Q32** How likely is it that you will purchase Ocean Spray Cran-Apple or another Ocean Spray Cranberry juice flavor in the next six months?

Very likely  ○ ○ ○ ○ ○ ○ ○  Very unlikely

---

Page Break

---

**Q33** Please examine the picture showing the bottle of Mott's Apple Juice and evaluate it on the scales shown below.

**Q34**



**Q35**

The design of the Mott's Apple juice bottle is

| | | |
|---|---|---|
| Very attractive | ○ ○ ○ ○ ○ ○ ○ | Very unattractive |
| Very interesting | ○ ○ ○ ○ ○ ○ ○ | Not very interesting |
| Very unique | ○ ○ ○ ○ ○ ○ ○ | Not very unique |

**Q36**

The label used on the Mott's Apple Juice bottle is:

| | | |
|---|---|---|
| Very colorful | ○ ○ ○ ○ ○ ○ ○ | Not very colorful |
| Very appealing | ○ ○ ○ ○ ○ ○ ○ | Not very appealing |
| Very informative | ○ ○ ○ ○ ○ ○ ○ | Not very informative |

--- Page Break ---

**Q37**



**Q38**

Would any of the images shown on the Mott's Apple Juice bottle be important to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

Condition: No Is Selected. Skip To: Would any of the information shown on....

Condition: Unsure Is Selected. Skip To: Would any of the information shown on....

--- Page Break ---



Q39

Q40  If yes, which particular image?

--------- Page Break ---------

Q41

**Q42**

Would any of the information shown on the Mott's Apple Juice label be of interest to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

Condition: No Is Selected. Skip To: Please click on the parts of the Mott....

Condition: Unsure Is Selected. Skip To: Please click on the parts of the Mott....

---
Page Break
---

**Q43**



**Q44**

If yes, please indicate which information would be of interest to you.

---
Page Break
---

**Q45**

Please click on the parts of the Mott's Apple Juice label that would be most important to you in evaluating this product for purchase. Your selection will turn green when you highlight the area(s) of interest.  Again, only click on areas of the label that would be important to you.


**Q46**    Mottslabel



**Q47**    Based on the information and images shown on the Mott's Apple Juice label, please evaluate the product on the following scales:

|  | Strongly agree | Somewhat agree | Neither agree nor disagree | Somewhat disagree | Strongly disagree |
|---|---|---|---|---|---|
| Mott's Apple Juice is high in nutritional value | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice is a healthy product | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains natural ingredients | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains artificial colors | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains artificial flavors | ○ | ○ | ○ | ○ | ○ |

**Q48**    If your were considering purchasing a juice product, what is the likelihood you would purchase Mott's Apple Juice?

Very likely to purchase    ○ ○ ○ ○ ○ ○ ○    Very unlikely to purchase



**Q49**

A 64 oz. bottle of Mott's Apple Juice sells for an average price of $3.25 in a grocery store or online. Please indicate how much you would be willing to pay for a 64 oz. bottle of Mott's Apple Juice.

- less than $2.79
- $2.79
- $2.89
- $2.99
- $3.09
- $3.19
- $3.25
- $3.29
- $3.39
- $3.49
- $3.59
- $3.69
- $3.79
- $3.89
- $3.99
- more than $3.99

**Q50**

How likely is it that you will purchase Mott's Apple Juice in the next six months?

Very likely  ○ ○ ○ ○ ○ ○ ○  Very unlikely

--------- Page Break ---------

Add Block

⚠ End of Survey                    Survey Termination Options...



Qualtrics.com   Contact Information   Legal

Survey3-CranAppleArtificial ⌄

Projects    Contacts    Library    Survey Director    Help    ⓐ

Survey    Actions    Distributions    Data & Analysis    Reports

You are currently making edits to this survey. Changes won't be live until you publish.    ✕

## Survey3-CranAppleArtificial                              ❶ Draft Version

⌄ Quotas                                                  Block Options ⌄

**Q1**    Please answer the following questions which will be used for classification purposes.
⚙

**Q2**    Please indicate your gender.
⚙       ○ Male
✱       ○ Female

**Q3**    Please indicate your age.
⚙
✱       [                                      ]

↳       Condition: Please indicate your age. Is Less Than 18. Skip To: End of Block.

**Q4**    What is the highest level of education you have completed?
⚙       ○ Some high school
✱       ○ Graduated high school
        ○ Some college
        ○ Graduated college
        ○ Graduate work
        ○ Graduate degree

**Q61**   In which state do you currently reside?

Alabama

Condition: California Is Not Selected. Skip To: End of Block.

Add Block

▼ Default Question Block                                      Block Options ⌄

**Q5**   Do you ever purchase fruit juices such as apple juice, orange juice or cranberry juice?

○ Yes
○ No

Condition: Yes Is Selected. Skip To: Have you purchased a bottle of orange....

Condition: No Is Selected. Skip To: End of Block.

Page Break

**Q6**   Have you purchased a bottle of orange juice in the past six months?

○ Yes
○ No

Condition: Yes Is Selected. Skip To: If yes, what brand(s) of orange juice....

