**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC.; ARNOLD WORLDWIDE LLC, and Doe defendants 1 through 5, inclusive,<br><br>Defendants. | ) Case No. 3:17-CV-2335-GPC-MDD<br>)<br>) **CLASS ACTION**<br>)<br>)<br>) **DECLARATION OF DR. ALAN G.**<br>) **GOEDDE IN SUPPORT OF**<br>) **PLAINTIFF'S MOTION FOR**<br>) **CLASS CERTIFICATION AND**<br>) **TO APPOINT CLASS COUNSEL**<br>)<br>) Date: October 12, 2018<br>) Time: 1:30 p.m.<br>) Ctrm: 2D<br>) Judge: Hon. Gonzalo P. Curiel<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

-1-

*Hilsley v. Ocean Spray Cranberries, Inc., et al.*, Case No. 3:17-CV-2335
DECLARATION OF DR. ALAN G. GOEDDE IN SUPPORT OF PLAINTIFF'S MOTION FOR
CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

**CRYSTAL HILSLEY et al.**
**Plaintiff,**

**v.**

**OCEAN SPRAY CRANBERRIES, INC. et al.**

**Defendant.**

United States District Court
Southern District of California
Case No.: 3:17-CV-2335-GPC-MDD

# EXPERT REPORT OF ALAN G. GOEDDE, PH.D.

Freeman & Mills, Incorporated
350 South Figueroa Street, Suite 900
Los Angeles, CA 90071

Alan G. Goedde

August 9, 2018

# Expert Witness Report
## Alan G. Goedde, Ph.D.

### I. Personal Qualifications

**1.** I, Alan G. Goedde, am a member of the firm of Freeman & Mills, Incorporated, an accounting, economics, and management consulting firm headquartered in Los Angeles, California.

**2.** I have over twenty years of experience developing financial and economic analyses to solve business problems. I have worked in business and in government. My educational background includes a BS in Engineering and an MA and Ph.D. in Economics, all from Duke University. I have been qualified as an expert witness and have testified in both federal and state courts. My professional resume, which includes a summary of my testimony experience, is attached to this report under Tab 1.

### II. Scope of Opinions

**3.** I have been engaged by Law Offices of Ronald A. Marron, counsel for Plaintiff Crystal Hilsley in this matter, to provide this report in support of Plaintiff's motion for class certification. Specifically, I have been asked to form an opinion as to whether it is possible to measure the damages of proposed class members and to form an opinion on the premium amount that consumers are willing to pay for naturally flavored juices over and above the amount paid for artificially flavored juices.

### III. Summary of Opinions

**4.** Based on my analysis of actual prices charged for artificially flavored juices and naturally flavored juices, consumers pay a premium of 25% for naturally flavored juices over and above the price for artificially flavored juices.

**5.** The damages suffered by proposed class members who purchased the Ocean Spray Cran-Apple and Cran-Grape juice-based beverage products (the "Products") can be measured based on sales data maintained by Defendants in the ordinary course of business and the premium of 25% that consumers pay for naturally flavored juices over and above the price for artificially flavored juices.

## IV. Data or Other Information Considered in Forming Opinions

**6.** My opinions are based on information of the type reasonably relied upon by experts in my field in forming opinions or inferences, including my own education, knowledge and experience. I have reviewed and relied upon a number of documents, which are listed in Tab 3.

**7.** In support of my opinions, I may use at trial the exhibits and information listed in this disclosure as well as other exhibits or demonstrative aides made or derived from the exhibits or information listed in this disclosure, or other materials obtained in discovery or otherwise in this action.

**8.** I am aware of my continuing obligation under Rule 26 of the Federal Rules of Civil Procedure to supplement this report if additional information becomes available. I understand that discovery is ongoing in this matter and I intend to supplement this report if information becomes available which would cause me to amend or supplement my opinions and/or observations in this matter.

## V. Statement of Opinions and Reasons and Bases Therefor

### *Analysis of the Premium Consumers Pay for Naturally Flavored Juice Beverages*

**9.** In order to determine price differences between naturally flavored and artificially flavored juices, I conducted a survey of published juice prices during the period August 1 through August 3, 2018 appearing in retail chain stores in southern California. I restricted the survey to southern California retailers in order to directly compare prices of juice products competing for the same customers in the same time period. This way, other factors that may affect price such as competitive advertising, weather, local holidays, school schedules, etc. affect all competitors and all customers equally because they are all in the same geographic area.

**10.** The survey was restricted to retail chain stores known to actively advertise and compete in the southern California market. The products surveyed were all nationally advertised brands. Private label products or store labeled products were excluded since these brands typically have little or no advertising. The price information was accessed through website links (see Tab 2 of this report).

