**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC., ARNOLD WORLDWIDE LLC, and DOE Defendants 1-5,<br><br>Defendants. | Case No. 3:17-cv-02335-GPC-MDD<br><br>**DECLARATION OF GAJAN RETNASABA IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Judge: Hon. Gonzalo P. Curiel |

I, Gajan Retnasaba, declare:

1.      I am a Partner at Classaura LLC, a class action administration firm located at 1718 Peachtree St #1080, Atlanta, Georgia. I have been the project lead on cases including *Mason v. Heel*, *In re Qunol Liquid Labeling Litigation*, and *In re Quaker Oats Labeling Litigation*. I founded the popular class action advocacy website ClassActionRebates.com. My prior experience includes being a litigation associate at Jones Day and a senior associate at McKinsey & Company. I hold a J.D. from Harvard Law School and a Bachelor of Engineering from the University of New South Wales. I am over the age of 21 and am not a party to this action.

2.      I have been asked by counsel for Plaintiff in this action to prepare (1) a plan for class notice following class certification, and (2) a plan for class notice and distribution, should judgment for a plaintiff class create a common fund for the class.

**Class Certification Notice**

3.      Because a record of all California buyers of the Ocean Spray fruit juice beverage Products alleged to contain the specified undisclosed artificial flavors does not exist, I recommend that notice be disseminated broadly to as many of the state's residents as possible, with a partial and non-exclusive focus on groups that recent market research indicates are disproportionately likely to be buyers of the products: African Americans and Americans over 55.

4.      The following relevant facts, data, and demographic information, along with other relevant information, was used to inform the design of the proposed Notice Plan.

5.      The United States Census estimates California has a population of approximately 39.5 million as of July 2017. Of this population, 9 million is under the age of 18, leaving a target population of approximately 30.5 million Californians aged 18 or older.

6.      InfoScout is a service that captures data on shopping patterns. Their sampling panels capture data for approximately 1-in-500 shopping trips made in the

1

United States and provide rich demographic data regarding purchase patterns. InfoScout's 2014-2015 data reported that Ocean Spray purchase patterns are relatively uniform across gender, income, education, and family status. However, Ocean Spray is disproportionately purchased by African Americans, with African Americans spending a total of 133% more on Ocean Spray products in the aggregate than would be expected based on their baseline expenditure on other products. Ocean Spray is also disproportionately purchased by older Americans with 25% higher spend by Americans between 55 and 64, and 48% higher spend for Americans over 65.

7. Facebook is the online social media outlet where Californians spend the most time, with approximately 30 million registered users in the state who use the site at least once per month. Facebook's database allows detailed targeting of advertising, including by geography and personal interests. A user may be identified as having an interest in a topic, such as Ocean Spray or juice beverages by having mentioned the topic on their Facebook page or by having engaged with related content on Facebook. Facebook identifies 3,700,000 people in California as having an interest in Ocean Spray or juice beverages.

8. I recommend that Facebook ads providing a brief notice that a class has been certified of California buyers of specified Ocean Spray beverages be published 30 million times on Facebook, limited to California users of Facebook, and nonexclusively targeted, as described above, to users who are over 55, users who are African American, and users who are identified as having an interest in Ocean Spray or juice beverage products. The notice will also include a link to the class website where consumers can learn more about the lawsuit.

9. The LA Times, San Diego Tribune, Sacramento Bee, Orange County Register, San Francisco Chronicle, San Jose Mercury, and Contra Costa Times are the most-read newspapers in California with a collective print reach of approximately 5,326,000. The print editions of newspapers disproportionately reach older Americans,

2

*Hilsley v. Ocean Spray Cranberries, Inc.,* Case No. 3:17-cv-02335-GPC-MDD
DECLARATION OF GAJAN RETNASABA

1. with a 2016 Nielsen Scarborough poll finding that 54% of print newspaper readers are over 50, an age group that are disproportionately greater purchasers of Ocean Spray beverage products when compared to other age groups as detailed above. For this reason I recommend publication of the class notice in these newspaper as well.

10. To reach the Spanish-speaking Hispanic population of California, I recommend publication in *El Classificado, El Hispano, Hoy Los Angeles, La Opinion, Contigo, and El Mensajero*. Collectively these publications reach approximately 1,100,000 Spanish-speaking readers in California.

11. The publication notice will include a summary notice directly in the publication and will include information on how to receive the long-form notice by telephone or mail request. It will also have the address of the notice website which will contain the long-form notice.

12. The proposed class certification notice can reach the class members even more thoroughly if Ocean Spray further provides notice with a link to the certification notice on its web sites and includes a summary notice directly on the packaging of the specified Ocean Spray beverages sold in California. This is because communications to prospective Class members directly on these Products will reach current and repeat purchasers of these Ocean Spray products, who may be some of the most impacted class members.

