**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
*Attorneys for Plaintiff and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC.; ARNOLD WORLDWIDE LLC, and Doe defendants 1 through 5, inclusive,<br><br>Defendants. | Case No. 3:17-CV-2335-GPC-MDD<br><br>**CLASS ACTION**<br><br>**DECLARATION OF DR. LASZLO D. SOMOGYI, Ph.D. IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL**<br><br>Date: October 12, 2018<br>Time: 1:30 p.m.<br>Ctrm: 2D<br>Judge: Hon. Gonzalo P. Curiel |

I, Dr. Laszlo D. Somogyi, Ph.D., hereby declare as follows:

1. I am above the age of 18, not a party to the within action, and have personal knowledge of the following information. I have been retained by the Law Offices of Ronald A. Marron, APLC to address matters involving the case of *Hilsley vs. Ocean Spray Cranberries Inc.,* Case No. 3:17-CV-2335-GPC-MDD. I make this Declaration in Support of Plaintiff's Motion for Class Certification and to appoint class counsel. If called upon to testify, I could and would testify competently to the following:

2. I am being compensated based on my standard billing rate for this engagement and my actual hours incurred. Out-of-pocket expenses are billed as incurred. My compensation is not contingent on the conclusions reached or on the ultimate resolution of the case. My hourly billing rate is $250 per hour.

3. My opinions are based on information of the type reasonably relied upon by experts in my field in forming opinions or inferences, including my own education, knowledge and experience. I have reviewed and relied upon a number of documents, which are listed in Exhibit 1 attached hereto.

4. In support of my opinions, I may use at trial the exhibits and information listed in this declaration as well as other exhibits or demonstrative aides made or derived from the exhibits or information listed in this disclosure, or other materials obtained in discovery or otherwise in this action.

5. I am aware of my continuing obligation under Rule 26 of the Federal Rules of Civil Procedure to supplement this report if additional information becomes available. I understand that discovery is ongoing in this matter and I intend to supplement this report if information becomes available which would cause me to amend or supplement my opinions and/or observations in this matter.

6. I have been asked to offer opinions regarding functions and uses of malic acid in processed foods and beverages and the difference between the two isomers of malic acid:

(a.) l-malic acid, a natural form present in many fruits and vegetables, and

(b.) Racemic d-l malic acid produced by chemical synthesis.

7. I also reviewed laboratory test results regarding the presence of synthetic d-malic acid isomer in the Ocean Spray Cran-Apple juice beverage.

**QUALIFICATIONS, PUBLICATIONS, AND PRIOR TESTIMONY**

8. I am a Certified Food Scientist, an Elected Fellow of the Institute of Food Technologists (IFT), and past chairman of Northern California Section of IFT.

9. I received a Ph.D. in Food Science at Rutgers University, a Master's of Science degree in Plant Physiology at Rutgers University, and a Bachelor of Science degree in Horticulture at Corvinus University in Budapest, Hungary.

10. I have conducted food technology research and food product development at the University of California at Davis, held research positions at several food companies, and performed consultation projects at several food processing companies in the U.S, Europe, Asia, and the Middle East.

11. As a senior food scientist employed by SRI International (formerly Stanford Research Institute) I conducted food processing research and completed various assignments as a consultant to the Food and Drug Administration (FDA), the Environmental Protection Agency (EPA) and over 50 leading food companies.

12. As consulting contractor for FDA Office of Food Additive Safety, I led the following studies:

- "A Comprehensive Compilation of Food Additive Exposure Data"
- "Caffeine Intake by the U.S. Population"
- "Energy Drinks Consumption by Different Segments of the US Population"
- "Caramel Color Applications and Typical Dosages."

13. As the principal of ETEL, Inc., a consulting company, I assisted several food companies in product development projects, including as leader of the project team engaged in formula and process development of Pineapple-Orange,

and Pineapple-Grapefruit juice-blends for Dole Pineapple Corporation. These RTD (Ready-to-drink) refrigerated juice blends were the first products introduced in that market category in 1984.

14. I have written SRI multi-client reports on Food Additives, Flavors and Fragrances, Vitamins, Citric Acid, and Nutraceuticals.

15. I have published over fifty scientific papers in refereed professional publications, and co-authored textbooks and encyclopedias.

