**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
*Attorneys for Plaintiff and the Proposed Class*

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC.; ARNOLD WORLDWIDE LLC, and Doe defendants 1 through 5, inclusive,<br><br>Defendants. | Case No. 3:17-CV-2335-GPC-MDD<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF DR. GEORGE E. BELCH, Ph.D. IN SUPPORT OF PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND TO APPOINT CLASS COUNSEL**<br><br>Date: November 9, 2018<br>Time: 1:30 p.m.<br>Ctrm: 2D<br>Judge: Hon. Gonzalo P. Curiel |

# Crystal Hilsley
## v.
## Ocean Spray Cranberries, Inc.
## Arnold Worldwide LLC

United States District Court for
the Southern District of California

Case No. 3:17-CV-2335-GPC-MDD

Supplemental Declaration

of

Dr. George E. Belch

1. I was retained in this matter to offer an opinion regarding whether the claim made on the package label that Ocean Spray Cranberry juice products, such as Cran-Apple and Cran-Grape, contain no artificial flavors and the absence of a label declaration of the use of artificial flavors, affect the price a reasonable consumer is willing to pay for them. I was also asked to opine on whether consumers of Ocean Spray Cranberry juice products might perceive them differently if they are made aware of the use of artificial flavoring in these products. To opine on these issues, a consumer survey was conducted to determine the importance of images and information on the labels of two Ocean Spray Cranberry juice flavors, Cran-Apple and Cran-Grape, in evaluating these products for purchase. The study also focused on consumer evaluations of these products based on the images and information on the label and purchase likelihood for them. A comparison was made between Ocean Spray Cran-Apple/Cran-Grape products that have a claim on the label stating that they contain no artificial flavors with those using a label disclosing that the juices are artificially flavored.

2. The consumer survey that was conducted and used as the basis of my opinions followed generally accepted principles for surveys used as evidence in litigation as discussed in the Reference Manual on Scientific Evidence.[1] The survey method used for this study gave proper attention to the following key areas: the definition of the relevant population; the procedures for sampling from the relevant population; the survey design and questions used; the nature of the specific test and control stimuli shown to sampled consumers; and the analysis of the data gathered from the survey.

[1] *Reference Manual on Scientific Evidence 3rd Ed.*, Federal Judicial Center, *available at* https://www.fjc.gov/sites/default/files/2012/SciMan3D09.pdf

3. The results of the survey conducted showed that consumers definitely consider information regarding whether Ocean Spray Cranberry juice products contain no artificial flavors and colors or are artificially flavored when evaluating them for purchase. Moreover, the inclusion of information on the label of Ocean Spray Cranberry juice products stating that they have no artificial flavors or are artificially flavored affects consumer evaluations of the product, likelihood of purchase, and the price consumers are willing to pay for them. Consumers who saw Ocean Spray Cranberry juice product labels stating the product has no artificial flavors evaluated them more favorably on important product attributes such as nutritional value, healthiness, and having natural ingredients compared to those who see labels disclosing that the product is artificially flavored. Consumers also have higher levels of purchase likelihood for Ocean Spray Cranberry juice products that use the claim of no artificial flavors on the label versus those products that include a disclosure of artificial flavors on the package label.

4. Demonstrating that consumers consider whether Ocean Spray Cranberry juice products contain no artificial flavors or are artificially flavored when evaluating them for purchase is important as it establishing the materiality of this product claim in their decision making processes. Thus, the claim made on the package label that Ocean Spray Cranberry juice products, contain no artificial flavors could be expected to affect the price a reasonable consumer is willing to pay for them.

5. To determine whether the claim made on the package labels that Ocean Spray Cranberry juice products, contain no artificial flavors impacts the price a reasonable consumer is willing to pay for them, I used a survey based on contingent valuation methodology (CVM). Contingent valuation is a survey based method of estimating the value that a consumer places on an item by varying its features and having them directly report what they are willing to pay for it. The

survey I conducted asked consumers to consider whether the disclosure of the use of artificial flavors in Ocean Spray Cran-Apple or Cran-Grape juice products would affect the price they would be willing to pay for these products. If they said yes, they were then asked to indicate how much more or less they would be willing to pay for the Ocean Spray Cranberry juice products based on this disclosure. Contingent valuation methodology provides an approach to measuring what a reasonable consumer would have paid for the Ocean Spray Cranberry juice products if they were aware of the use of artificial flavors in them. The results of the survey based on the contingent valuation method found that consumers would be likely to pay an average of 61 cents less for the Ocean Spray Cranberry juice products. This number could be extrapolated to the entire class and provides the basis for an economic damages model.

6. It should be noted that the contingent valuation method is essentially asking survey respondents to consider a hypothetical scenario and they are then asked to consider new information to help them make a purchase decisions. Many of the studies using CVM ask respondents to make choices between different options. The approach used in this study presented survey respondents with the hypothetical scenario as follows: *The label states that Ocean Spray Cran-Apple/Cran-Grape juice has no artificial flavors. If Ocean Spray Cran-Apple/Cran-Grape juice was artificially flavored, would this have an influence on the price you would be willing to pay for this product?* If respondents answered yes to this question, they were asked how this information would influence the price they would be willing to pay by indicating whether they would be willing to pay more, would be willing to pay less or would not purchase it. Respondents who indicated they would be willing to pay less or more were then asked how much less/more on a scale ranging from zero to 99 cents.

7. In the order for supplemental briefing, the court has noted that alternative approaches are often used to determining whether damages from false advertising claims have occurred including conjoint analysis and/or regression models. Conjoint analysis would also have been an option for assessing price sensitivity and determining the impact of the disclosure regarding the use of artificial flavors in Ocean Spray Cranberry juice products. However, the survey based contingent valuation method that was used in my survey is also a viable approach and addresses the important issue of how the price consumers are willing to pay for Ocean Spray Cranberry juice products is impacted by the disclosure of the use of artificial flavors in the products. It should also be noted that CVM is often used in market research studies and is integrated with choice-based preference models such as conjoint analysis and choice experiments. The contingent valuation method used in the study conducted for this litigation is well grounded theoretically and is a valid and reliable approach for determining how the mislabeling of the Ocean Spray Cranberry juice products would impact the price consumers would be willing to pay for them.

8. Conjoint analysis is an appropriate survey based method when the information sought includes the effects of multiple independent variables on product price, perceived value or willingness to buy a product or service. In this litigation, however, where the information sought is the effect of a single independent variable (the allegedly deceptive labeling), contingent valuation provide a more direct and useful survey methodology.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 24, 2018 in San Diego, California.

                                                    Dr. George E. Belch