Condition: No Is Selected. Skip To: Have you purchased a bottle of apple ....

**Q7**   If yes, what brand(s) of orange juice did you purchase? (You may check more than one brand)

☐ Tropicana
☐ Minute Maid
☐ Simply Orange
☐ Florida's Natural
☐ Other

Page Break

**Q8** Have you purchased a bottle of apple juice in the past six months?

○ Yes

○ No

Condition: Yes Is Selected. Skip To: If yes, what brand(s) of apple juice ....

Condition: No Is Selected. Skip To: Have you purchased a bottle of cranbe....

**Q9** If yes, what brand(s) of apple juice did you purchase? (You may check more than one brand)

☐ Mott's

☐ TreeTop

☐ Martinelli's

☐ Tropicana

☐ Other

---------- Page Break ----------

**Q10** Have you purchased a bottle of cranberry juice in the past six months (including various flavors such as Cran-Apple or Cran-Grape)?

○ Yes

○ No

Condition: Yes Is Selected. Skip To: If yes, which brand(s) of cranberry j....

Condition: No Is Selected. Skip To: End of Block.

**Q11** If yes, which brand(s) of cranberry juice did you purchase?(you may check more than one brand)

☐ Ocean Spray

☐ Langer's

☐ Knudsen

☐ Old Orchard

☐ Other

Condition: Ocean Spray Is Selected. Skip To: You are invited to participate in a ....

Condition: Ocean Spray Is Not Selected. Skip To: End of Block.

---------- Page Break ----------

■
Q12

⚙

↪

You are invited to participate in a survey examining consumers' opinions and evaluations of product packaging and labels used for various juice products. You will be shown several pictures of different juice products and asked to answer some questions about them. Please evaluate the juice products as you would when shopping in a grocery store and considering the product for purchase.

--- Page Break ---

■
Q13

⚙

Please examine the picture showing the bottle of Ocean Spray Cran-Apple juice and evaluate it on the scales shown below.



■
Q14

⚙

✳

The design of the Ocean Spray Cran-Apple bottle is:

| | | |
|---|---|---|
| Very attractive | ○ ○ ○ ○ ○ ○ ○ | Very unattractive |
| Very Interesting | ○ ○ ○ ○ ○ ○ ○ | Not very interesting |
| Very unique | ○ ○ ○ ○ ○ ○ ○ | Not very unique |

■
Q15

⚙

✳

The label used on the Ocean Spray Cran-Apple bottle is:

| | | |
|---|---|---|
| Very colorful | ○ ○ ○ ○ ○ ○ ○ | Not very colorful |
| Very appealing | ○ ○ ○ ○ ○ ○ ○ | Not very appealing |
| Very informative | ○ ○ ○ ○ ○ ○ ○ | Not very informative |

--- Page Break ---

Q16



**Q17** Would any of the images shown on the Ocean Spray Cran-Apple juice label be important to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

Condition: No Is Selected. Skip To: Cran apple artificial flavor.

Condition: Unsure Is Selected. Skip To: Cran apple artificial flavor.

------------------------------ Page Break ------------------------------

Q18



Q19    If yes, which particular image?

Page Break

Q20



Q21

Would any of the information shown on the Ocean Spray Cran-Apple label be important to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

Condition: No Is Selected. Skip To: Please click on the parts of the Ocea....

Condition: Unsure Is Selected. Skip To: Please click on the parts of the Ocea....

Q22



Q23    If yes, please indicate which information would be of interest to you.

- - - - - - - - - - - - - - - - - - - - Page Break - - - - - - - - - - - - - - - - - - - -

**Q24**   Please click on the parts of the Ocean Spray Cran-Apple juice label that would be most important to you in evaluating this product for purchase. Your selection will turn green when you highlight the area(s) of interest. Again, only click on areas of the label that would be important to you.



**Q25**   Based on the information and images shown on the Ocean Spray Cran-Apple juice label, please evaluate the product on the following scales:

|  | Strongly agree | Somewhat agree | Neither agree nor disagree | Somewhat disagree | Strongly disagree |
|---|---|---|---|---|---|
| Ocean Spray Cran-Apple Juice is high in nutritional value | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Apple Juice is a healthy product | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Apple Juice contains natural ingredients | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Apple Juice contains artificial colors | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Apple Juice contains artificial flavors | ○ | ○ | ○ | ○ | ○ |

**Q26**   **If you were considering purchasing a juice product, what is the likelihood you would purchase Ocean Spray Cran-Apple juice?**

Very likely to purchase   ○ ○ ○ ○ ○ ○ ○   Very unlikely to purchase

- - - - - - - - - - - - - - - - Page Break - - - - - - - - - - - - - - - -

**Q27**

**A 64 oz (1.89L) bottle of cranberry juice sells for an average price of $3.25 in a grocery store or online. Please indicate how much you would be willing to pay for a 64 oz. bottle of Ocean Spray Cran-Apple juice.**

- ○ less than $2.79
- ○ $2.79
- ○ $2.89
- ○ $2.99
- ○ $3.09
- ○ $3.19
- ○ $3.25
- ○ $3.29
- ○ $3.39
- ○ $3.49
- ○ $3.59
- ○ $3.69
- ○ $3.79
- ○ $3.89
- ○ $3.99
- ○ more than $3.99

---- Page Break ----

**Q28**

**How likely is it that you will purchase Ocean Spray Cran-Apple or another Ocean Spray Cranberry juice flavor in the next six months?**

Very likely    ○ ○ ○ ○ ○ ○ ○    Very unlikely

---- Page Break ----

**Q29**

Please examine the picture showing the bottle of Mott's Apple Juice and evaluate it on the scales shown below.