**11.** Products were determined to be artificially flavored if words indicating artificial ingredients or flavorings appeared in the labeling or list of product ingredients. If a product had no words

indicating artificial ingredients or flavorings, or was labeled "all natural" the product was categorized as natural.

**12.** Product comparisons were made between similarly sized or packaged products in order to remove price differences attributable to single serving containers. Comparisons were made between containers or packages ranging from 59 fluid ounces to 64 fluid ounces. Powdered juice products were not considered. In order to further refine the analysis, the price comparisons were also calculated on a price per ounce basis.

**13.** The results showed that the average price for artificially flavored juices sold in 59 to 64 fluid ounce packaging was $2.30 while the average price for all natural juices in 59 to 64 fluid ounce packaging was $2.96, indicating a price premium of $0.66 or 29% over similarly sized artificially flavored products. On a price per ounce basis, artificially flavored juices sold at $0.04 per ounce while all natural juices sold at $0.05 per ounce, indicating a price premium of 25% for all natural juice products.

**14.** To confirm the significance of the price premium, I tested the difference between artificially flavored and all natural juice prices statistically and found that the premium paid for naturally flavored juices was significant (P-value) at the 95% confidence level.

*Damages Analysis*

**15.** I am informed and understand that Plaintiff and proposed class members will be seeking damages in the form of the premium amount paid for the disputed Products. The measurement for damages is the same as the measurement for restitution since it is the out-of-pocket premium that proposed class members paid for naturally flavored juices during the class period beginning on January 1, 2011.[1]

**16.** The out-of-pocket premium paid is calculated by multiplying the total amount paid by proposed class members for the disputed Products by the 20% percentage price difference between the disputed Products' average price and the artificially flavored product price class members

---

[1] Class Action Complaint, 11/16/17, page 13, paragraph 101.

should have paid. As shown on Schedule 3 (see Tab 2 of this report), the average price of artificially flavored products ($0.04 per ounce) is 80% (or $0.04 per ounce / $0.05 per ounce) of the average price of naturally flavored products, resulting in a 20% price difference. The total out-of-pocket purchase price can be calculated by multiplying the number of units Defendants sold by average retail prices during the class period. The number of units sold by Defendants in California and average retail pricing data is sales data that is maintained by manufacturers in the ordinary course of business. If Defendants do not have retail pricing data, additional information regarding average retail prices during the class period can be obtained directly from retailers or from websites of retailers who sell the disputed Products. Class-wide damages can be calculated once unit sales and average retail price data is produced by the Defendants or obtained directly from retailers.

## VI. Compensation to be paid for the Report and Testimony

**17.** Freeman & Mills is compensated based on the standard billing rate for the staff employed on this engagement and the actual hours incurred by each person. Out-of-pocket expenses are billed as incurred. My compensation is not contingent on the conclusions reached or on the ultimate resolution of the case. My hourly billing rate is $550.

I declare under penalty of perjury of the laws of the United States.

Executed on _8/9/18_ in Los Angeles, California

Alan G. Goedde

Alan G. Goedde is a member of the firm of Freeman & Mills, a consulting firm offering services in the areas of accounting, finance, economics and business practices and procedures. He has over 20 years of experience developing financial and economic analyses to solve business problems. Dr. Goedde was formerly a vice president of Putnam, Hayes & Bartlett, Inc., an economic and management consulting firm. Before joining Putnam, Hayes & Bartlett and its predecessor firm, Freeman & Mills, Incorporated, Dr. Goedde had extensive business and regulatory experience while in industry and government. He was president of a technology marketing and licensing company, head of strategic planning for the NutraSweet Company and vice president-strategic planning for a division of First National Bank of Chicago. While at the U.S. Treasury, his responsibilities included corporate fraud, technology licensing, business valuation and transfer pricing. He has testified in U.S. Tax Court.

A considerable part of Dr. Goedde's practice involves intellectual property issues including patent, trademark, copyright, trade secret and unfair competition matters as well as business valuations. His background in engineering and economics combined with his work experience in profit planning, budgeting, product marketing and acquisitions analysis has enabled him to assist clients in a wide range of intellectual property litigation. Dr. Goedde can also draw upon his experience as a patent examiner at the U.S. Patent and Trademark Office.

His testimony experience in patent infringement matters includes economic analysis of the *Panduit* factors, applying *Georgia Pacific* factors to evaluate reasonable royalty; and, developing RAND royalty rates considering such issues as scope of the royalty base, lump sum and running royalties, royalty stacking, license comparability, university licensing agreements, exclusive licensing, and apportionment of profits to non-infringing components.