**DEDICATED SETTLEMENT WEBSITE**

13. I recommend the creation of a dedicated settlement website to provide detailed information to class members. The website will include documents fully describing the case and include the Complaint, Class Certification, and other relevant documents. The website will also describe who is a class member, how their rights are affected by the class certification, and the process for opting-out out of the settlement.

3

*Hilsley v. Ocean Spray Cranberries, Inc.,* Case No. 3:17-cv-02335-GPC-MDD
DECLARATION OF GAJAN RETNASABA

14. The website will provide email, phone, and postal contacts for class members to request further information, hard copies of case-related, or other help they may require.

15. The website will be updated as needed.

16. Opt-out requests may be made online through an automated form on the notice website and may also be made by mail.

**Judgment Notice and Distribution of Funds**

17. Should a certified class obtain a monetary judgment in its favor, I recommend a more extensive notice plan to allow the highest possible percentage of eligible class members to receive the funds to which they are entitled.

18. Initially, I recommend the steps listed above to disseminate the Class Certification Notice online and by publication be repeated for the Judgment Notice.

19. Additionally, I recommend the use of PR Newswire to send a press release to its many California publication subscribers announcing the judgment and encouraging class members to read the Judgment Notice and make claims if they are eligible. Some of these publications may then write articles about the judgment, while many online publications that subscribe to PR Newswire will place a verbatim or lightly-edited version of the press release on their websites.

20. I further recommend that the press release be forwarded to several websites and e-mail lists used by members of the public with an interest in making class action claims if they are eligible.

21. Moreover, I recommend that the Court order Ocean Spray to post a link to the summary form of the Judgment Notice on its website.

22. Finally, I recommend that the Court order Ocean Spray to disseminate a summary of the notice with directions to more detailed information on the packaging of the specified Ocean Spray Products. While such a step would place some burden on Ocean Spray, because these products are often recurring purchases it would also be the

most precisely targeted method of informing eligible class members of their ability to make a claim, since a significant portion of the Class are repeat purchasers.

23. The content of both the summary and long-form versions of the Judgment Notice will describe the judgment, describe the process for making claims online and by mail, and give notice that an attorney fee application will be made and describe how class members may obtain a copy of the fee application from the administrator or online and how they may oppose the application.

24. Monetary claims may be made entirely online using a form with which class members will affirm, under penalty of perjury, their best recollection of the number of each eligible product they purchased. The claim form will be secured using 128-bit encryption, which is the commercial standard. Claim data will be stored in a secure database. The website will also allow class members to download claim forms that can be printed and submitted by mail.

25. The website will provide email, phone, and postal contacts for class members to request further information, hard copies of information, or request help in the claim filing process. The website will be updated as needed. For class members who are unwilling or unable to make claims online, the website will provide a toll-free telephone number and email address by which class members can request claim forms be mailed to them.

26. If the initial notice campaign described above does not result in the distribution of most of the judgment, I would then recommend additional notice be disseminated. This additional notice would not be a simple repetition of the first round, but would be further refined based on tracking which methods of notice from the previous rounds are most cost-effective in generating valid claims.

**Preventing Payment of Erroneous, Duplicative, or Fraudulent Claims**

27. I would include in the Claims process several methods of preventing payment of erroneous, duplicative, or fraudulent invalid claims.

28. To prevent duplication, all online claims will be entered into an electronic database. Claims received by mail will be manually entered into the same database. An algorithm would then be run to identify duplicate entries, including those that are not exact duplicates but involve small variations in names or addresses.

29. Incomplete claims are also considered erroneous claims. To the extent possible, incomplete claim forms will be identified electronically at the time of submission and the class member prompted to provide complete information in order for their application to the submitted.

30. Fraudulent claims are generally less significant in cases such as this involving an inexpensive retail product, because the per-person or per-unit recovery tends to be small commensurate with the price of the subject product. Moreover, merely requiring claim forms be submitted under "penalty of perjury" substantially deters fraud.

31. Nonetheless, potential fraud can be further deterred by utilizing automated fraud-detection techniques that will reject fraudulent claims. The claims database will be queried to report signs of fraud such as: (1) multiple online claims made from the same Internet Protocol ("IP") address; (2) claims requesting payment be sent to penal institutions, and (3) the identification of a location of purchase that does not match Ocean Spray's records of its retail-establishment customers that sold the Products during the class period.

32. Any claims flagged as potentially fraudulent will be individually reviewed and contacted directly, whenever possible, and asked to submit proof of purchase or further evidence or their claim will be deemed ineligible.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on August 8, 2018, in Atlanta, GA.

6

*Hilsley v. Ocean Spray Cranberries, Inc.,* Case No. 3:17-cv-02335-GPC-MDD
DECLARATION OF GAJAN RETNASABA

_____
Gajan Retnasaba