16. Examples of my book publications include:
- "Processing Fruits: Science and Technology" Laszlo Somogyi, et al, editors, CRC Press Boca Raton, FL. 2005.
- "Functional Food Ingredients, Part H, in: Handbook of Food Science, Technology and Engineering" Volume 2, Y.H. Hui Editor, Taylor & Francis, New York, NY 2005.
- "Food Additives," Chapter 15 in "Food Borne Disease Handbook"; Y.H. Hui, editor. Marcel, Dekker, Inc. New York, NY, 2001.
- "Food Additives" chapter in Kirk-Othman Encyclopedia of the Chemical Technology, Wiley Interscience Publishing Co. New York, NY 2006.

A copy of my curriculum vitae is attached hereto as **Exhibit A**.

## EXPERT WITNESSING

17. In August 2014 I was retained as an expert witness for Miller, Shakman & Beem LLP. Chicago, IL. I testified in a royalty dispute case between Gehl Foods, Inc., plaintiffs, vs. Expedition Foods LTD, defendant, in the United States District Court, Eastern District of Wisconsin, Milwaukee Division. Case No.: 14-CV-486.

18. Over twenty-five year ago I was an expert witness in two court proceedings, both in Northern California Courts:

- Giovanni Pizza, plaintiff vs. Eugene De Christopher, defendant
 (Related to royalty infringement case over "Boboli Bread.")

- Internal Revenue Service (IRS), plaintiff vs. Biophysical Research and Development, defendant, over validity of tax deductions for research expenditure of the defendant.

- At this time I do not have any available details of these very old cases.

## MALIC ACID

19. Malic acid is an organic compound with the molecular formula C4H6O5. It is a dicarboxylic acid that is made by all living organisms, contributes to the pleasantly sour taste of fruits, and is used as a food additive.

20. Malic acid has two stereo isomeric forms (L-and D-enantiomers).

21. L (+) malic acid is referred to as L-malic acid. Only the L-isomer exists naturally. It occurs naturally in many fruits and vegetables.

22. DL-malic acid, the commercial product, is a racemic mixture that does not occur naturally. (Racemic: composed of dextrorotary and levorotary forms of compound in equal portion). The commercial product is a racemic mixture of D- and L-malic acid produced synthetically by hydration of fumaric acid or maleic acid and the product is DL-malic acid.

## FLAVOR AND EXTRACT MANUFACTURERS ASSOCIATION (FEMA)

23. An expert panel sponsored by the Flavor and Extract Manufacturer's Association (FEMA) issues a list of GRAS flavor ingredients.

24. L-malic acid is classified by FEMA as a flavoring ingredient (FEMA No.2655).

## FUNCTIONS OF MALIC ACID

25. Either l- or dl-malic acid can be used by itself or blended with other acids to produce a number of unique and distinct flavor properties. It is added to foods, beverages and candies to give them a tart taste, and some fruit juice and carbonated beverages rely on malic acid as a flavoring agent:[1]

---

[1] P. Hartwig and M.R. McDaniel. 1995. Flavor characteristics of lactic, malic, citric and acetic acids at various pH levels. J. Food Science 60(2) 384-388.

-4-

- Malic acid is used to simulate, resemble, or reinforce certain flavors, or enhance flavors in processed foods and beverages that lose some of their natural flavoring during the processing, like heat treatment of fruit beverages for pasteurization or sterilization.
- L- and dl-malic acid create and intensify tart and fruity flavors in foods or beverages, often reducing the amount of other flavors and flavoring ingredients needed.
- For flavors with astringency (such as cranberry juice) use of fumaric acid in combination with malic acid improves the flavor profile of the product.

## MALIC ACID APPLICATIONS IN BEVERAGES

26. Dl-Malic Acid is used as a flavoring agent and adjuvant, flavor enhancer, and pH control agent in food preparation for beverages, confectionaries, fruit preparations and preserves, desserts, and bakery products.

27. **Non-carbonated beverages**: Dl-malic acid is a preferred acidulant for still beverages (fruit drinks, nectars, iced-teas, sports drinks, calcium fortified juices), because it simulates, resembles or reinforces as well as enhances characteristic fruit flavors. It can also be used for pH control, and can mask astringency and aftertaste of some salts.