**Q30**



**Q31**

The design of the Mott's Apple juice bottle is

| | | |
|---|---|---|
| Very attractive | ○ ○ ○ ○ ○ ○ | Very unattractive |
| Very interesting | ○ ○ ○ ○ ○ ○ | Not very interesting |
| Very unique | ○ ○ ○ ○ ○ ○ | Not very unique |

**Q32**

The label used on the Mott's Apple Juice bottle is:

| | | |
|---|---|---|
| Very colorful | ○ ○ ○ ○ ○ ○ | Not very colorful |
| Very appealing | ○ ○ ○ ○ ○ ○ | Not very appealing |
| Very informative | ○ ○ ○ ○ ○ ○ | Not very informative |

- - - - - - - - - - - - - - - - Page Break - - - - - - - - - - - - - - - -

■
Q33

⚙



■
Q34

⚙

✳

Would any of the images shown on the Mott's Apple Juice bottle be important to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

↰ Condition: No Is Selected. Skip To: Would any of the information shown on....

↰ Condition: Unsure Is Selected. Skip To: Would any of the information shown on....

-------------------------------------------- Page Break --------------------------------------------

■
Q35

⚙



**Q36**  If yes, which particular image?

---

Page Break

---

**Q37**



**Q38**  Would any of the information shown on the Mott's Apple Juice label be of interest to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

Condition: No Is Selected. Skip To: Please click on the parts of the Mott....

Condition: Unsure Is Selected. Skip To: Please click on the parts of the Mott....

---

Page Break

---

**Q39**



**Q40**

If yes, please indicate which information would be of interest to you.

---

Page Break

---

**Q41**

Please click on the parts of the Mott's Apple Juice label that would be most important to you in evaluating this product for purchase. Your selection will turn green when you highlight the area(s) of interest.  Again, only click on areas of the label that would be important to you.


**Q42**    Mottslabel



**Q43**    Based on the information and images shown on the Mott's Apple Juice label, please evaluate the product on the following scales:

|  | Strongly agree | Somewhat agree | Neither agree nor disagree | Somewhat disagree | Strongly disagree |
|---|---|---|---|---|---|
| Mott's Apple Juice is high in nutritional value | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice is a healthy product | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains natural ingredients | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains artificial colors | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains artificial flavors | ○ | ○ | ○ | ○ | ○ |

**Q44**    If your were considering purchasing a juice product, what is the likelihood you would purchase Mott's Apple Juice?

Very likely to purchase    ○ ○ ○ ○ ○ ○ ○    Very unlikely to purchase



**Q45** A 64 oz. bottle of Mott's Apple Juice sells for an average price of $3.25 in a grocery store or online. Please indicate how much you would be willing to pay for a 64 oz. bottle of Mott's Apple Juice.

- ○ less than $2.79
- ○ $2.79
- ○ $2.89
- ○ $2.99
- ○ $3.09
- ○ $3.19
- ○ $3.25
- ○ $3.29
- ○ $3.39
- ○ $3.49
- ○ $3.59
- ○ $3.69
- ○ $3.79
- ○ $3.89
- ○ $3.99
- ○ $more than $3.99

**Q46** How likely is it that you will purchase Mott's Apple Juice in the next six months?

Very likely   ○ ○ ○ ○ ○ ○ ○   Very unlikely

— — — — — — — — Page Break — — — — — — — —

Add Block

⚠ End of Survey                                   Survey Termination Options...



Qualtrics.com    Contact Information    Legal

Survey4-CranGrapeArtificial ⌄

Projects    Contacts    Library    Survey Director    Help    ⓐ

Survey    Actions    Distributions    Data & Analysis    Reports

You are currently making edits to this survey. Changes won't be live until you publish.    ✕

## Survey4-CranGrapeArtificial

❶ Draft Version

⌄ Quotas         Block Options ⌄

**Q1**    Please answer the following questions which will be used for classification purposes.

⚙

**Q2**    Please indicate your gender.

⚙
✳
- ○ Male
- ○ Female

**Q3**    Please indicate your age.

⚙
✳
[                                        ]

**Q4**    What is the highest level of education you have completed?

⚙
✳
- ○ Some high school
- ○ Graduated high school
- ○ Some college
- ○ Graduated college
- ○ Graduate work
- ○ Graduate degree

**Q61**    In which state do you currently reside?

⚙
[ Alabama ]

Add Block

⌄ Default Question Block        Block Options ⌄

**Q5** Have you purchased  fruit juices such as apple juice, orange juice or cranberry juice in the past six months?

☐ Yes

☐ No

Condition: No Is Selected. Skip To: End of Block.