Dr. Goedde has consulted and testified on numerous high technology matters including semiconductors, wired and wireless media, internet media delivery systems, cell phone component manufacture, telecommunications, software and biotechnology. His analysis and testimony have involved accelerated product life cycles, first-mover advantages, economics of startup and development stage companies, market power, product development costs, and distribution economics.

In copyright, trademark and trade secret matters, Dr. Goedde has testified to lost profits, unjust enrichment, causal connections between the plaintiff's loss and the defendant actions, apportionment of direct and indirect profits, price erosion, incremental costs and spoiling the market.

In the entertainment industry, Dr. Goedde has testified and consulted on numerous copyright and trademark matters as well as such issues as rights of publicity, motion picture rights, visual artist rights, credit/idea misappropriation, celebrity endorsement value, and the value of motion picture and photography libraries.

# ALAN G. GOEDDE

Dr. Goedde has testified on issues involving employment compensation, employment agreements, performance benchmarks, and wrongful discharge in a variety of industries. In franchising matters, his experience includes franchise growth, business viability, and trademark value. His industry expertise includes manufacturing, pharmaceuticals, biotechnology, industrial products, foods, automotive aftermarket, airlines, electronics and software.

In antitrust matters, Dr. Goedde has provided analysis and expert testimony on the definition of relevant markets, the competitive impact of mergers, market power, price discrimination, predatory pricing, as well as the presence and extent of price fixing. He has testified in a number of patent/antitrust matters involving inequitable conduct including Walker Process fraud. In addition to providing testimony in federal and state courts, Dr. Goedde has also appeared before the Federal Trade Commission and the United States Court of International Trade.

Dr. Goedde has testified on financial and economic matters involving Superfund and hazardous waste sites including stigma damages. He has also testified to the use of statistical methods, sampling and economic analysis in developing damage claims and in identifying markets. His experience also includes analyses in securities pricing, bankruptcy, business interruption, dealer termination, and valuation of minority holdings.

Dr. Goedde has served as an arbitrator for the American Arbitration Association.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2000–present | Freeman & Mills Incorporated |
| 1994–2000 | Putnam, Hayes & Bartlett (Freeman & Mills was acquired in 1994 and spun off in 2000) |
| 1990–1994 | Freeman & Mills Incorporated |
| 1988–1990 | Manager, Coopers & Lybrand |
| 1987–1988 | President, Mentor International Group |
| 1986–1987 | Director of Strategic Planning, The NutraSweet Co. |
| 1984–1986 | Vice President, First National Bank of Chicago |
| 1981–1984 | Manager, Arthur Andersen & Co. |
| 1979–1981 | Financial Economist, U.S. Export-Import Bank |
| 1976–1979 | Industry Economist, U.S. Treasury Department |
| 1970–1971 | Patent Examiner, U.S. Patent Office |

## PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS

- American Bar Association
- Los Angeles County Bar Association
- Los Angeles Intellectual Property Law Association
- American Society of Appraisers
- National Association of Business Economists
- Who's Who in Finance and Industry
- Board of Directors, Associated Foundations, Inc.

Dr. Goedde holds a B.S. in engineering and an M.A. and Ph.D. in economics from Duke University.

## PUBLICATIONS AND PRESENTATIONS

Goedde, Alan G. and Freeman, Neill W. Article reviews. In *Manual on the Economics of Antitrust Law*, Ninth and Eleventh Supplements, edited by Robert H. Lande. Chicago: American Bar Association, 1991, 1993.

Roach, George P. and Goedde, Alan G., "CEO Compensation in the Pharmaceutical Industry: Market Value, the Number of Employees and Total Return Underpin CEO Pay at Pharmaceutical Companies", *Compensation and Benefits Review*, Vol. 35, No. 5, 66-81, 2003.

American Institute of Certified Public Accountants, Conferences on Fraud and Litigation, "Regression Analysis in Litigation", 2004.

Los Angeles County Bar Association, "Recovering Damages in Credit Deprivation Cases", 1996.

Los Angeles Intellectual Property Law Association, "Economic Damages in Copyright, Trademark and Trade Secret Litigation", 1994.