28. **Carbonated beverages**: Adding dl-malic acid improves economies, especially in artificially sweetened products. In fruit-flavored products, the dl-malic acid may simulate, resemble, or reinforce as well as enhance the fruit flavor,

---

D. E. Pszczola. 2007. Meeting the acid test. Food Technology 61(5) 185-196.
L.P. Somogyi 2005. Direct food additives in food processing. Chapter 13 P. 302, in D. Barrett, L Somogyi, H. Ramaswamy Processing Fruits, 2nd editors, CRC Press, Roca Raton, Florida.
D. Sortwell, S.A. et al. 1996. Improving the flavor of fruit products with acidulants. Expotecnoalimentaria Mexico City, March 28, 1-10.

-5-
*Hilsley v. Ocean Spray Cranberries, Inc., et al.*, Case No. 3:17-CV-2335
DECLARATION OF DR. LÁSZLO D. SOMOGYI, PH.D. IN SUPPORT OF PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL

allowing the use of less of other flavor additives, and the overall flavor profile is broader and more natural.

29. **Powdered mixes**: In iced tea, sports drinks, fruit-flavored beverage or fruit soup dry mixes, dl-malic acid is preferred due to its rapid dissolution rate, flavor profile, and flavor enhancement qualities. Since dl-malic acid provides more sourness than citric acid, less acidulant is required and unit weight can be reduced.

30. **Low calorie beverages**: In beverages containing intense sweeteners, less dl-malic acid than citric is required to achieve the desired sourness and flavor at a higher pH. Dl-malic acid's extended sour flavor masks the unnatural sweetener aftertaste and its blending and fixative abilities help give the product a balanced taste. In a study with 14-30 year olds, aspartame sweetened low-calorie soft drinks acidified with dl-malic acid were preferred over those with citric acid.

31. **Ciders and wines**: For "alcoholic" apple ciders, dl-malic acid is added to maintain a consistent "sharp" taste. In wines, malolactic fermentation improves the flavor profile of the wine.

## OPINIONS

32. CRANAPPLE® Cranberry-Apple Juice Drink is sold in, among other form factors, 64 oz size and 10 oz size bottles and 15.2 oz size containers.

33. CranApple Juice Drink ingredients include apple and cranberry juice concentrates. These fruit juice ingredients contain significant amount of natural l-malic acid (>1%) as well as other acidulants, such as citric, fumaric, tartaric, and ascorbic. As stated in the Declaration of Erich Fritz, Paragraph 9, and disclosed on the ingredient list for Ocean Spray® Cran-Apple® juice drink, commercial (dl-) malic acid is added to the product.

34. In addition to these natural acidic constituents, commercial dl-malic acid is added to Cran Apple juice drink, in small quantity as it is listed at or near the bottom of the ingredient list.

35. As stated in the Declaration of Erich Fritz, Paragraph 9, and disclosed on the ingredient list for Ocean Spray® Cran-Apple® juice drink, commercial (dl) malic acid is added to the product.

36. As stated in the Declaration of Erich Fritz, Paragraph 9, and disclosed on the ingredient list for Ocean Spray® Cran-Apple® juice drink, commercial (dl-) malic acid is added to the product. In paragraph 14 and 15 of his declaration Mr. Fritz, discussing the role of the added malic acid in Cran-Apple juice drink, states that malic acid has no distinctive flavor and is added to adjust acidity to the final pH level.

37. Apple and cranberry juice are classified as high-acid foods, apple juice having an average pH value of between 3.35 and 4.00, and cranberry juice a pH of between 2.3 and 2.5. Addition of supplementary malic acid to these juices will not improve microbial safety of the product because beverages below pH 4.5 acidity are free of pathogenic microorganism activity.[2]

38. Laboratory analysis detected only small quantity of the synthetic malic acid in Ocean Spray CranApple juice drink: d-malic acid content at 0.014g/100ml. This small quantity would not significantly lower pH of the juice drink, but will function as a flavor and flavor enhancer.

39. Dl-malic acid adds tartness, astringency, and a fruit-like flavor profile to foods and simulates, resembles, or reinforces various tart, fruity flavors, and in particular the flavor of apples.

---

[2] FDA Master List of Typical pH of Fruits and Vegetables, 2017. Shown in foot note
http://www.pickyourown.org/ph_of_fruits_and_vegetables_list.htm

40. I conclude based on this information and my experience in the food and flavoring industry that dl-malic acid is added to the CranApple juice drink and the other Products at issue in this action to function as a flavoring agent.