--- Page Break ---

**Q6** Have you purchased a bottle of orange juice  in the past six months?

○ Yes

○ No

Condition: Yes Is Selected. Skip To: If yes, what brand(s) of orange juice....

Condition: No Is Selected. Skip To: Have you purchased a bottle of apple ....

**Q7** If yes, what brand(s) of orange juice did you purchase? (You may check more than one brand)

☐ Tropicana

☐ Minute Maid

☐ Simply Orange

☐ Florida's Natural

☐ Other

☐ Don't remember

--- Page Break ---

**Q8** Have you purchased a bottle of apple juice in the past six months

○ Yes

○ No

Condition: Yes Is Selected. Skip To: If yes, what brand(s) of apple juice ....

Condition: No Is Selected. Skip To: Have you purchased a bottle of cranbe....

**Q9** If yes, what brand(s) of apple juice did you purchase? (You may check more than one brand)

☐ Mott's

☐ TreeTop

☐ Martinelli's

☐ Tropicana

☐ Other

☐ Don't remember

--- Page Break ---

**Q10** Have you purchased a bottle of cranberry juice in the past six months (including various flavors such as Cran-Apple or Cran-Grape)?

☐ Yes

☐ No

Condition: Yes Is Selected. Skip To: If yes, which brand(s) of cranberry j....

Condition: No Is Selected. Skip To: End of Block.

**Q11** If yes, which brand(s) of cranberry juice did your purchase? (you may check more than one brand)

☐ Ocean Spray

☐ Langer's

☐ Knudsen

☐ Old Orchard

☐ Other

☐ Don't remember

Condition: Ocean Spray Is Selected. Skip To: You are invited to participate in a ....

Condition: Ocean Spray Is Not Selected. Skip To: End of Block.

--- Page Break ---

**Q12** You are invited to participate in a survey examining consumers' opinions and evaluations of product packaging and labels used for various juice products. You will be shown several pictures of different juice products and asked to answer some questions about them. Please evaluate the juice products as you would when shopping in a grocery store and considering the product for purchase.

--- Page Break ---

**Q13**  ⚙ Please examine the picture showing the bottle of Ocean Spray Cran-Grape juice and evaluate it on the scales shown below.



**Q14**  ⚙ ✳ The design of the Ocean Spray Cran-Grape bottle is:

| | | |
|---|---|---|
| Very attractive | ○ ○ ○ ○ ○ ○ ○ | Very unattractive |
| Very Interesting | ○ ○ ○ ○ ○ ○ ○ | Not very interesting |
| Very unique | ○ ○ ○ ○ ○ ○ ○ | Not very unique |

**Q15**  ⚙ ✳ The label used on the Ocean Spray Cran-Grape bottle is:

| | | |
|---|---|---|
| Very colorful | ○ ○ ○ ○ ○ ○ ○ | Not very colorful |
| Very appealing | ○ ○ ○ ○ ○ ○ ○ | Not very appealing |
| Very informative | ○ ○ ○ ○ ○ ○ ○ | Not very informative |

- - - - - - - - - - - - - - - Page Break - - - - - - - - - - - - - - -

**Q16**



**Q17**

Would any of the images shown on the Ocean Spray Cran-Grape juice label be important to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

Condition: No Is Selected. Skip To: Cran grape artificial flavor.

Condition: Unsure Is Selected. Skip To: Cran grape artificial flavor.

— — — — — — — — — — — — — — — — Page Break — — — — — — — — — — — — — — — — —

Q18



Q19

If yes, which particular image?

Page Break

■
Q20



■
Q21

Would any of the information shown on the Ocean Spray Cran-Grape label be important to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

Condition: No Is Selected. Skip To: Please click on the parts of the Ocea....

Condition: Unsure Is Selected. Skip To: Please click on the parts of the Ocea....

Q22



Q23    If yes, please indicate which information would be of interest to you.

Page Break

**Q24** Please click on the parts of the Ocean Spray Cran-Grape juice label that would be most important to you in evaluating this product for purchase. Your selection will turn green when you highlight the area(s) of interest. Again, only click on areas of the label that would be important to you.



**Q25** Based on the information and images shown on the Ocean Spray Cran-Grape juice label, please evaluate the product on the following scales:

|  | Strongly agree | Somewhat agree | Neither agree nor disagree | Somewhat disagree | Strongly disagree |
|---|---|---|---|---|---|
| Ocean Spray Cran-Grape juice is high in nutritional value | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Grape juice is a healthy product | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Grape juice contains natural ingredients | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Grape juice contains artificial colors | ○ | ○ | ○ | ○ | ○ |
| Ocean Spray Cran-Grape juice contains artificial flavors | ○ | ○ | ○ | ○ | ○ |

**Q26** If you were considering purchasing a juice product, what is the likelihood you would purchase Ocean Spray Cran-Grape juice?