## CONTACT:

(213) 576-1815
agoedde@freemanmills.com

## RULE 26(A)(2)(B) DISCLOSURE OF
## DEPOSITION/TRIAL TESTIMONY

### (Previous 5 years)

| DATE | CASE | COURT | D/T |
|------|------|-------|-----|
| 1/10 | PDM Steel Service Centers, Inc. v. St Paul Travelers, Inc. et al. | Superior Court of California, County of Fresno | D |
| 2/10 | The Acting Corps et al. v. Talent Ventures of California, Inc. | LASC, Central District | D/T |
| 3/10 | Weiner et al. v. Snapple Beverage Corporation | USDC Southern District of New York | D |
| 4/10 | Grand General Accessories Mfg. v. United Pacific Industries, and Lucidity Enterprise Co. | USDC C Ca (Western Division) | D |
| 6/10 | Dykstra v. JPMorgan Chase | U.S. Bankruptcy Court Central District of California, San Fernando Valley Division | T |
| 11/10 | Eon Corp. IP Holdings, LLC v. Skyguard LLC | U.S. Bankruptcy Court Central District of California, San Fernando Valley Division | T |
| 12/10 | In re: McConnell (value of a patent) | Superior Court of California, County of Orange | T |
| 1/11 | Carlyle/Galaxy Wilshire L.P. v. Galaxy Southbrook Holdings, LLC | LASC, Central District | D |
| 1/11 | Petroplast Petrofisa Plasticos, S.A. Petrofisa do Brasil, Ltda. v. Ameron International Corporation | Court of the Chancery of the State of Delaware | D |
| 2/11 | Skycam, Inc. v. Actioncam, LLC et al. | USDC Northern District OK | D |

| | | | |
|---|---|---|---|
| 3/11 | Cooner Sales Company, LLC v. <u>New England Wire Corporation</u> | American Arbitration Association, Los Angeles | D |
| 6/11 | <u>Chang</u> v. County of Los Angeles et al. | LASC,Central District | D |
| 7/11 | <u>Chang</u> v. County of Los Angeles et al. | LASC, Central District | T |
| 8/11 | <u>FAJATE-Virtual Sensuality</u> v. Bautista et al. | USDC C Ca (Western Division) | D |
| 8/11 | Global Truss America LLC v. <u>GLP German Light Products, Inc.</u> | USDC C Ca (Western Division) | D |
| 8/11 | Skycam, Inc. v. <u>Actioncam, LLC et al.</u> | USDC Northern District OK | T |
| 9/11 | Syntellect, Inc. v. <u>Southern California Gas Company</u> | USDC S Ca | D |
| 9/11 | Global Truss America LLC v. <u>GLP German Light Products, Inc.</u> | USDC C Ca (Western Division) | D |
| 11/11 | Petroplast Petrofisa Plasticos, S.A. Petrofisa do Brasil, Ltda. v. <u>Ameron International Corporation</u> | Court of the Chancery of the State of Delaware | T |
| 1/12 | <u>Spin Master, Ltd. et al.</u> v. Zobmondo Entertainment, LLC et al. | USDC C Ca | D |
| 1/12 | <u>FAJATE-Virtual Sensuality</u> v. Bautista et al. | USDC C Ca (Western Division) | T |
| 4/12 | Gucci America, Inc. v. <u>Guess?, Inc. et al.</u> | USDC NY Southern District | T |
| 5/12 | Eslinger, et al. v. <u>United Studios of Self Defense, LLC</u> | Superior Court, County of Orange, Central Justice Center | D |
| 6/12 | <u>LMA North America, Inc.</u> v. National Union Fire Ins. Company of Pittsburgh, PA. | USDC Southern District of California | D |
| 6/12 | Out of the Box Enterprises LLC v. <u>El Paseo Jewelry Exchange, Inc. et al.</u> | USDC C Ca | D |

| | | | |
|---|---|---|---|
| 7/12 | Out of the Box Enterprises LLC v. <u>El Paseo Jewelry Exchange, Inc. et al.</u> | USDC C Ca | T |
| 10/12 | <u>Spin Master, Ltd. et al.</u> v. Zobmondo Entertainment, LLC et al. | USDC C Ca | T |
| 1/13 | <u>Kayne et al.</u> v. Cottonsmith, LLC et al. | LASC Central District | D |
| 2/13 | Leigh Robinson et al. v. <u>U-Haul Co. of California, et al.</u> | Superior Court of California, County of Solano | D |
| 5/13 | <u>L.M. Scofield Company</u> v. Windes McClaughry Accountancy Group | LASC Central District | D |
| 6/13 | <u>Kayne et al.</u> v. Cottonsmith, LLC et al. | LASC Central District | T |
| 8/13 | Leigh Robinson et al. v. <u>U-Haul Co. of California, et al</u> | Superior Court of California, County of Solano | T |
| 8/13 | Orange County Water District v. <u>Soco West, Brenntag North America, et al.</u> | Superior Court of California, County of Orange | D |
| 9/13 | <u>Barton et al.</u> v. RCI, LLC | US DC New Jersey | D |
| 11/13 | <u>LMA North America, Inc.</u> v. National Union Fire Insurance Co. | US DC Southern District of California | T |
| 2/14 | Virco Mfg. Corporation v. <u>Hertz Furniture Systems, LLC et al.</u> | US DC Central District of California, Western Division | D |
| 3/14 | SA Recycling, LLC v. <u>Kramar's Iron & Metal, Inc.</u> | US DC Central District of California, Southern Division | D |
| 4/14 | Weinsaft, et al. v. <u>Arise, LLC</u> | AAA Arbitration Los Angeles, CA | T |