41. Fumaric acid similarly functions to simulate, resemble or reinforce certain fruit flavors in beverages as well as affect pH. For flavors with significant astringency such as cranberry juice the use of fumaric acid in combination with malic acid can improve the flavor profile of the product.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on this 20th day of September 2018 in Kensington,, California.

_Laszlo P. Somogyi_
Dr. Laszlo P. Somogyi, Ph.D.

**EXHIBIT A**

# RESUME

**LASZLO P. SOMOGYI, Ph.D.**
**Certified Food Scientist**
**12 Highgate Court**
**Kensington, CA 94707**
**Tel.: (510) 527-1261**
**E-mail: MLSomogyi@sbcglobal.net**

**Professional Experience:**
Technical, regulatory and quality control aspects of food processing operations; Techno-economic studies of food ingredients and additives; Nutritional aspects of food products.

**Employment History:**
SRI International, Senior Consultant;
Etel, Inc, Food Industry Consultant;
Finn Cal, Inc. (Presently Danisco Foods) Vice President;
Vacu-Dry Co. (Presently Tree Top Inc.) Director, Research and Development;
Hunt-Wesson Foods Inc. (Presently Con-Agra Foods) Project Leader;
University of California at Davis, Research Pomologist.

**Academic Background:**
University of Agricultural Sciences, Budapest, Hungary, BS degree;
Rutgers University (New Jersey), MS and Ph.D. degrees;
University of California at Davis, Post-doctoral fellow.

**Publications:**
Author of over fifty scientific papers and contributor of textbooks in the areas of food ingredients, food processing technologies, fruit quality and nutrition.

**Professional Associations and Honors:**
Institute of Food Technologists (IFT), elected IFT fellow,
Past-Chairman and Outstanding Member of Northern California Section of IFT
Certified Food Scientist

**LASZLO P. SOMOGYI, Ph.D.**

**Selected Project Assignments:**

- A comprehensive compilation of food additive exposure data, contract by the Food and Drug Administration (FDA) 2012-2015;
- Caffeine Intake by the U.S. Population, prepared for FDA 2011;
- Energy drinks consumption by different segments of the U.S. population, prepared for FDA 2014;
- Food industry development projects in Egypt and Lebanon; assignments by the U.S. AID program (1998-2001);
- Selection of fruit juice concentrates sources from South America;
- World market potential for a new non-caloric sweetener;
- Assessment of the food flavor and color market;
- Determination of the feasibility of replacing a natural raw material used by the flavor industry;
- Investigation of the feasibility of isolating minor bioactive components of milk;
- Market Opportunities for Food Additives, single-client projects for Eastman Chemicals (1998), Lonza, Inc (1999), Dow Chemical (1999), Union Carbide (2000) American Crystal Sugar Co. (2004);
- Identification of emerging processing and ingredient technologies that may offer opportunities for the dairy industry, prepared for the California Milk Advisory Board;
- Due diligence team member: at acquisition of the hydrocolloid business of Kelco Co., and the food ingredient business of Pfizer Inc.;
- Determination of the feasibility for new food processing industries: (a) in the Maribor district of Slovenia and (b) in the Atlántico region of Colombia;
- Evaluation of the research and development activity and organization of a European food manufacturing company;
- Selection of acquisition candidates for a Swiss specialty chemical company;
- Diversification program in specialty chemicals for a global chemical company - flavors and fragrances, and food additives sections;
- An overview of the U.S. food service supplies industry
- Nutrient fortification of dehydrated products;
- Evaluation of differences between commonly used vegetable oils relative to nutritional value and functional properties;
- A business analysis of selected food ingredients and additives (aligns, alginates, amino acids, enzymes, non-caloric sweeteners and xanthan gum);
- U.S. market potential for selected food and industrial phosphates;
- U.S. market for xanthan gum;
- The potential of reusable food containers;
- A survey of the market for food grade sodium carboxymethyl cellulose in the United States;
- Gluconic acid and gluconates; production and application in food products.

# BIBLIOGRAPHY
# OF
# LASZLO P. SOMOGYI

Somogyi, L.P., N.F. Childers, W.K. Kender, and M.J. Prusik. 1962. Effect of combinations of urea-formaldehyde, urea, and ammonium nitrate on fruits, and shoots of mature peach trees. Proc. Amer. Soc. Hort. Sci. 80, 190©196.