Very likely to purchase    ○ ○ ○ ○ ○ ○ ○    Very unlikely to purchase

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - Page Break - - - - - - - - - - - - - - - - - - - - - - - - - -

**Q27**

A 64 oz (1.89L) bottle of cranberry juice sells for an average price of $3.25 in a grocery store or online. Please indicate how much you would be willing to pay for a 64 oz. bottle of Ocean Spray Cran-Grape juice.

- less than $2.79
- $2.79
- $2.89
- $2.99
- $3.09
- $3.19
- $3.25
- $3.29
- $3.39
- $3.49
- $3.59
- $3.69
- $3.79
- $3.89
- $3.99
- more than $3.99

--- Page Break ---

**Q28**

How likely is it that you will purchase Ocean Spray Cran-Grape or another Ocean Spray Cranberry juice flavor in the next six months?

Very likely  ○ ○ ○ ○ ○ ○ ○  Very unlikely

--- Page Break ---

**Q29**

Please examine the picture showing the bottle of Mott's Apple Juice and evaluate it on the scales shown below.

Q30



Q31

The design of the Mott's Apple juice bottle is

| | | |
|---|---|---|
| Very attractive | ○ ○ ○ ○ ○ ○ ○ | Very unattractive |
| Very interesting | ○ ○ ○ ○ ○ ○ ○ | Not very interesting |
| Very unique | ○ ○ ○ ○ ○ ○ ○ | Not very unique |

Q32

The label used on the Mott's Apple Juice bottle is:

| | | |
|---|---|---|
| Very colorful | ○ ○ ○ ○ ○ ○ ○ | Not very colorful |
| Very appealing | ○ ○ ○ ○ ○ ○ ○ | Not very appealing |
| Very informative | ○ ○ ○ ○ ○ ○ ○ | Not very informative |

- - - - - - - - - - - - - - - - Page Break - - - - - - - - - - - - - - - -

**Q33**



**Q34** Would any of the images shown on the Mott's Apple Juice bottle be important to you when evaluating this product for purchase?

○ Yes

○ No

○ Unsure

Condition: No Is Selected. Skip To: Would any of the information shown on....

Condition: Unsure Is Selected. Skip To: Would any of the information shown on....

------------------------------ Page Break ------------------------------

**Q35**



**Q36**      If yes, which particular image?

⚙

✳

– – – – – – – – – – – – – – – Page Break – – – – – – – – – – – – – – –

**Q37**

⚙



**Q38**      Would any of the information shown on the Mott's Apple Juice label be of interest to you when
evaluating this product for purchase?

⚙

↪    ○  Yes

↪    ○  No

✳    ○  Unsure

↷    Condition: No Is Selected. Skip To: Please click on the parts of the Mott....

↷    Condition: Unsure Is Selected. Skip To: Please click on the parts of the Mott....

– – – – – – – – – – – – – – – Page Break – – – – – – – – – – – – – – –

**Q39**



**Q40**

If yes, please indicate which information would be of interest to you.

---

Page Break

---

**Q41**

Please click on the parts of the Mott's Apple Juice label that would be most important to you in evaluating this product for purchase. Your selection will turn green when you highlight the area(s) of interest.  Again, only click on areas of the label that would be important to you.



**Q42** Mottslabel



**Q43** Based on the information and images shown on the Mott's Apple Juice label, please evaluate the product on the following scales:



|  | Strongly agree | Somewhat agree | Neither agree nor disagree | Somewhat disagree | Strongly disagree |
|---|---|---|---|---|---|
| Mott's Apple Juice is high in nutritional value | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice is a healthy product | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains natural ingredients | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains artificial colors | ○ | ○ | ○ | ○ | ○ |
| Mott's Apple Juice contains artificial flavors | ○ | ○ | ○ | ○ | ○ |

**Q44** If your were considering purchasing a juice product, what is the likelihood you would purchase Mott's Apple Juice?

Very likely to purchase    ○ ○ ○ ○ ○ ○ ○   Very unlikely to purchase



**Q45**

A 64 oz. bottle of Mott's Apple Juice sells for an average price of $3.25 in a grocery store or online.  Please indicate how much you would be willing to pay for a 64 oz. bottle of Mott's Apple Juice.

○ less than $2.79
○ $2.79
○ $2.89
○ $2.99
○ $3.09
○ $3.19
○ $3.25
○ $3.29
○ $3.39
○ $3.49
○ $3.59
○ $3.69
○ $3.79
○ $3.89
○ $3.99
○ more than $3.99

**Q46**

How likely is it that you will purchase Mott's Apple Juice in the next six months?

Very likely  ○ ○ ○ ○ ○ ○ ○  Very unlikely

––––––––––––––– Page Break –––––––––––––––

Add Block

⚠  End of Survey                                    Survey Termination Options...