| | | | |
|---|---|---|---|
| 5/14 | Reeves, et al. v. <u>Finton Construction, Inc.</u> | Superior Court of California, County of Orange | D |
| 8/14 | <u>Barton et al.</u> v. RCI, LLC | US DC New Jersey | D |
| 12/14 | <u>LegalZoom.com</u> v. Rocket Lawyer, Inc. | US DC Central District of California, Western Division | D |
| 10/15 | <u>BBC, DWTS Productions</u> v. Stander & Assoc | US DC Central District of California, Western Division | D |
| 12/15 | DTS, Inc. et al. v. <u>Nero AG and Nero, Inc.</u> | US DC Central District of California Western Division | D |
| 3/16 | <u>Advanced Marketing Systems, LLC</u> v. Hy-Vee, Inc. | US DC Western District of Wisconsin | D |
| 12/17 | MAP v. <u>Lebanese Arak Corporation</u> | US DC Central District of California | D |
| 12/17 | <u>Robert E. Romeo</u> v. Academy of Country Music | JAMS Arbitration | D |
| 3/18 | Brooks Automation v. <u>PTB Sales, Inc.</u> | US DC Central District of California | D |

| Line | Brand | Size | Price | Price per Fl oz | Flavor | Artificial | Natural | Website |
|---|---|---|---|---|---|---|---|---|
| 1 | Dole | 59 fl oz | $2.99 | $0.05 | Pineapple Orange Banana | | x | Vons |
| 2 | Dole | 59 fl oz | $2.99 | $0.05 | Pineapple | | x | Vons |
| 3 | Florida's Natural | 59 fl oz | $3.99 | $0.07 | Orange | | x | Vons |
| 4 | Minute Maid | 59 fl oz | $3.49 | $0.06 | Orange | | x | Vons |
| 5 | Minute Maid | 59 fl oz | $1.50 | $0.03 | Grape | | x | Walmart |
| 6 | Minute Maid | 59 fl oz | $2.49 | $0.04 | Tropical Punch | | x | Vons |
| 7 | Minute Maid | 59 fl oz | $2.49 | $0.04 | Peach | | x | Vons |
| 8 | Minute Maid | 59 fl oz | $2.49 | $0.04 | Watermelon | | x | Vons |
| 9 | Minute Maid | 59 fl oz | $2.49 | $0.04 | Fruit Punch | | x | Vons |
| 10 | Simply | 59 fl oz | $3.99 | $0.07 | Grapefruit | | x | Ralphs |
| 11 | Simply | 59 fl oz | $3.99 | $0.07 | Cranberry | | x | Ralphs |
| 12 | Tropicana | 59 fl oz | $3.69 | $0.06 | Orange | | x | Vons |
| 13 | Tropicana | 59 fl oz | $2.00 | $0.03 | Watermelon | | x | Ralphs |
| 14 | Welchs | 59 fl oz | $2.99 | $0.05 | Orange Pineapple Apple | | x | Ralphs |
| 15 | Capri Sun | 60 fl oz | $2.38 | $0.04 | Strawberry | | x | Walmart |
| 16 | Capri Sun | 60 fl oz | $2.38 | $0.04 | Grape | | x | Walmart |
| 17 | Capri Sun | 60 fl oz | $2.29 | $0.04 | Fruit Punch | | x | Ralphs |
| 18 | Capri Sun | 60 fl oz | $2.29 | $0.04 | Strawberry Kiwi | | x | Ralphs |
| 19 | Capri Sun | 60 fl oz | $3.99 | $0.07 | Apple Organic | | x | Vons |
| 20 | Capri Sun | 60 fl oz | $2.00 | $0.03 | Tropical Fruit | | x | Vons |
| 21 | Capri Sun | 60 fl oz | $2.29 | $0.03 | Cherry | | x | Ralphs |
| 22 | Capri Sun | 60 fl oz | $2.29 | $0.04 | Berry | | x | Ralphs |
| 23 | Hawaiian Punch | 60 fl oz | $2.73 | $0.05 | Green Berry | x | | Walmart |
| 24 | Hawaiian Punch | 60 fl oz | $1.98 | $0.03 | Lemon Berry | x | | Walmart |
| 25 | Hawaiian Punch | 60 fl oz | $2.73 | $0.05 | Polar Blast (Blue) | x | | Walmart |
| 26 | Hi-C | 60 fl oz | $1.99 | $0.03 | Fruit Punch | x | | Ralphs |
| 27 | Hi-C | 60 fl oz | $1.99 | $0.03 | Tropical Punch | x | | Ralphs |
| 28 | Kool-Aid Jammers [1] | 60 fl oz | $1.88 | $0.03 | Strawberry Orange | x | | Walmart |
| 29 | Kool-Aid Jammers [1] | 60 fl oz | $1.99 | $0.03 | Cherry | x | | Ralphs |
| 30 | Kool-Aid Jammers [1] | 60 fl oz | $1.88 | $0.03 | Orange | x | | Walmart |
| 31 | Kool-Aid Jammers [1] | 60 fl oz | $1.99 | $0.03 | Grape | x | | Ralphs |
| 32 | Kool-Aid Jammers [1] | 60 fl oz | $1.99 | $0.03 | Tropical Punch | x | | Ralphs |
| 33 | Kool-Aid Jammers [1] | 60 fl oz | $1.99 | $0.03 | Strawberry Kiwi | x | | Ralphs |
| 34 | Kool-Aid Jammers [1] | 60 fl oz | $2.19 | $0.04 | Watermelon | x | | Vons |
| 35 | Kool-Aid Jammers [1] | 60 fl oz | $2.19 | $0.04 | Peach Mango | x | | Vons |
| 36 | Kool-Aid Jammers [1] | 60 fl oz | $1.99 | $0.03 | Blue Raspberry | x | | Ralphs |
| 37 | Minute Maid | 60 fl oz | $3.49 | $0.06 | Apple | | x | Vons |
| 38 | Welchs | 60 fl oz | $2.98 | $0.05 | Passion Fruit | x | | Walmart |
| 39 | Welchs | 60 fl oz | $2.98 | $0.05 | White Peach | x | | Walmart |
| 40 | Welchs | 60 fl oz | $2.98 | $0.05 | Fruit Punch | x | | Walmart |
| 41 | Welchs | 60 fl oz | $2.98 | $0.05 | Strawberry Kiwi | x | | Walmart |
| 42 | Juicy Juice | 64 fl oz | $2.68 | $0.04 | Mango | | x | Walmart |
| 43 | Juicy Juice | 64 fl oz | $2.68 | $0.04 | Strawberry Banana | | x | Walmart |
| 44 | Juicy Juice | 64 fl oz | $2.68 | $0.04 | Apple | | x | Walmart |
| 45 | Juicy Juice | 64 fl oz | $2.68 | $0.04 | Cherry | | x | Walmart |