Somogyi, L.P. 1962. Fertilizer and its effect on apple flavor. Western Fruit Grower 16 (4), 9.

Somogyi, L.P., N.F. Childers, and S.S. Chang. 1964. Volatile constituents of apple fruits as influenced by fertilizer treatments. Proc. Amer. Soc. Hort. Sci. 84, 51-58.

Somogyi, L.P., N.F. Childers, and Paul Eck. 1964. Influence of nitrogen source and organic matter on the cranberry (*Vaccinium macrocarpon Ait*). Proc. Amer. Soc. Hort. Sci. 84, 280-288.

Somogyi, L.P., and R.J. Romani. 1964. Irradiation-induced textural changes in fruits and its relation to pectin metabolism. Jour. Food Sci. 29, 366-371.

Somogyi, L.P., and R.J. Romani. 1964. A simplified technique for the determination of Pectin Methylesterase activity. Analytical Biochemistry 7, 498-501.

Romani, R.J., L.P. Somogyi and Juanita Manalo. 1971. Irradiated pectin as a substrate for pectic enzymes. Radiation Botany 11, 383-387.

Somogyi, L.P., and B.S. Luh. 1975. Dehydration of fruits. In: "Commercial Fruit Processing." J.G. Woodroof and B.S. Luh (Editors). AVI Publishing Company, Westport, CT.

Luh, B.S., L.P. Somogyi and J.J. Meehan. 1975. Vegetable dehydration. In "Commercial Vegetable Processing". B.S. Luh and J.G. Woodroof (Editors). AVI Publishing Company, Westport, CT.

Goen, R.L., R.V. Steele, L.P. Somogyi, T.R. Parks, and N. Fishman. 1977. The potential for reusable homogenous containers. SRI/CRESS Report No. 25. Prepared for National Science Foundation; SRI International, Menlo Park, CA.

Somogyi, L.P.1977. Food grade colorants and flavorings. BPI Research Report No. 597. SRI International, Menlo Park, CA

Somogyi, L.P. and Peter Kyle. 1978. Overview of the fresh pack food industry. EPA-600/2©78-16, National Technical Information Service, Springfield, VA.

Jones, J.L., L.P. Somogyi, et al. 1978. Overview of the environmental control measures and problems in the food processing industries. EPA-600/2-79-009. National Technical Information Service, Springfield, VA.

Somogyi, L.P., and B.S. Luh. 1986. Dehydration of fruits. 2nd. revised edition. In: "Commercial Fruit Processing." J.G. Woodroof and B.S. Luh (Editors). AVI Publishing Company, Westport, CT.

Somogyi, L.P. 1987. Prunes - a fiber-rich ingredient. Cereal Food World. 32(8): 541-544.

Somogyi. L.P., and B. S. Luh. 1988. Vegetable dehydration. In "Commercial Vegetable Processing". 2nd. Revised edition. B.S. Luh and J.G. Woodroof (Editors). Van Nostrand Reinhold New York, NY.

Somogyi, L. P. 1990. Food packaging - plastics and the U.S. regulations. Asia Pacific Food Industry 2(5):59-62.

Somogyi, L.P. 1991 and 1994. Fats and Oils. Industry Brief. Vol. 1 No. 12. Electric Power Research Institute, Palo Alto, CA

Somogyi, L.P. 1992. Introducing Fat- and Cholesterol-Reduced Foods into U.S. Food-Service Operations. BIP Report D92-1657. SRI International, Menlo Park California.

Somogyi, L. P., and Lisa Johnson. 1993. Food Additives (Worldwide). In "Specialty Chemicals for Strategies and Success". Specialty Chemicals Handbook, SRI International, Menlo Park, CA

Somogyi, L.P., B, Rhomberg and Y. Sakuma. 1994 and 1998. "Aroma Chemicals and the Flavor and Fragrance Industry. Chemical Economy Handbook, SRI International, Menlo Park, CA

Somogyi, L.P., H. Janshekar and Naoko Takey. 1995. Sorbitol. Chemical Economy Handbook, SRI International, Menlo Park, CA

Somogyi, L.P., B. Rhomberg and N. Takei. 1995. Flavors and Fragrances. Chemical Economy Handbook, SRI International, Menlo Park, CA

Somogyi, L.P., S. Ramaswamy, and Y.H. Hui. 1996. Processing Fruits: Science and Technology; Volumes 1 and 2 Technomic Publishing Co. Radsmore, PA.