Qualtrics.com    Contact Information    Legal

**Exhibit 5**

**Vita of**

**Dr. George E. Belch**

# V I T A

# GEORGE E. BELCH

## PERSONAL

Business Address:                                    Phone:  (619) 594-2473
  Fowler College of Business                    Mobile: (858) 342-4093
  San Diego State University
  5500 Campanile Drive                            Email: gbelch@sdsu.edu
  San Diego, CA  92182

## EDUCATION

Ph.D.          University of California, Los Angeles, 1980
               Major Area:  Marketing, Consumer Behavior
               Minor Areas:  Statistics and Research Methods, Social Psychology

M.S.           University of Colorado, Boulder, 1975
               Major Area:  Marketing
               Minor Area:  Social Psychology

B.S.           Pennsylvania State University, June 1973
               Major:  Marketing

## ACADEMIC EXPERIENCE

8/2017 to       Senior Associate Dean, Fowler College of Business
Present         San Diego State University

7/2016 to       Interim Dean, Fowler College of Business
8/02/17San Diego State University

9/89 to         Chairman, Department of Marketing
7/2016          San Diego State University

9/85 to         Professor of Marketing
present         San Diego State University

1/81 to         Associate Professor of Marketing
8/85            San Diego State University

7/79 to         Assistant Professor of Marketing and Administration
12/80           University of California, Irvine

9/78 to         Visiting Professor of Marketing
6/79            Loyola Marymount University, Los Angeles, CA

VITA:  George E. Belch

| | |
|---|---|
| 9/77 to | Lecturer in Marketing |
| 6/78 | California State University, Northridge |

Teaching Areas:
Marketing Strategy, Integrated Marketing Communications, Consumer Behavior, Marketing Research


## BUSINESS EXPERIENCE

9/73 to        Marketing Representative
9/74           E. I. DuPont Company

> Responsibilities included management of a sales territory for consumer paint products.  Management and expansion of existing accounts was a primary responsibility along with selling presentations to new accounts.  Development of advertising and marketing programs for accounts was required along with sales forecasting, product line analysis and other marketing related areas.

3/76 to        Research Analyst
9/77           Needham, Harper and Steers Advertising Agency, Los Angeles

> Responsibilities included background research for planning and management of advertising programs.  Specific studies included life style and psychographic research projects, new product feasibility research, advertising message structure research and statistical analysis.

## AWARDS

Marketing Educator of the Year, 2000 – Marketing Educators Association

San Diego State University Alumni Association Award for Outstanding Faculty Contributions (Monty Award) – 1994 and 2003

San Diego State University College of Business Administration Outstanding Faculty Contribution Award – 2001 and 2010

Outstanding Faculty Member – San Diego State Sports MBA Program – 2007 and 2009

# PUBLICATIONS

<u>Books</u>

*Advertising and Promotion: An Integrated Marketing Communications Perspective*, Irwin McGraw-Hill 1990, 1993, 1995, 1998, 2000, 2003, 2006, 2008, 2011, 2014, and 2017 (co-authored with Michael A. Belch). Now in its 11th edition this is the leading textbook in the world on Advertising and Integrated Marketing Communications.

<u>Journal Articles</u>

"Examination of the relationship between in-store environmental factors and fruit and vegetable purchasing among Hispanics. *International Journal of Environmental Research and Public Health (Special Issue: Food Environment, Diet, and Health)*.(2017) *14*(11), 1305; (with J. Sanchez-Flack, J., Pickrel, J.L.Lin, S.F., Anderson, C.A.M., Martinez, M.E., Arredondo, E. and Ayala, G.X doi: 10.3390/ijerph14111305. PMCID: PMC5707944

"What Happens When Parents and Children Go Grocery Shopping? An Observational Study of Latino Dyads in Southern California, USA," *Health Education and Behavior*, May 2016, DOI: 10.1177/1090198116637602. (With J. Calderon, J.P. Elder, I.A. Castro, G.X. Ayala, N. Weibel and J. Pickrel).

"A store-based intervention to increase fruit and vegetable consumption: The El Valor de Nuestra Salud cluster randomized controlled trial." *Contemporary Clinical Trials*, May 2015, pp. 228-38 (with Ayala, GX, Baquero, B, Pickrel, JL, Mayer, J., Rock, CL, Linnan, L, Gittelsohn, J, Sanchez-Flack, J, Elder, JP

"The Role of New and Traditional Media in the Rapidly Changing Marketing Communications Environment," *International Journal of Strategic Innovative Marketing*, Vol. 1 (3), 2014, pp. 130-136. (With Michael A. Belch)

"A Content Analysis of Study of the use of Celebrity Endorsers in Magazine Advertising," *International Journal of Advertising*, 32 (3) 2013, pp. 369-389, (with Michael A. Belch)

"The Future of Creativity in Advertising," *Journal of Promotion Management*, Vol.19, Issue 4, pp. 395-399. August 2013. (With Michael A. Belch)

"Adolescents' Use of Indoor Tanning: A Large-Scale Evaluation of Psychosocial, Environmental and  Policy Level Correlates*," American Journal of Public Health*, May  2011, 101  (5): 930-938 (with JA Mayer, SI Woodruff, DJ Slymen, JF Sallis, JL Forster, EJ Clapp KD Hoerster, LC Pichon, JR Weeks,MA Winstock and T Gilmer)