| Line | Brand | Size | Price | Price per Fl oz | Flavor | Artificial | Natural | Website |
|---|---|---|---|---|---|---|---|---|
| 46 | Juicy Juice | 64 fl oz | $2.68 | $0.04 | Orange Tangerine | | x | Walmart |
| 47 | Langers | 64 fl oz | $2.50 | $0.04 | Apple | | x | Ralphs |
| 48 | Langers | 64 fl oz | $4.99 | $0.08 | Pineapple | | x | Ralphs |
| 49 | Langers | 64 fl oz | $2.99 | $0.05 | Apple Orange Pineapple | | x | Vons |
| 50 | Langers | 64 fl oz | $2.99 | $0.05 | Apple Peach Mango | | x | Vons |
| 51 | Langers | 64 fl oz | $2.99 | $0.05 | Apple Cranberry | | x | Vons |
| 52 | Langers | 64 fl oz | $2.50 | $0.04 | Cucumber Lime | | x | Vons |
| 53 | Langers | 64 fl oz | $2.98 | $0.05 | Orange | | x | Walmart |
| 54 | Langers | 64 fl oz | $2.50 | $0.04 | Mango Coconut | | x | Vons |
| 55 | Langers | 64 fl oz | $2.50 | $0.04 | Mango Banana | | x | Vons |
| 56 | Langers | 64 fl oz | $3.49 | $0.05 | Cranberry Grape | | x | Vons |
| 57 | Langers | 64 fl oz | $3.49 | $0.05 | Cranberry Raspberry | | x | Vons |
| 58 | Langers | 64 fl oz | $3.49 | $0.05 | Cranberry | | x | Vons |
| 59 | Langers | 64 fl oz | $2.50 | $0.04 | Mango | | x | Vons |
| 60 | Motts | 64 fl oz | $2.79 | $0.04 | Apple | | x | Ralphs |
| 61 | Motts | 64 fl oz | $4.19 | $0.07 | Apple Pineapple | | x | Vons |
| 62 | Old Orchard | 64 fl oz | $2.08 | $0.03 | Apple | | x | Walmart |
| 63 | Tree Top | 64 fl oz | $2.99 | $0.05 | Pineapple Orange | | x | Vons |
| 64 | Tree Top | 64 fl oz | $2.99 | $0.05 | Apple | | x | Ralphs |
| 65 | Welchs | 64 fl oz | $4.49 | $0.07 | Grape | | x | Ralphs |
| 66 | Welchs | 64 fl oz | $4.49 | $0.07 | White Grape | | x | Ralphs |