Somogyi L.P. 1996. The flavour & fragrance industry. Chemistry & Industry, March 4, 1996 pp. 170- 173.

Rosenberg L. D., L. P. Somogyi. 1996. The U.S. Food Industry in the 1990s. BIP Report D96-2033, SRI Consulting, Menlo Park, CA.

Somogyi, L. P., H. Janshekar, Y. Ishikawa, S. Bizzari and Lisa Johnson. 1996. Food Additives. "Specialty Chemicals for Strategies and Success". Specialty Chemicals Handbook, SRI Consulting, Menlo Park, CA.

Somogyi, L. P., 1993. Food Additives (Worldwide). In "Specialty Chemicals for Strategies and Success". SRI International, Menlo Park, CA.

Goin, J.L., L. P. Somogyi, H. Janshekar, and Y. Ishikawa. 1995. Water Soluble Polymers. Chemical Economy Handbook, SRI International, Menlo Park, CA.

Somogyi, L.P., B. Rhomberg and Y. Sakuma. 1996. Ethylamines. Chemical Economy Handbook, SRI International, Menlo Park, CA.

Zuarich, J., H. Janshekar, and L.P. Somogyi. 1998. Fats and Oils, Industry Overview. Chemical Economy Handbook, SRI Consulting, Menlo Park, CA.

Somogyi, L. P., 1999. Food Additives. In: Wiley Encyclopedia of Food Science and Technology. 2nd. Edition, pp. 846-862. F.J. Francis, editor. John Wiley & Sons, Inc. New York.

Somogyi, L. P., 1999. Fruit Dehydration. In: Wiley Encyclopedia of Food Science and Technology. 2nd. Edition, 1142-1148. F.J. Francis, editor. John Wiley & Sons, Inc. New York.

Somogyi, L. P., 1999. Vegetable Dehydration. In: Wiley Encyclopedia of Food Science and Technology. 2nd. Edition, pp. 2399-2405. F.J. Francis, editor. John Wiley & Sons, Inc. New York.

Somogyi, Laszlo P. 2000. Food Additives. In: *Food-borne Disease Handbook. Vol.4.* (Y.H. Hui, D. Kitts, and P.S. Stanfield, eds.) Marcel Dekker, Monticello, N.Y.

Somogyi, L.P., and A. Kishi. 2001. Aroma Chemicals and the Flavor and Fragrance Industry. Chemical Economy Handbook, SRI Consulting, Menlo Park, CA.

Somogyi, L.P., and A. Kishi 2001. Flavors and Fragrances. Specialty Chemicals Handbook, SRI Consulting, Menlo Park, CA.

Barrett, D., Somogyi, L.P., and S. Ramaswamy. 2005. Processing Fruits: Science and Technology, Principles, and Applications, 2nd edition. CRC Press, Boca Raton, Florida.

**LASZLO P. SOMOGYI - BIBLIOGRAPHY**
**Page four**

Somogyi, L. P., S. Mueller, and A. Kishi. 2005. Food Additives. Specialty Chemicals Handbook, SRI Consulting, Menlo Park, California.

Somogyi, L.P. S. Muller, Qu. Guangdong and K.Yokuse. 2005. Vitamins. Chemical Economy Handbook. SRI Consulting, Menlo Park, California

Somogyi, L.P., S. Muller and J. Yokuse. 2005. Nutraceutical Ingredients. Specialty Chemicals Handbook, SRI Consulting, Menlo Park, California.

Somogyi, L.P. 2005. Food Dehydration In: Kirk - Othman Encyclopedia of the Chemical Technology. Wiley Interscience Publishing Co. New York.

Somogyi, L.P. 2007. Food Additives. In: H.Y Hui (editor), - Handbook of Food Science, Technology and Engineering. Vol. 2. pp. 83/1-83.43.. Taylor & Francis Boca Raton, Florida.

Somogyi, L. P., S. Mueller, and A. Kishi. 2008. Flavors and Fragrances. Specialty Chemicals Handbook, SRI Consulting, Menlo Park, California.

Somogyi, L.P. 2005 and 2017. Food Additives. In: Kirk - Othman Encyclopedia of the Chemical Technology. Wiley Interscience Publishing Co. New York.