"Youth access to artificial ultraviolet radiation exposure: Practices of 3,647 indoor tanning facilities," *Archives of Dermatology*, 145: September 2009 pp. 997-1002 (with L.C. Pichon, J.A.Mayer, K.D. Hoerster, S.I.Woodruff, D.J. Slymen, E.J. Clapp, A.L. Hurd, J.L.. Forster, & M.A. Weinstock)

"Comparing Two Methods of Measuring Legislation Compliance Among Indoor Tanning Facilities," *Journal of the American Academy of Dermatology*, (2006) 54, pp. 433-439, (PIMD 17093110) (with J.A. Mayer, Al Hurd, S.I. Wodruff and M.R. Patel)

"As Seen on TV and Now in a Marketing Classroom Near You: The Infomercial," *Marketing Education Review*, Vol. 16, 1, Spring, 2006, (with Glen Brodowsky)

"Promotion of frequent tanning sessions by indoor tanning facilities: Two studies," *Journal of the American Academy of Dermatology*, May 2002, pp. 700-705 (with H.T. Kwon, J.A. Mayer, K.K. Walker, H. Yu, and E.C. Lewis)

"Promoting Sun Safety Among Zoo Visitors," *Preventive Medicine*, 33, (2001) pp. 162-169 (with JA Mayer, E.C. Lewis, L. Eckhardt, D. Slymen, J. Elder, M Engleberg, L. Eichenfield, A. Achter, T. Nichols, K Walker, H. Kwon, M Talosig and C. Gearen)

"A National Survey of Sun Safety Activities at U.S. Zoos" *Journal of Community Health,"* Vol. 25, No. 4, 2000, pp. 331-341 (with MA. Talosig, J.A. Mayer, L. Eckhardt, E. Clapp Lewis H Kwon, L. Eichenfeld, J. Elder and M. Engelberg)

"The Effects of Sexual and Non-Sexual Advertising Appeals and Information Level on Cognitive Processing and Communication Effectiveness," *Journal of Advertising*, Vol. 19, l, 1990, with M. A. Belch and J. Severn. Impact Factor = 1.02

"The Role of Attitude Toward the Ad as a Mediator of Advertising Effectiveness: A Test of Competing Explanations," *Journal of Marketing Research,* Vol. 23, May 1986, pp. 130-43. (With R. J. Lutz and S. B. MacKenzie)

"Parental and Teenage Child Influences in Family Decision Making," *Journal of Business Research,* Vol. 13, April 1985, pp. 163-75, (With M. A. Belch and G. M. Ceresino)

"The Effects of Television Commercial Repetition on Cognitive Response and Message Acceptance," *Journal of Consumer Research,* Vol. 9, June 1982, pp. 56-65.

"An Examination of Comparative and Noncomparative Television Commercials: The Effects of Claim Variation and Repetition on Cognitive Response and Message Acceptance," *Journal of Marketing Research,* Vol. 18, August 1981, pp. 333-49.

"Affirmative Disclosure in Home Purchasing," *Journal of Consumer Affairs,* May 1978. pp. 297 310 (With M. Burke, R. J. Lutz and J. R. Bettman)

"Discriminant Validity of a Product Anchored Self-Concept Measure," *Journal of Marketing Research*, Vol. 14, May 1977.  (With E. L. Landon, Jr.)

Book Chapters

"Integrated Marketing Communications," in 21st Century Communication: A Reference Handbook, Volume 2, (William F. Eadie, ed.) 2009 (Thousand Oaks, CA: Sage Publications, Inc., pp. 815-821. (With M.A. Belch)

"Integrated Marketing Communications" in *The International Encyclopedia of Communications Volume V*, (Wolfgang Donsbach, ed.) 2008, (Malden, MA: Blackwell Publishing), pp. 2297-2301. (With Michael A. Belch)

"Evaluating the Effectiveness of Elements of Integrated Marketing Communications: A Review of Research," in IMC*: A Paradigm Shift from Traditional Media Planning,* Icfai University Press, Bangalore, India 2007.  (With Michael A. Belch)

"A Review of Research Concerning the Effects of Advertising Communication," in Jagdish N. Sheth (ed.), *Research in Marketing,* Vol. 9, JAI Press Inc., 1987, pp. 59-117.  (With M. A. Belch and A. Villarreal-Camacho)

Trade Publications

"One Message, Many Targets," *Realtor Magazine*, July 2005, pp. 39-41 (with Michael Belch)

Published Conference Proceedings

"The Infomercial: The Handy Dandy Marketing Teaching Tool," in *Proceedings of the 2002 Marketing Educators' Conference*, Regina Schlee and John Schibrowsky (eds.) pp.1-6 (With G. Brodowsky).