**Count**
Artificial:     18
Natural:     48

**Total Average Price**
Artificial:     $2.30
Natural:     $2.96

**Total Average Price per fl oz**
Artificial:     $0.04
Natural:     $0.05

[1] Advertised as a juice beverage.

| Package Price | | Price per fl oz | |
|---|---|---|---|
| Difference | 0.66 | Difference | 0.01 |
| Artificial Flavor Standard Deviation | 0.445 | Artificial Flavor Standard Deviation | 0.007 |
| Natural Flavor Standard Deviation | 0.745 | Natural Flavor Standard Deviation | 0.012 |
| Standard error | 0.187 | Standard error | 0.003 |
| 95% CI | 0.2854 to 1.0346 | 95% CI | 0.0040 to 0.0160 |
| t-statistic | 3.52 | t-statistic | 3.32 |
| DF | 64 | DF | 64 |
| Significance level | P = 0.0008 | Significance level | P = 0.0015 |

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**

**Calculation of Damages**

$$\left( \frac{Artificial\ Product\ Average\ price\ per\ oz}{Natural\ Product\ Average\ price\ per\ oz} \right) - 1 = \left| \frac{.04}{.05} - 1 \right| = 20\%\ of\ price\ paid\ to\ be\ returned\ to\ class\ members$$

Class Member Damages = (Total Amount Paid by Class Members) x 20%

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**
**Documents Considered**

**Pleadings**

1. Class Action Complaint October 17, 2017

**Research**

1. https://shop.vons.com/product-details.960275569.html
2. https://shop.vons.com/product-details.960275639.html
3. https://shop.vons.com/product-details.960045020.html
4. https://shop.vons.com/product-details.960063677.html
5. https://www.walmart.com/ip/Minute-Maid-Premium-Grape-Punch-59-fl-oz-Carton/22176376
6. https://shop.vons.com/product-details.960063852.html
7. https://shop.vons.com/product-details.960084297.html
8. https://shop.vons.com/product-details.960064558.html
9. https://shop.vons.com/product-details.960063768.html
10. https://www.ralphs.com/p/simply-grapefruit-juice/0002500005450
11. https://www.ralphs.com/p/simply-cranberry-cocktail-juice/0002500004628
12. https://shop.vons.com/product-details.960041485.html
13. https://www.ralphs.com/p/tropicana-watermelon-juice-drink/0004850020135
14. https://www.ralphs.com/p/welch-s-refreshingly-simple-orange-pineapple-apple-juice/0004180020229
15. https://www.walmart.com/ip/Capri-Sun-Strawberry-Juice-Drink-10-6-fl-oz-Pouches/13908704?athpid=13908704&athpgid=athenaItemPage&athcgid=null&athcgid=collection&athieid=v0&athstid=CS020&athguid=46601f5-22e297a5-8c7c9e2adb8eac&athena=true
16. https://www.walmart.com/ip/Capri-Sun-Grape-Juice-Drink-Blend-10-6-fl-oz-Pouches/13908706
17. https://www.ralphs.com/p/capri-sun-fruit-punch/00087684400107
18. https://www.ralphs.com/p/capri-sun-strawberry-kiwi/000876840009
19. https://shop.vons.com/product-details.960158676.html
20. https://shop.vons.com/product-details.960027054.html
21. https://www.ralphs.com/p/capri-sun-wild-cherry/00087684400100
22. https://www.ralphs.com/p/capri-sun-roarin-waters-berry/00087684400116
23. https://www.walmart.com/ip/Hawaiian-Punch-Juice-Green-Berry-Rush-10-Fl-Oz-6-Count/38124886
24. https://www.walmart.com/ip/Hawaiian-Punch-Juice-Lemon-Berry-Squeeze-10-Fl-Oz-6-Count/26853238
25. https://www.walmart.com/ip/Hawaiian-Punch-Juice-Polar-Blast-10-Fl-Oz-6-Count/26853239
26. https://www.ralphs.com/p/hi-c-flashin-fruit-punch/0002500001080