"A Content Analysis of Prime Time Television Commercials Reflecting Appeals Used in Russia," *Proceeding Academy of Marketing Science World Marketing Congress,* 1999 (with Michael A. Belch and Irina Yuzhakova)

"An Exploratory Investigation of Teenagers' Attitudes Toward Anti-Drug Appeals" in *European Advances in Consumer Research Volume II*, Association for Consumer Research, Fleming Hansen (ed.), Association for Consumer Research, 1995.  (With M.A. Belch)

"Toward Development of a Model and Scale for Assessing Consumer Receptivity to Foreign Products and Global Advertising" in *European Advances in Consumer Research Volume I*, W. Fred Van Raaij and Gary J. Bamossy, (eds.) Association for Consumer Research, 1993. (With M.A. Belch)

"An Analysis of Immediate Versus Delayed Measures of Cognitive Response Across Various Levels of Exposure," in *Proceedings of 1991 Winter Marketing Educators' Conference--New Directions for Research in Marketing - Contemporary and Interdisciplinary Perspectives.* (With M. A. Belch and M. Jones)

"The Application of An Expectancy Functional Theory to Examine Attitudes of Boycotters and Nonboycotters of a Consumer Product," *Advances in Consumer Research,* Vol. 14, Association for Consumer Research, 1987.  (With M. A. Belch)

"The Historical Evolution of Advertising/Consumer Behavior Related Research," in *Proceedings, Association for Consumer Research International Conference,* Singapore, 1985.  (With M. A. Belch)

"An Investigation of the Effects of Repetition on Cognitive and Affective Reactions to Humorous and Serious Television Commercials," *Advances in Consumer Research,* Vol. 11, Association for Consumer Research, 1984.  (With M. A. Belch)

"Attitude Toward the Ad as a Mediator of Advertising Effectiveness:  Determinants and Consequences," *Advances in Consumer Research,* Vol. 10, Association for Consumer Research, 1983.  (With R. J. Lutz and S. B. MacKenzie)

"The Effects of Message Modality on One- and Two-Sided Advertising Messages," *Advances in Consumer Research,* Vol. 10, Association for Consumer Research, 1983.

"Psychophysical and Cognitive Responses to Sex in Advertising," *Advances in Consumer Research,* Vol. 9.  (With M. A. Belch, B. Holgerson and J. Koppman)

"An Examination of Advertising Execution Related Cognitions as Mediators of Commercial Message Acceptance in Developments in Marketing Science," *Proceedings of the Sixth Annual Conference of the Academy of Marketing Science,* Vol. V, Vinay Kothari (Ed.) 1982, 62-65.  (With M. A. Belch)

"Consumer Perceptions of Age Role Prescriptions for the Elderly," *Proceedings, Advances in Health Care Research,* 1982.  (With M. A. Belch and R. B. Settle)

"An Examination of Consumers' Perceptions of Purpose and Content of Corrective Advertising," *Advances in Consumer Research,* Vol. 9, Association for Consumer Research, 1982.  (With M. A. Belch and R. B. Settle)

"A Standardized Scale of Specific Age Role Dimensions and Their Effects," *Proceedings, American Institute for Decision Sciences,* Western Regional Conference, Hilo, HI, 1981.  (With M. A. Belch, R. B. Settle and P. Alreck)

"Conflict in Family Decision Making:  An Exploratory Investigation," *Advances in Consumer Research,* Vol. 7, Association of Consumer Research 1980.  (With M. A. Belch and D. Sciglimpaglia)

"Belief Systems and the Differential Role of the Self-Concept," *Advances in Consumer Research,* Vol. 5, Association for Consumer Research, 1977.

Published Manuscripts

"A Multiple Exposure Study of the Effects of Comparative and Noncomparative Television Commercials on Cognitive Response Recall and Message Acceptance," Marketing Science Institute Report No. 82-107, Marketing Science Institute, Cambridge, MA.

PROFESSIONAL ORGANIZATIONS

Association for Consumer Research
American Marketing Association
American Academy of Advertising

EXECUTIVE DEVELOPMENT AND EDUCATION

Seminars conducted for:

| | |
|---|---|
| San Diego State University | College of Extended Studies |
| Claremont Graduate University | The Drucker School of Management |
| Southern Methodist University | Edwin L. Cox School of Business<br>Executive and Management Development Program |
| University of California, Berkeley | Extension Program in Business and Management |
| Thunderbird American Graduate<br>School of International Management | Taught in executive education program in China |
| National Economics University, Hanoi | Taught course to faculty on Integrated Marketing |

VITA:  George E. Belch                                                                                        8

<u>CORPORATE TRAINING SEMINARS</u>

Qualcomm, Inc. – San Diego, CA
Mp3.com – San Diego, CA
Sprint, Inc. – Kansas City, MO
Microsoft – Redmond, WA
Texas Industries – Dallas, Texas
Sterling Software – Dallas Texas
Square D Company – Palantine, IL
Armstrong World Industries, Inc. – Lancaster, PA
Anderson Greenwood, Inc. – Houston, Texas
Siliconix, Inc. – Santa Clara, CA
Fluor Corporation – Irvine, CA
Degussa – Taipei, Taiwan
Arbitron – New York, NY