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**

**Documents Considered**

27. https://www.ralphs.com/p/hi-c-torrential-tropical-punch-boxes/00025000001304
28. https://www.walmart.com/ip/Kool-Aid-Jammers-Sharkleberry-Fin-Strawberry-Orange-Punch-Flavored-Drink-10-6-fl-oz-Pouches/44024104
29. https://www.ralphs.com/p/kool-aid-jammers-cherry/00043000002826
30. https://www.walmart.com/ip/Kool-Aid-Jammers-Orange-Flavored-Drink-10-6-fl-oz-Pouches/21942590
31. https://www.ralphs.com/p/kool-aid-jammers-grape-drink/00043000002828
32. https://www.ralphs.com/p/kool-aid-jammers-tropical-punch/00043000002825
33. https://www.ralphs.com/p/kool-aid-jammers-strawberry-kiwi-drink/00043000002827
34. https://shop.vons.com/product-details.960178645.html
35. https://shop.vons.com/product-details.960081418.html
36. https://www.ralphs.com/p/kool-aid-blue-raspberry-jammers/00043000002822
37. https://shop.vons.com/product-details.960105390.html
38. https://www.walmart.com/ip/Welch-s-Juice-Passion-Fruit-10-Fl-Oz-6-Count/46861790?athpdt=46861790&athpgid=athenaItemPage&athcgid=null&athznid=PWVUB&athieid=v0&athstid=CS020&athguid=46600f5-4ffaed50-113169d3b2cc1792&athena=true
39. https://www.walmart.com/ip/Welch-s-Juice-White-Peach-10-Fl-Oz-6-Count/47375873?athpdt=47375873&athpgid=athenaItemPage&athcgid=null&athznid=PWVUB&athieid=v0&athstid=CS020&athguid=46600f5-4ffaed50-113169d3b2cc1792&athena=true
40. https://www.walmart.com/ip/Welch-s-Juice-Fruit-Punch-10-Fl-Oz-6-Count/10452303?athpdt=10452303&athpgid=athenaItemPage&athcgid=null&athznid=PWVUB&athieid=v0&athstid=CS020&athguid=46600f5-fba653c4-c191e2dddad4216c&athena=true
41. https://www.walmart.com/ip/Welch-s-Juice-Strawberry-Kiwi-10-Fl-Oz-6-Count/10292401
42. https://www.walmart.com/ip/Juicy-Juice-100-Juice-Strawberry-Mango-64-Fl-Oz-1-Count/47133373
43. https://www.walmart.com/ip/Juicy-Juice-100-Juice-Strawberry-Banana-64-Fl-Oz-1-Count/47133379
44. https://www.walmart.com/ip/Juicy-Juice-100-Juice-Apple-64-Fl-Oz-1-Count/13908211
45. https://www.walmart.com/ip/Juicy-Juice-100-Juice-Cherry-64-Fl-Oz-1-Count/47133369
46. https://www.walmart.com/ip/Harvest-Hill-Beverage-Juicy-Juice-100-Juice-64-oz/46861788?athpdt=46861788&athpgid=athenaItemPage&athcgid=null&athznid=PWVUB&athieid=v0&athstid=CS020&athguid=4600f5-e03f7279-73701318812f0fdc&athena=true
47. https://www.ralphs.com/p/langers-100-apple-juice/00041755001106
48. https://www.ralphs.com/p/langers-100-pineapple-juice/00041755000806

**Crystal Hilsley et al. _v._ Ocean Spray Cranberries, Inc. et al.**
**Documents Considered**

49. https://shop.vons.com/product-details.960006262l.html
50. https://shop.vons.com/product-details.960105732.html
51. https://shop.vons.com/product-details.960143371.html
52. https://shop.vons.com/product-details.960276560.html
53. https://www.walmart.com/ip/Langers-100-Juice-Orange-w-Vitamin-C-64-Fl-Oz-1-Count/19500169?athcpid=19500169&athpgid=athenaItemPage&athcgid=null&athznid=PWVAV&athieid=v0&athstid=CS020&athguid=46001f5-e02c4c55-ee6d163292e74789&athena=true
54. https://shop.vons.com/product-details.960205730.html
55. https://shop.vons.com/product-details.960277845.html
56. https://shop.vons.com/product-details.960143260.html
57. https://shop.vons.com/product-details.120020728.html
58. https://shop.vons.com/product-details.120010227.html
59. https://shop.vons.com/product-details.960143254.html
60. https://www.ralphs.com/p/mott-s-100-original-apple-juice/0001480000034
61. https://shop.vons.com/product-details.960326124.html
62. https://www.walmart.com/ip/Old-Orchard-100-Juice-Apple-64-Fl-Oz-1-Count/10309162
63. https://shop.vons.com/product-details.960130323.html
64. https://www.ralphs.com/p/tree-top-100-apple-juice/0002870010271
65. https://www.ralphs.com/p/welch-s-100-concord-grape-juice/0004180020750
66. https://www.ralphs.com/p/welch-s-100-white-grape-juice/0004180022700