1  **LAW OFFICES OF RONALD A. MARRON**
   RONALD A. MARRON (SBN 175650)
2  *ron@consumersadvocates.com*
   MICHAEL T. HOUCHIN (SBN 305541)
3  *mike@consumersadvocates.com*
   651 Arroyo Drive
4  San Diego, California 92103
   Telephone: (619) 696-9006
5  Facsimile: (619) 564-6665

6  **LAW OFFICE OF DAVID ELLIOT**
   DAVID ELLIOT (SBN 270381)
7  *davidelliot@elliotlawfirm.com*
   2028 3rd Avenue
8  San Diego, CA 92101
   Telephone: (858) 228-7997
9  ***Attorneys for Plaintiff and the Proposed Class***

10

11              **UNITED STATES DISTRICT COURT**
             **SOUTHERN DISTRICT OF CALIFORNIA**
12

13  CRYSTAL HILSLEY, on behalf of          ) Case No. 3:17-CV-2335-GPC-MDD
    herself and all others similarly situated, )
14                                          ) **CLASS ACTION**
                              Plaintiff,    )
15                                          )
              vs.                           ) **SUPPLEMENTAL**
16                                          ) **DECLARATION OF DR. ALAN G.**
                                            ) **GOEDDE, Ph.D. IN SUPPORT OF**
17                                          ) **PLAINTIFF'S MOTION FOR**
                                            ) **CLASS CERTIFICATION AND**
18  OCEAN SPRAY CRANBERRIES, INC.; ) **TO APPOINT CLASS COUNSEL**
    ARNOLD WORLDWIDE LLC, and Doe )
19  defendants 1 through 5, inclusive,      )
                                            ) Date:  November 9, 2018
20                            Defendants.   ) Time:  1:30 p.m.
                                            ) Ctrm:  2D
21                                          ) Judge: Hon. Gonzalo P. Curiel
                                            )
22                                          ) **REDACTED FOR PUBLIC VIEW**
                                            )
23                                          )
                                            )
24                                          )
                                            )
25                                          )
                                            )
26  _____       )

27

28

-1-

**CRYSTAL HILSLEY et al.**
**Plaintiff,**

v.

**OCEAN SPRAY CRANBERRIES, INC. et al.**

**Defendant.**

United States District Court
Southern District of California
Case No.: 3:17-CV-2335-GPC-MDD

# SUPPLEMENTAL EXPERT REPORT OF ALAN G. GOEDDE, PH.D.

Freeman & Mills, Incorporated
350 South Figueroa Street, Suite 900
Los Angeles, CA 90071

Alan G. Goedde

October 25, 2018

# Supplemental Expert Witness Report
## Alan G. Goedde, Ph.D.

### I. Personal Qualifications

**1.**   I, Alan G. Goedde, am a member of the firm of Freeman & Mills, Incorporated, an accounting, economics, and management consulting firm headquartered in Los Angeles, California.

**2.**   I have over twenty years of experience developing financial and economic analyses to solve business problems. I have worked in business and in government. My educational background includes a BS in Engineering and an MA and Ph.D. in Economics, all from Duke University. I have been qualified as an expert witness and have testified in both federal and state courts. My professional resume, which includes a summary of my testimony experience, is attached to this report under Tab 1.

### II. Scope of Opinions

**3.**   I have been engaged by Law Offices of Ronald A. Marron, counsel for Plaintiff Crystal Hilsley in this matter, to provide this report in support of Plaintiff's motion for class certification. Specifically, I have been asked to form an opinion as to whether it is possible to measure the damages of proposed class members and to form an opinion on the premium amount that consumers are willing to pay for naturally flavored juices over and above the amount paid for artificially flavored juices.

### III. Summary of Opinions

**4.**   Based on my analysis of actual prices charged for artificially flavored juices and naturally flavored juices, consumers pay a premium of 25% for naturally flavored juices over and above the price for artificially flavored juices (or, put differently, consumers pay a price that is discounted by 20% for artificially flavored juices).[1]

---

[1] 25% = (0.05 / 0.04) -1; 20% = 1 – (0.04 / 0.05)

**5.** Since the filing of my last report, I have reviewed the Expert Report of Dr. George E. Belch filed on August 16, 2018. Dr. Belch conducted a survey which suggests that consumers would accept a discount of 19%.[2] This result is consistent with my research indicating a discount of 20%.

**6.** The damages suffered by proposed class members who purchased the Ocean Spray Cran-Apple and Cran-Grape juice-based beverage products (the "Products") can be measured based on sales data maintained by Defendants in the ordinary course of business and the price difference that consumers pay for naturally flavored juices versus the price for artificially flavored juices.

**7.** It is my understanding that, to date, Defendants have produced some data concerning wholesale unit and dollar sales, but that no data have been produced concerning the retail sales of the accused products. When or if these data are produced, I will update my calculations accordingly. In the meantime, I have prepared preliminary estimates based on applying a standard retail price to Defendants' wholesale unit sales.

## IV. Data or Other Information Considered in Forming Opinions

**8.** My opinions are based on information of the type reasonably relied upon by experts in my field in forming opinions or inferences, including my own education, knowledge and experience. I have reviewed and relied upon a number of documents, which are listed in Tab 3.

**9.** In support of my opinions, I may use at trial the exhibits and information listed in this disclosure as well as other exhibits or demonstrative aides made or derived from the exhibits or information listed in this disclosure, or other materials obtained in discovery or otherwise in this action.

**10.** I am aware of my continuing obligation under Rule 26 of the Federal Rules of Civil Procedure to supplement this report if additional information becomes available. I understand that discovery is ongoing in this matter and I intend to supplement this report if information becomes available which would cause me to amend or supplement my opinions and/or observations in this matter.

---

[2] See Expert Report of Dr. George E. Belch, 8/16/2018, at Table 8, p. 23. 19% = $0.61 / $3.25.

## V. Statement of Opinions and Reasons and Bases Therefor

### *Analysis of the Premium Consumers Pay for Naturally Flavored Juice Beverages*

**11.** Two separate surveys were used to determine price differences between naturally flavored fruit juices and artificially flavored fruit juices. As discussed in my prior report, I began by conducting a survey of consumers' revealed preferences. Revealed preferences are the actual decisions made by purchasers of juice products that are revealed in the price difference consumers are willing to pay for naturally flavored juices compared to artificially flavored juices. Consumers revealed their preference for naturally flavored juices over artificially flavored juices by their willingness to pay a premium according to actual market transactions.

**12.** Published juice prices during the period August 1 through August 3, 2018 appearing in retail chain stores in southern California were analyzed. The survey was restricted to southern California retailers in order to directly compare prices of juice products competing for the same customers in the same time period. This way, other factors that may affect price such as competitive advertising, weather, local holidays, school schedules, etc. affect all competitors and all customers equally because they are all in the same geographic area.

**13.** The survey was further restricted to retail chain stores known to actively advertise and compete in the southern California market. The products surveyed were all nationally advertised brands. Private label products or store labeled products were excluded since these brands typically have little or no advertising. The price information was accessed through website links (see Tab 2 of this report).

**14.** Products were determined to be artificially flavored if words indicating artificial ingredients or flavorings appeared in the labeling or list of product ingredients. If a product had no words indicating artificial ingredients or flavorings, or was labeled "all natural" the product was categorized as natural.

**15.** Product comparisons were made between similarly sized or packaged products in order to remove price differences attributable to single serving containers. Comparisons were made between containers or packages ranging from 59 fluid ounces to 64 fluid ounces. Powdered juice

products were not considered. In order to further refine the analysis, the price comparisons were also calculated on a price per ounce basis.

**16.** The results showed that the average price for artificially flavored juices sold in 59 to 64 fluid ounce packaging was $2.30 while the average price for all natural juices in 59 to 64 fluid ounce packaging was $2.96, indicating a price premium of $0.66 or 29% over similarly sized artificially flavored products. On a price per ounce basis, artificially flavored juices sold at $0.04 per ounce while all natural juices sold at $0.05 per ounce, indicating a price premium of 25% for all natural juice products (or, put differently, a discount of 20% for artificially flavored juice products).[3]

**17.** To confirm the significance of the price premium, the difference between artificially flavored and all natural juice prices was tested statistically with the premium paid for naturally flavored juices found to be significant (P-value) at the 95% confidence level.

**18.** Since the filing of my last report, I have reviewed the Expert Report of Dr. George E. Belch filed on August 16, 2018. Dr. Belch conducted a stated preference survey. This type of survey asks individuals to state their preference among various choices and to place a value or price on their particular preference.

**19.** In this case, consumers were asked to disclose how much they would pay for artificially flavored juices compared to naturally flavored juices. Dr. Belch's results suggest that consumers would pay 19% less for artificially flavored juices compared to naturally flavored juices. My research indicating that artificially flavored juices sell at retail prices 20% less than naturally flavored juices appears consistent with Dr. Belch's results.

*Damages Analysis – Measuring Restitution Using a Price Premium Model*

**20.** I am informed and understand that Plaintiff and proposed class members will be seeking damages in the form of the premium amount paid for the disputed Products. The measurement for damages is the same as the measurement for restitution since it is the out-of-pocket premium that

---

[3] 25% = (0.05 / 0.04) -1; 20% = 1 – (0.04 / 0.05

proposed class members paid for naturally flavored juices during the class period beginning on January 1, 2011.[4]

**21.** The out-of-pocket premium paid is calculated by multiplying the total amount paid by proposed class members for the disputed Products by the 20% price difference between the disputed Products' average price and the artificially flavored product price class members should have paid.  As shown on **Schedule 3** (see Tab 2 of this report), the average price of artificially flavored products ($0.04 per ounce) is 80% (or $0.04 per ounce / $0.05 per ounce) of the average price of naturally flavored products, resulting in a 20% price difference. The total out-of-pocket purchase price can be calculated by multiplying the number of units Defendants sold by average retail prices during the class period.  The number of units sold by Defendants in California and average retail pricing data is sales data that is maintained by manufacturers in the ordinary course of business. If Defendants do not have retail pricing data, additional information regarding average retail prices during the class period may be obtained directly from retailers or from websites of retailers who sell the disputed Products.   I understand that Plaintiffs are currently seeking production of such data.  Class-wide damages can be calculated once unit sales and average retail price data is produced by the Defendants or obtained directly from retailers.

**22.** Applying a $3.25 standard retail price to Defendants' wholesale unit sales in the state of California yields estimated retail sales from 2011-2017 of ███████████ (See **Schedule 6**).

**23.** As shown on **Schedule 5**, the calculation of restitution and benefit-of-the-bargain damages applies 20% discount I calculated to all estimated retail sales and yields a restitution amount of ███████████.  Similarly, I have applied this calculation to Dr. Belch's finding—that some customers would accept a reduced sales price equivalent to 19% when made aware of artificial flavoring—to all purchasers and reduced the total amount paid at retail by 19% which yields a restitution amount of ███████████. Thus, the restitution amount is estimated at ███████████ ███████████.

---

[4] Class Action Complaint, 11/16/17, page 13, paragraph 101.

## VI. Compensation to be paid for the Report and Testimony

**24.** Freeman & Mills is compensated based on the standard billing rate for the staff employed on this engagement and the actual hours incurred by each person. Out-of-pocket expenses are billed as incurred. My compensation is not contingent on the conclusions reached or on the ultimate resolution of the case. My hourly billing rate is $550.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed on October 25, 2018 in Los Angeles, California

Alan G. Goedde

---

*Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.*
*Supplemental Expert Report of Alan G. Goedde, PhD*

1

**ALAN G. GOEDDE**                                                                                      **Vice President**

Alan G. Goedde is a member of the firm of Freeman & Mills, a consulting firm offering services in the areas of accounting, finance, economics and business practices and procedures. He has over 20 years of experience developing financial and economic analyses to solve business problems. Dr. Goedde was formerly a vice president of Putnam, Hayes & Bartlett, Inc., an economic and management consulting firm. Before joining Putnam, Hayes & Bartlett and its predecessor firm, Freeman & Mills, Incorporated, Dr. Goedde had extensive business and regulatory experience while in industry and government. He was president of a technology marketing and licensing company, head of strategic planning for the NutraSweet Company and vice president-strategic planning for a division of First National Bank of Chicago. While at the U.S. Treasury, his responsibilities included corporate fraud, technology licensing, business valuation and transfer pricing. He has testified in U.S. Tax Court.

A considerable part of Dr. Goedde's practice involves intellectual property issues including patent, trademark, copyright, trade secret and unfair competition matters as well as business valuations. His background in engineering and economics combined with his work experience in profit planning, budgeting, product marketing and acquisitions analysis has enabled him to assist clients in a wide range of intellectual property litigation. Dr. Goedde can also draw upon his experience as a patent examiner at the U.S. Patent and Trademark Office.

His testimony experience in patent infringement matters includes economic analysis of the *Panduit* factors, applying *Georgia Pacific* factors to evaluate reasonable royalty; and, developing RAND royalty rates considering such issues as scope of the royalty base, lump sum and running royalties, royalty stacking, license comparability, university licensing agreements, exclusive licensing, and apportionment of profits to non-infringing components.

Dr. Goedde has consulted and testified on numerous high technology matters including semiconductors, wired and wireless media, internet media delivery systems, cell phone component manufacture, telecommunications, software and biotechnology. His analysis and testimony have involved accelerated product life cycles, first-mover advantages, economics of startup and development stage companies, market power, product development costs, and distribution economics.

In copyright, trademark and trade secret matters, Dr. Goedde has testified to lost profits, unjust enrichment, causal connections between the plaintiff's loss and the defendant actions, apportionment of direct and indirect profits, price erosion, incremental costs and spoiling the market.

In the entertainment industry, Dr. Goedde has testified and consulted on numerous copyright and trademark matters as well as such issues as rights of publicity, motion picture rights, visual artist rights, credit/idea misappropriation, celebrity endorsement value, and the value of motion picture and photography libraries.

## ALAN G. GOEDDE

Dr. Goedde has testified on issues involving employment compensation, employment agreements, performance benchmarks, and wrongful discharge in a variety of industries. In franchising matters, his experience includes franchise growth, business viability, and trademark value.  His industry expertise includes manufacturing, pharmaceuticals, biotechnology, industrial products, foods, automotive aftermarket, airlines, electronics and software. Dr. Goedde has also developed numerous product pricing analyses to define markets and assess competition.

In antitrust matters, Dr. Goedde has provided analysis and expert testimony on the definition of relevant markets, the competitive impact of mergers, market power, price discrimination, predatory pricing, as well as the presence and extent of price fixing.  He has testified in a number of patent/antitrust matters involving inequitable conduct including Walker Process fraud.  In addition to providing testimony in federal and state courts, Dr. Goedde has also appeared before the Federal Trade Commission and the United States Court of International Trade.

Dr. Goedde has testified on financial and economic matters involving Superfund and hazardous waste sites including stigma damages.  He has also testified to the use of statistical methods, sampling and economic analysis in developing damage claims and in identifying markets.  His experience also includes analyses in securities pricing, bankruptcy, business interruption, dealer termination, and valuation of minority holdings.

Dr. Goedde has served as an arbitrator for the American Arbitration Association.

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 2000–present | Freeman & Mills Incorporated |
| 1994–2000 | Putnam, Hayes & Bartlett (Freeman & Mills was acquired in 1994 and spun off in 2000) |
| 1990–1994 | Freeman & Mills Incorporated |
| 1988–1990 | Manager, Coopers & Lybrand |
| 1987–1988 | President, Mentor International Group |
| 1986–1987 | Director of Strategic Planning, The NutraSweet Co. |
| 1984–1986 | Vice President, First National Bank of Chicago |
| 1981–1984 | Manager, Arthur Andersen & Co. |
| 1979–1981 | Financial Economist, U.S. Export-Import Bank |
| 1976–1979 | Industry Economist, U.S. Treasury Department |
| 1970–1971 | Patent Examiner, U.S. Patent Office |

**ALAN G. GOEDDE**

**PROFESSIONAL AFFILIATIONS AND MEMBERSHIPS**

- American Bar Association
- Los Angeles County Bar Association
- Los Angeles Intellectual Property Law Association
- American Society of Appraisers
- National Association of Business Economists
- Who's Who in Finance and Industry
- Board of Directors, Associated Foundations, Inc.

Dr. Goedde holds a B.S. in engineering  and an M.A. and Ph.D. in economics from Duke University.

**PUBLICATIONS AND PRESENTATIONS**

Goedde, Alan G. and Freeman, Neill W.  Article reviews.  In *Manual on the Economics of Antitrust Law*, Ninth and Eleventh Supplements, edited by Robert H. Lande.  Chicago: American Bar Association, 1991, 1993.

Roach, George P. and Goedde, Alan G., "CEO Compensation in the Pharmaceutical Industry: Market Value, the Number of Employees and Total Return Underpin CEO Pay at Pharmaceutical Companies", *Compensation and Benefits Review*,  Vol. 35, No. 5, 66-81, 2003.

American Institute of Certified Public Accountants, Conferences on Fraud and Litigation, "Regression Analysis in Litigation", 2004.

Los Angeles County Bar Association, "Recovering Damages in Credit Deprivation Cases", 1996.

Los Angeles Intellectual Property Law Association, "Economic Damages in Copyright, Trademark and Trade Secret Litigation", 1994.

**CONTACT:**

(213) 576-1815
agoedde@freemanmills.com

**ALAN G. GOEDDE**

## RULE 26(A)(2)(B) DISCLOSURE OF
## DEPOSITION/TRIAL TESTIMONY

| DATE | CASE | COURT | D/T |
|---|---|---|---|
| 1/90 | Chicago Specialty v. Dortmunder (DAB) | Cir. Ct., Cook Cty., IL | T |
| 1/90 | Game & Playtime v. Gametime | USDC N IL | D |
| 5/90 | Nedlog, Inc. v. ARA Services, Inc. | USDC N IL | D |
| 9/90 | Cella v. United States | USDC N IN | T |
| 12/90 | Edgerly v. State Farm Insurance | OCSC | D |
| 4/91 | Euroconcepts v. Aderans | LASC | D |
| 5/91 | Benjamin v. Levenfeld | LASC | D |
| 6/91 | Benjamin v. Levenfeld | LASC | T |
| 9/91 | Cummins-Allison, Inc. v. Brandt, Inc. | USDC N IL | T |
| 11/91 | PIC v. Kodak | USDC C Ca | T |
| 6/92 | Cummins-Allison, Inc. v. Brandt, Inc. | USDC N IL | T |
| 3/93 | Intersection Dev. Corp. v. McCain Traffic Supply | USDC C Ca | D |
| 6/93 | Bell v. G.T.E. | Ventura SC | D |
| 9/93 | Yes Clothing v. Cigna | Arbitration | T |
| 3/94 | Glamour Boutique v. Arbonne, Inc. | OCSC | D |
| 4/94 | Acton, et al. v. Merle Norman Cosmetics | USDC C Ca | D |
| 9/94 | Acton, et al. v. Merle Norman Cosmetics | USDC C Ca | D |
| 10/94 | Catalina Marketing Co. v. APT | USDC C Ca | D |
| 1/95 | Micro Pen v. Sunmex | USDC C Ca | D |
| 2/95 | California Sports, Inc. v. Transamerica, et al. | LASC | D |
| 2/95 | Guitars & Concepts v. Gibson Guitar Corp. | USDC C Ca | D |
| 4/95 | R. Murdock v. Murdock, Inc. | LASC | T |
| 6/95 | Fournier, et al. v. Lockheed | Arbitration | T |
| 10/95 | Tomen America v. Chauvin International | USDC C Ca | D |
| 1/96 | Vitablend v. Boost Products, et al. | LASC | T |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 5/96 | MCI Telecomm. Corp. v. Liberty Digital Network | Arbitration | T |
| 6/96 | Taylor Tire Co., et al. v. Goodyear Tire Co. | USDC S Ca | D |
| 6/96 | Dive N' Surf, Inc. v. Heatmax, Inc. | USDC C Ca | D |
| 6/96 | GAB Business Services, Inc. v. Lindsey-Newsom | OCSC | D |
| 8/96 | Polaris Pool Systems, Inc. v. Letro Products, Inc. | USDC C Ca | D |
| 9/96 | Swift & Associates v. M/A-COM, et al. | LASC | D |
| 10/96 | Polaris Pool Systems, Inc. v. Letro Products, Inc. | USDC C Ca | T |
| 10/96 | GAB Business Services, Inc. v. Lindsey-Newsom | OCSC | D |
| 11/96 | GAB Business Services, Inc. v. Lindsey-Newsom | OCSC | T |
| 1/97 | Swift & Associates v. M/A-COM, et al. | LASC | D |
| 5/97 | Allergan, Inc. v. Pharmacia & Upjohn Company | USDC S Ca | D |
| 9/97 | Reebok International v. TRISTAR | USDC C Ca | D |
| 4/98 | American Telecom v. RSL Communications | Arbitration | D |
| 5/98 | Microtek Lab, Inc. v. JK Technology, Inc. | LASC | D |
| 9/98 | Amylin Pharmaceuticals v. Regents of the University of Minnesota | USDC S Ca | D |
| 10/98 | Cacique, Inc. v. Stella Foods, Inc. | LASC | D |
| 1/99 | Skechers, Inc. v. Candies, Inc. | USDC C Ca | D |
| 5/99 | In Re: The Ant Farm | Arbitration | T |
| 8/99 | Cacique, Inc. v. Stella Foods, Inc. | LASC | T |
| 12/99 | Porter, et al. v. City of Los Angeles | LASC | D |
| 4/00 | Iron Grip Barbell Co. v. Ivanko Barbell Company | USDC C Ca | D |
| 7/00 | Cellular 101, Inc. v. Santa Barbara Cellular Systems Ltd. et al. | USDC C Ca | D |
| 9/00 | Pharmavite Corp. v. Omega Nutrition et al. | USDC C Ca | D |
| 9/00 | Crystal Jukebox, et al. v. Anheuser Busch | USDC C Ca | D |
| 10/00 | Sea Star Clock International v. Direct Marketing Enterprises, Ltd. | USDC C Ca | D |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 3/01 | Wechsler v. Macke International Trade, Inc. et al. | USDC C Ca | D |
| 4/01 | Frazier v. Roessel Cine Photo Tech, Inc. et al. | USDC C Ca | D |
| 7/01 | Clayton Industries, Inc. v. SPX Corporation | Arbitration | D/T |
| 7/01 | RSKCo Claims Service, Inc. v. Miller et al. | LASC | D |
| 10/01 | Amazon.com v. Amazon Cosmetics and Tan Products | USDC C Ca | D |
| 11/01 | Customedia Technologies, LLC  v. Hughes et al. | USDC        Harris County, TX | D |
| 6/02 | NPI Medical Group v. State Compensation Insurance Fund et al. | LASC | D |
| 9/02 | Trustee of Bank Of New England Corp. v. Ernst & Young et al. | USDC Massachusetts | D |
| 9/02 | Manning Riddell Insurance et al. v. Coastal Interactive, LLC. | LASC | D |
| 12/02 | Mitsubishi Caterpillar Forklift America v. Power Lift Corporation et al. | USDC C Ca | D |
| 12/02 | ECC Systems, Inc. v. Mallinckrodt, Inc, et al. | US Bankruptcy Court Central District LA | D |
| 1/03 | Tel-Rom, Inc. v. Pacific Bell Telephone Company | LASC | D |
| 2/03 | Customedia Technologies, LLC v. Hughes et al. | USDC Harris County, TX | D |
| 3/03 | Unitherm Food Systems, Inc. v. Conagra Foods, Inc. | USDC Western District, OK | T |
| 4/03 | Martin Manufacturing, Inc. v. Currie Technologies, Inc. et al. | USDC C Ca | D |
| 4/03 | NPI Medical Group, et al. v. State Compensation Insurance Fund, et al. | LASC | D |
| 4/03 | B. Braun Medical, Inc. v. Rozi Medical Devices Limited, et al. | USDC S Ca | D |
| 5/03 | Tel-Rom, Inc. v. Pacific Bell Company | LASC | T |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 6/03 | B. Braun Medical, Inc. v. Rozi Medical Devices Limited, et al. | USDC S Ca | T |
| 7/03 | Scott O'Grady v. Twentieth Century Fox Film Corporation, and Discovery Communications, Inc. | USDC Eastern District, TX | D |
| 10/03 | Perfect 10, Inc. v. Net Management Services, Inc., et al. | USDC C Ca | D |
| 10/03 | NPI Medical Group, et al. v. State Compensation Insurance Fund, et al. | LASC | D |
| 10/03 | Nitro Leisure Products, LLC, et al. v. Acushnet Company | USDC Southern District, FL | D |
| 6/04 | Bruselas, Ltd., v. Harriscope of Los Angeles, Media Resources, International, et al. | USDC C Ca | D |
| 7/04 | Wechsler v. Macke International Trade, Inc. et al. | USDC C Ca | D |
| 10/04 | Wechsler v. Macke International Trade, Inc. et al. | USDC C Ca | T |
| 4/05 | Ventana Medical Systems, Inc. v. BioGenex Laboratories, Inc. | USDC, Az | D |
| 8/05 | Ride & Show Engineering, Inc. v. Universal City Development Partners, Ltd. et al. | USDC C Ca | D |
| 9/05 | JAMDAT Mobile, Inc. v. Jamster International, et al. | USDC C Ca | D |
| 10/05 | LML Patent Corp. v. Nova Information Systems, Inc., Telecheck Services, et al. | USDC Delaware | D |
| 10/05 | The Home Depot, USA, Inc. v. The United States | U.S. Court of International Trade | T |
| 11/05 | Sharper Image Corporation v. Ionic Pro, LLC et al. | USDC N Ca | D |
| 11/05 | Katzkin Leather, Inc. v. Nissan North America, Inc. | USDC C Ca | D |
| 5/06 | M. Richman, Twin Cities Cardiothoracic Surgery v. Rideout Memorial Hospital, et al. | Superior Court of California, County of Yuba | T |
| 5/06 | H. Khalil, M.D. v. A. Kaul, M.D. | AAA, Los Angeles | D |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 8/06 | Core Wealth Management, LLC v. Heller et al. | Superior Court of California, County of Santa Barbara | D |
| 9/06 | Gray et al. v. Ford Motor Company | Superior Court of California, County of Sacramento | D |
| 9/06 | Sputtered Films, Inc. v. Advanced Modular Sputtering, Inc., Agilent Technologies, Inc., Avago Technologies U.S., Inc. | Superior Court of California, County of Santa Barbara | D |
| 11/06 | Core Wealth Management, LLC v. Heller et al. | Superior Court of California, County of Santa Barbara | T |
| 5/07 | D. Hannah et al. v. Classified Cosmetics, LLC et al. | JAMS | T |
| 8/07 | Gray et al. v. Ford Motor Company | Superior Court of California, County of Sacramento | T |
| 8/07 | In re: Oracle Corporation Securities Litigation | USDC N Ca San Francisco Division | D |
| 2/08 | Elijah Asset Management  v. RS Investment Trust et al. | Superior Court of California, County of San Francisco | D |
| 3/08 | Great American Marketing, Inc.  v.  American HealthCare Products, Inc. | USDC  C Ca | D |
| 6/08 | Contessa Premium Foods, Inc.  v.  Thai  Union International, Chicken of the Sea Frozen Foods, Bryan Rosenberg, et al. | LASC | D |
| 8/08 | Net2EZ Managed Data Centers v. Vendare Media Corp | LASC | D |
| 9/08 | Contessa Premium Foods, Inc.  v.  Thai  Union International, Chicken of the Sea Frozen Foods, Bryan Rosenberg, et al. | LASC | T |
| 9/08 | Roger Plumley v. Doug Mockett & Company, Inc. et al. | USDC  C Ca | D |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 11/08 | First Capitol Consulting, Inc. v. <u>LVX, Inc</u>. et al. | LASC | D |
| 12/08 | <u>Accuride International Inc.</u> v. Matco Tools Corporation | USDC C Ca | D |
| 9/09 | <u>Star Telecom</u> v. Telephone Electronics Corp. et al. | USDC Northern District of Texas, Dallas Division | T |
| 1/10 | <u>PDM Steel Service Centers, Inc</u>. v. St Paul Travelers, Inc. et al. | Superior Court of California, County of Fresno | D |
| 2/10 | The Acting Corps et al. v. <u>Talent Ventures of California, Inc.</u> | LASC, Central District | D/T |
| 3/10 | <u>Weiner et al.</u> v. Snapple Beverage Corporation | USDC Southern District of New York | D |
| 4/10 | <u>Grand General Accessories Mfg.</u> v. United Pacific Industries, and Lucidity Enterprise Co. | USDC C Ca (Western Division) | D |
| 6/10 | <u>Dykstra</u> v. JPMorgan Chase | U.S. Bankruptcy Court Central District of California, San Fernando Valley Division | T |
| 11/10 | Eon Corp. IP Holdings, LLC v. <u>Skyguard LLC</u> | U.S. Bankruptcy Court Central District of California, San Fernando Valley Division | T |
| 12/10 | In re: McConnell (value of a patent) | Superior Court of California, County of Orange | T |
| 1/11 | Carlyle/Galaxy Wilshire L.P. v. <u>Galaxy Southbrook Holdings, LLC</u> | LASC, Central District | D |
| 1/11 | Petroplast Petrofisa Plasticos, S.A. Petrofisa do Brasil, Ltda. v. <u>Ameron International Corporation</u> | Court of the Chancery of the State of Delaware | D |
| 2/11 | Skycam, Inc. v. <u>Actioncam, LLC et al.</u> | USDC Northern District OK | D |

9

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 3/11 | Cooner Sales Company, LLC v. <u>New England Wire Corporation</u> | American Arbitration Association, Los Angeles | D |
| 6/11 | <u>Chang</u> v. County of Los Angeles et al. | LASC, Central District | D |
| 7/11 | <u>Chang</u> v. County of Los Angeles et al. | LASC, Central District | T |
| 8/11 | <u>FAJATE-Virtual Sensuality</u> v. Bautista et al. | USDC C Ca (Western Division) | D |
| 8/11 | Global Truss America LLC v. <u>GLP German Light Products, Inc.</u> | USDC C Ca (Western Division) | D |
| 8/11 | Skycam, Inc. v. <u>Actioncam, LLC et al.</u> | USDC Northern District OK | T |
| 9/11 | Syntellect, Inc. v. <u>Southern California Gas Company</u> | USDC S Ca | D |
| 9/11 | Global Truss America LLC v. <u>GLP German Light Products, Inc.</u> | USDC C Ca (Western Division) | D |
| 11/11 | Petroplast Petrofisa Plasticos, S.A. Petrofisa do Brasil, Ltda. v. <u>Ameron International Corporation</u> | Court of the Chancery of the State of Delaware | T |
| 1/12 | <u>Spin Master, Ltd. et al.</u> v. Zobmondo Entertainment, LLC et al. | USDC C Ca | D |
| 1/12 | <u>FAJATE-Virtual Sensuality</u> v. Bautista et al | USDC C Ca (Western Division) | T |
| 3/12 | Cooner Sales Company, LLC v. <u>New England Wire Corporation</u> | American Arbitration Association, Los Angeles | T |
| 4/12 | Gucci America, Inc. v. <u>Guess?, Inc. et al.</u> | USDC NY Southern District | T |
| 5/12 | Eslinger, et al. v. <u>United Studios of Self Defense, LLC</u> | Superior Court, County of Orange, Central Justice Center | D |
| 6/12 | <u>LMA North America, Inc.</u> v. National Union Fire Ins. Company of Pittsburgh, PA. | USDC Southern District of California | D |

10

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 6 /12 | Out of the Box Enterprises LLC v. El Paseo Jewelry Exchange, Inc. et al. | USDC C Ca | D |
| 7/12 | Out of the Box Enterprises LLC v. El Paseo Jewelry Exchange, Inc. et al. | USDC C Ca | T |
| 10/12 | Spin Master, Ltd. et al. v. Zobmondo Entertainment, LLC et al. | USDC C Ca | T |
| 1/13 | Kayne et al. v. Cottonsmith, LLC et al. | LASC Central District | D |
| 2/13 | Leigh Robinson et al. v. U-Haul Co. of California, et al. | Superior Court of California, County of Solano | D |
| 5/13 | L.M. Scofield Company v. Windes McClaughry Accountancy Group | LASC Central District | D |
| 6/13 | Kayne et al. v. Cottonsmith, LLC et al. | LASC Central District | T |
| 8/13 | Leigh Robinson et al. v. U-Haul Co. of California, et al | Superior Court of California, County of Solano | T |
| 8/13 | Orange County Water District v. Soco West, Brenntag North America, et al. | Superior Court of California, County of Orange | D |
| 9/13 | Barton et al. v. RCI, LLC | US DC New Jersey | D |
| 11/13 | LMA North America, Inc. v. National Union Fire Insurance Co. | US DC Southern District of California | T |
| 2/14 | Virco Mfg. Corporation v. Hertz Furniture Systems, LLC et al. | US DC Central District of California, Western Division | D |
| 3/14 | SA Recycling, LLC v. Kramar's Iron & Metal, Inc. | US DC Central District of California, Southern Division | D |
| 4/14 | Weinsaft, et al. v. Arise, LLC | AAA Arbitration Los Angeles, CA | T |

**ALAN G. GOEDDE**

| | | | |
|---|---|---|---|
| 5/14 | Reeves, et al. v. <u>Finton Construction, Inc.</u> | Superior Court of California, County of Orange | D |
| 8/14 | <u>Barton et al.</u> v. RCI, LLC | US DC New Jersey | D |
| 12/14 | <u>LegalZoom.com</u> v. Rocket Lawyer, Inc. | US DC Central District of California, Western Division | D |
| 8/14 | <u>Barton et al.</u> v. RCI, LLC | US DC New Jersey | D |
| 12/14 | <u>LegalZoom.com</u> v. Rocket Lawyer, Inc. | US DC Central District of California, Western Division | D |
| 10/15 | <u>BBC, DWTS Productions</u> v. Stander & Assoc. | US DC Central District of California, Western Division | D |
| 12/15 | DTS, Inc. et al. v. <u>Nero AG and Nero, Inc.</u> | US DC Central District of California Western Division | D |
| 3/16 | <u>Advanced Marketing Systems, LLC</u> v. HyVee, Inc. | US DC Western District of Wisconsin | D |
| 12/17 | MAP Company v. <u>Lebanese Arak Corporation</u> | US DC Central District of California | D |
| 12/17 | <u>Robert E. Romeo</u> v. Academy of Country Music | JAMS Arbitration | D |
| 3/18 | Brooks Automation, Inc. v. <u>PTB Sales, Inc.</u> | US DC Central District of California | D |

2

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**      Schedule 1
**Comparison of Artificially Flavored and Natural Juice Products**

| Line | Brand | Size | Price | Price per Fl oz | Flavor | Artificial | Natural | Website |
|---|---|---|---|---|---|---|---|---|
| 1 | Dole | 59 fl oz | $2.99 | $0.05 | Pineapple Orange Banana | | x | Vons |
| 2 | Dole | 59 fl oz | $2.99 | $0.05 | Pineapple | | x | Vons |
| 3 | Florida's Natural | 59 fl oz | $3.99 | $0.07 | Orange | | x | Vons |
| 4 | Minute Maid | 59 fl oz | $3.49 | $0.06 | Orange | | x | Vons |
| 5 | Minute Maid | 59 fl oz | $1.50 | $0.03 | Grape | | x | Walmart |
| 6 | Minute Maid | 59 fl oz | $2.49 | $0.04 | Tropical Punch | | x | Vons |
| 7 | Minute Maid | 59 fl oz | $2.49 | $0.04 | Peach | | x | Vons |
| 8 | Minute Maid | 59 fl oz | $2.49 | $0.04 | Watermelon | | x | Vons |
| 9 | Minute Maid | 59 fl oz | $2.49 | $0.04 | Fruit Punch | | x | Vons |
| 10 | Simply | 59 fl oz | $3.99 | $0.07 | Grapefruit | | x | Ralphs |
| 11 | Simply | 59 fl oz | $3.99 | $0.07 | Cranberry | | x | Ralphs |
| 12 | Tropicana | 59 fl oz | $3.69 | $0.06 | Orange | | x | Vons |
| 13 | Tropicana | 59 fl oz | $2.00 | $0.03 | Watermelon | | x | Ralphs |
| 14 | Welchs | 59 fl oz | $2.99 | $0.05 | Orange Pineapple Apple | | x | Ralphs |
| 15 | Capri Sun | 60 fl oz | $2.38 | $0.04 | Strawberry | | x | Walmart |
| 16 | Capri Sun | 60 fl oz | $2.38 | $0.04 | Grape | | x | Walmart |
| 17 | Capri Sun | 60 fl oz | $2.29 | $0.04 | Fruit Punch | | x | Ralphs |
| 18 | Capri Sun | 60 fl oz | $2.29 | $0.04 | Strawberry Kiwi | | x | Ralphs |
| 19 | Capri Sun | 60 fl oz | $3.99 | $0.07 | Apple Organic | | x | Vons |
| 20 | Capri Sun | 60 fl oz | $2.00 | $0.03 | Tropical Fruit | | x | Vons |
| 21 | Capri Sun | 60 fl oz | $2.29 | $0.04 | Cherry | | x | Ralphs |
| 22 | Capri Sun | 60 fl oz | $2.29 | $0.04 | Berry | | x | Ralphs |
| 23 | Hawaiian Punch | 60 fl oz | $2.73 | $0.05 | Green Berry | x | | Walmart |
| 24 | Hawaiian Punch | 60 fl oz | $1.98 | $0.03 | Lemon Berry | x | | Walmart |
| 25 | Hawaiian Punch | 60 fl oz | $2.73 | $0.05 | Polar Blast (Blue) | x | | Walmart |
| 26 | Hi-C | 60 fl oz | $1.99 | $0.03 | Fruit Punch | x | | Ralphs |
| 27 | Hi-C | 60 fl oz | $1.99 | $0.03 | Tropical Punch | x | | Ralphs |
| 28 | Kool-Aid Jammers [1] | 60 fl oz | $1.88 | $0.03 | Strawberry Orange | x | | Walmart |
| 29 | Kool-Aid Jammers [1] | 60 fl oz | $1.99 | $0.03 | Cherry | x | | Ralphs |
| 30 | Kool-Aid Jammers [1] | 60 fl oz | $1.88 | $0.03 | Orange | x | | Walmart |
| 31 | Kool-Aid Jammers [1] | 60 fl oz | $1.99 | $0.03 | Grape | x | | Ralphs |
| 32 | Kool-Aid Jammers [1] | 60 fl oz | $1.99 | $0.03 | Tropical Punch | x | | Ralphs |
| 33 | Kool-Aid Jammers [1] | 60 fl oz | $1.99 | $0.03 | Strawberry Kiwi | x | | Ralphs |
| 34 | Kool-Aid Jammers [1] | 60 fl oz | $2.19 | $0.04 | Watermelon | x | | Vons |
| 35 | Kool-Aid Jammers [1] | 60 fl oz | $2.19 | $0.04 | Peach Mango | x | | Vons |
| 36 | Kool-Aid Jammers [1] | 60 fl oz | $1.99 | $0.03 | Blue Raspberry | x | | Ralphs |
| 37 | Minute Maid | 60 fl oz | $3.49 | $0.06 | Apple | | x | Vons |
| 38 | Welchs | 60 fl oz | $2.98 | $0.05 | Passion Fruit | x | | Walmart |
| 39 | Welchs | 60 fl oz | $2.98 | $0.05 | White Peach | x | | Walmart |
| 40 | Welchs | 60 fl oz | $2.98 | $0.05 | Fruit Punch | x | | Walmart |
| 41 | Welchs | 60 fl oz | $2.98 | $0.05 | Strawberry Kiwi | x | | Walmart |
| 42 | Juicy Juice | 64 fl oz | $2.68 | $0.04 | Mango | | x | Walmart |
| 43 | Juicy Juice | 64 fl oz | $2.68 | $0.04 | Strawberry Banana | | x | Walmart |
| 44 | Juicy Juice | 64 fl oz | $2.68 | $0.04 | Apple | | x | Walmart |
| 45 | Juicy Juice | 64 fl oz | $2.68 | $0.04 | Cherry | | x | Walmart |

Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.                          Schedule 1
Comparison of Artificially Flavored and Natural Juice Products

| Line | Brand | Size | Price | Price per Fl oz | Flavor | Artificial | Natural | Website |
|---|---|---|---|---|---|---|---|---|
| 46 | Juicy Juice | 64 fl oz | $2.68 | $0.04 | Orange Tangerine | | x | Walmart |
| 47 | Langers | 64 fl oz | $2.50 | $0.04 | Apple | | x | Ralphs |
| 48 | Langers | 64 fl oz | $4.99 | $0.08 | Pineapple | | x | Ralphs |
| 49 | Langers | 64 fl oz | $2.99 | $0.05 | Apple Orange Pineapple | | x | Vons |
| 50 | Langers | 64 fl oz | $2.99 | $0.05 | Apple Peach Mango | | x | Vons |
| 51 | Langers | 64 fl oz | $2.99 | $0.05 | Apple Cranberry | | x | Vons |
| 52 | Langers | 64 fl oz | $2.50 | $0.04 | Cucumber Lime | | x | Vons |
| 53 | Langers | 64 fl oz | $2.98 | $0.05 | Orange | | x | Walmart |
| 54 | Langers | 64 fl oz | $2.50 | $0.04 | Mango Coconut | | x | Vons |
| 55 | Langers | 64 fl oz | $2.50 | $0.04 | Mango Banana | | x | Vons |
| 56 | Langers | 64 fl oz | $3.49 | $0.05 | Cranberry Grape | | x | Vons |
| 57 | Langers | 64 fl oz | $3.49 | $0.05 | Cranberry Raspberry | | x | Vons |
| 58 | Langers | 64 fl oz | $3.49 | $0.05 | Cranberry | | x | Vons |
| 59 | Langers | 64 fl oz | $2.50 | $0.04 | Mango | | x | Vons |
| 60 | Motts | 64 fl oz | $2.79 | $0.04 | Apple | | x | Ralphs |
| 61 | Motts | 64 fl oz | $4.19 | $0.07 | Apple Pineapple | | x | Vons |
| 62 | Old Orchard | 64 fl oz | $2.08 | $0.03 | Apple | | x | Walmart |
| 63 | Tree Top | 64 fl oz | $2.99 | $0.05 | Pineapple Orange | | x | Vons |
| 64 | Tree Top | 64 fl oz | $2.99 | $0.05 | Apple | | x | Ralphs |
| 65 | Welchs | 64 fl oz | $4.49 | $0.07 | Grape | | x | Ralphs |
| 66 | Welchs | 64 fl oz | $4.49 | $0.07 | White Grape | | x | Ralphs |

**Count**
Artificial:                18
Natural:                   48

**Total Average Price**
Artificial:                $2.30
Natural:                   $2.96

**Total Average Price per fl oz**
Artificial:                $0.04
Natural:                   $0.05

[1] Advertised as a juice beverage.

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**                 **Schedule 2**
**Significance Test**

| Package Price | | Price per fl oz | |
|---|---|---|---|
| Difference | 0.66 | Difference | 0.01 |
| Artificial Flavor Standard Deviation | 0.445 | Artificial Flavor Standard Deviation | 0.007 |
| Natural Flavor Standard Deviation | 0.745 | Natural Flavor Standard Deviation | 0.012 |
| Standard error | 0.187 | Standard error | 0.003 |
| 95% CI | 0.2854 to 1.0346 | 95% CI | 0.0040 to 0.0160 |
| t-statistic | 3.52 | t-statistic | 3.32 |
| DF | 64 | DF | 64 |
| Significance level | P = 0.0008 | Significance level | P = 0.0015 |

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**   **Schedule 3**
**Calculation of Damages**

$$\left(\frac{Artificial\ Product\ Average\ price\ per\ oz}{Natural\ Product\ Average\ price\ per\ oz}\right) - 1 = \left|\frac{.04}{.05} - 1\right| = 20\%\ of\ price\ paid\ to\ be\ returned\ to\ class\ members$$

Class Member Damages = (Total Amount Paid by Class Members) x 20%

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**
**Calculation of Restitution Damages for the Proposed Class**                                             Schedule 4

|                                     | Per Belch Consumer Survey | Per Goedde Retail Price Analysis |          |
| ----------------------------------- | ------------------------- | -------------------------------- | -------- |
| **Retail Sales of Accused Products**| $                         | $                                | [a]      |
| **% Amount Less Willing to Pay**    | 19%                       | 20%                              | [b]      |
| **Damages of the Proposed Class**   | $                         | $                                | [c] = [a] * [b] |

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**
**Estimation of Retail Sales of Accused Products Based on a Standard Price**                                          **Schedule 5**

| | | | |
|---|---|---|---|
| 64 oz Standard Retail Price | $ | 3.25 | [a] |
| 60 oz Standard Retail Price | $ | 3.05 | [b] = [a] * (60 / 64) |

| | | |
|---|---|---|
| [1] Total Unit Sales of 64 oz Accused Products |  | |
| [1] Total Unit Sales of 60 oz Accused Products | | |

| | | | |
|---|---|---|---|
| Total Estimated Retail Sales of 64 oz Accused Products | $ |  | [e] = [a] * [c] |
| Total Estimated Retail Sales of 60 oz Accused Products | | | [f] = [b] * [d] |

---

[1] Ocean Spray's Supp. Responses to Interrogatories 3 and 4 appear to record sales of 8-pack cases of accused products.

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**
**Summary of Wholesale Revenue per Ocean Spray's Supp. Responses to Interrogatories 3 and 4**                                                 Schedule 6

**Wholesale $ Sales:**

| | Material Number | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2011-2017 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/60z 100% Apple Juice (32797) | | | | | | | | |
| 2 | 8/60z 100% Cranberry Cherry (20053) | | | | | | | | |
| 3 | 8/64 oz CRN Cherry (33027) | | | | | | | | |
| 4 | 8/64 oz Plastic Cranberry Apple (21027) | | | | | | | | |
| 5 | 8/64 oz Plastic Cran-Grape (22027) | | | | | | | | |
| 6 | 8/64z Cranberry Pineapple (22821) | | | | | | | | |
| 7 | 8/64z Cranberry Pomegranite (27015) | | | | | | | | |
| 8 | 8/64z Diet Cranberry Cherry (20056) | | | | | | | | |
| 9 | 8/64z Diet Cranberry Pineapple (22822) | | | | | | | | |
| 10 | 8/64z Diet Cranberry Pomegranite (27016) | | | | | | | | |
| 11 | 8/64z Wave™ Apple (23942) | | | | | | | | |
| 12 | 8/64z Wave™ Berry Medley (23940) | | | | | | | | |

**Wholesale Unit Sales:**

| | Material Number | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2011-2017 |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/60z 100% Apple Juice (32797) | | | | | | | | |
| 2 | 8/60z 100% Cranberry Cherry (20053) | | | | | | | | |
| 3 | 8/64 oz CRN Cherry (33027) | | | | | | | | |
| 4 | 8/64 oz Plastic Cranberry Apple (21027) | | | | | | | | |
| 5 | 8/64 oz Plastic Cran-Grape (22027) | | | | | | | | |
| 6 | 8/64z Cranberry Pineapple (22821) | | | | | | | | |
| 7 | 8/64z Cranberry Pomegranite (27015) | | | | | | | | |
| 8 | 8/64z Diet Cranberry Cherry (20056) | | | | | | | | |
| 9 | 8/64z Diet Cranberry Pineapple (22822) | | | | | | | | |
| 10 | 8/64z Diet Cranberry Pomegranite (27016) | | | | | | | | |
| 11 | 8/64z Wave™ Apple (23942) | | | | | | | | |
| 12 | 8/64z Wave™ Berry Medley (23940) | | | | | | | | |

3

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**
**Documents Considered**

**Pleadings**
1. Class Action Complaint October 17, 2017
2. Defendants' Supplemental Responses to Interrogatories 3 and 4, October 2, 2018

**Reports**
1. Expert Report of Dr. George Belch, August 16, 2018

**Research**
1. https://shop.vons.com/product-details.960275569.html
2. https://shop.vons.com/product-details.960275639.html
3. https://shop.vons.com/product-details.960045020.html
4. https://shop.vons.com/product-details.960063677.html
5. https://www.walmart.com/ip/Minute-Maid-Premium-Grape-Punch-59-fl-oz-Carton/22176376
6. https://shop.vons.com/product-details.960063852.html
7. https://shop.vons.com/product-details.960084297.html
8. https://shop.vons.com/product-details.960064558.html
9. https://shop.vons.com/product-details.960063768.html
10. https://www.ralphs.com/p/simply-grapefruit-juice/0002500005450
11. https://www.ralphs.com/p/simply-cranberry-cocktail-juice/0002500004628
12. https://shop.vons.com/product-details.960041485.html
13. https://www.ralphs.com/p/tropicana-watermelon-juice-drink/0004850020135
14. https://www.ralphs.com/p/welch-s-refreshingly-simple-orange-pineapple-apple-juice/0004180020229
15. https://www.walmart.com/ip/Capri-Sun-Strawberry-Juice-Drink-10-6-fl-oz-Pouches/13908704?athcpid=13908704&athpgid=athenaItemPage&athcgid=null&athznid=collection&athieid=v0&athstid=CS020&athguid=466001f5-22e297a5-8c7cf9e2addb8eac&athena=true
16. https://www.walmart.com/ip/Capri-Sun-Grape-Juice-Drink-Blend-10-6-fl-oz-Pouches/13908706
17. https://www.ralphs.com/p/capri-sun-fruit-punch/0008768400107
18. https://www.ralphs.com/p/capri-sun-strawberry-kiwi/0008768400099
19. https://shop.vons.com/product-details.960158676.html
20. https://shop.vons.com/product-details.960027054.html
21. https://www.ralphs.com/p/capri-sun-wild-cherry/0008768400100
22. https://www.ralphs.com/p/capri-sun-roarin-waters-berry/0008768400116
23. https://www.walmart.com/ip/Hawaiian-Punch-Juice-Green-Berry-Rush-10-Fl-Oz-6-Count/38124886

Page 1

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**
**Documents Considered**

24. https://www.walmart.com/ip/Hawaiian-Punch-Juice-Lemon-Berry-Squeeze-10-Fl-Oz-6-Count/26853238
25. https://www.walmart.com/ip/Hawaiian-Punch-Juice-Polar-Blast-10-Fl-Oz-6-Count/26853239
26. https://www.ralphs.com/p/hi-c-flashin-fruit-punch/0002500001080
27. https://www.ralphs.com/p/hi-c-torrential-tropical-punch-boxes/0002500001304
28. https://www.walmart.com/ip/Kool-Aid-Jammers-Sharkleberry-Fin-Strawberry-Orange-Punch-Flavored-Drink-10-6-fl-oz-Pouches/44024104
29. https://www.ralphs.com/p/kool-aid-jammers-cherry/0004300002826
30. https://www.walmart.com/ip/Kool-Aid-Jammers-Orange-Flavored-Drink-10-6-fl-oz-Pouches/21942590
31. https://www.ralphs.com/p/kool-aid-jammers-grape-drink/0004300002828
32. https://www.ralphs.com/p/kool-aid-jammers-tropical-punch/0004300002825
33. https://www.ralphs.com/p/kool-aid-jammers-strawberry-kiwi-drink/0004300002827
34. https://shop.vons.com/product-details.960178645.html
35. https://shop.vons.com/product-details.960081418.html
36. https://www.ralphs.com/p/kool-aid-blue-raspberry-jammers/0004300002822
37. https://shop.vons.com/product-details.960105390.html
38. https://www.walmart.com/ip/Welch-s-Juice-Passion-Fruit-10-Fl-Oz-6-Count/46861790?athcpid=46861790&athpgid=athenaItemPage&athcgid=null&athznid=PWVUB&athieid=v0&athstid=CS020&athguid=466001f5-4ffaed50-113169d3b2cc1792&athena=true
39. https://www.walmart.com/ip/Welch-s-Juice-White-Peach-10-Fl-Oz-6-Count/47375873?athcpid=47375873&athpgid=athenaItemPage&athcgid=null&athznid=PWVUB&athieid=v0&athstid=CS020&athguid=466001f5-4ffaed50-113169d3b2cc1792&athena=true
40. https://www.walmart.com/ip/Welch-s-Juice-Fruit-Punch-10-Fl-Oz-6-Count/10452303?athcpid=10452303&athpgid=athenaItemPage&athcgid=null&athznid=PWVUB&athieid=v0&athstid=CS020&athguid=466001f5-fba653c4-c191e2dddad4216c&athena=true
41. https://www.walmart.com/ip/Welch-s-Juice-Strawberry-Kiwi-10-Fl-Oz-6-Count/10292401
42. https://www.walmart.com/ip/Juicy-Juice-100-Juice-Mango-64-Fl-Oz-1-Count/47133373
43. https://www.walmart.com/ip/Juicy-Juice-100-Juice-Strawberry-Banana-64-Fl-Oz-1-Count/47133379
44. https://www.walmart.com/ip/Juicy-Juice-100-Juice-Apple-64-Fl-Oz-1-Count/13908211
45. https://www.walmart.com/ip/Juicy-Juice-100-Juice-Cherry-64-Fl-Oz-1-Count/47133369

**Crystal Hilsley et al. v. Ocean Spray Cranberries, Inc. et al.**
**Documents Considered**

46. https://www.walmart.com/ip/Harvest-Hill-Beverage-Juicy-Juice-100-Juice-64-oz/46861788?athcpid=46861788&athpgid=athenaItemPage&athcgid=null&athznid=PWVUB&athieid=v0&athstid=CS020&athguid=466001f5-e03f7279-7370131812f0fdc&athena=true
47. https://www.ralphs.com/p/langers-100-apple-juice/0004175500106
48. https://www.ralphs.com/p/langers-100-pineapple-juice/0004175500806
49. https://shop.vons.com/product-details.960062621.html
50. https://shop.vons.com/product-details.960105732.html
51. https://shop.vons.com/product-details.960143371.html
52. https://shop.vons.com/product-details.960276560.html
53. https://www.walmart.com/ip/Langers-100-Juice-Orange-w-Vitamin-C-64-Fl-Oz-1-Count/19500169?athcpid=19500169&athpgid=athenaItemPage&athcgid=null&athznid=PWVAV&athieid=v0&athstid=CS020&athguid=466001f5-e02c4c55-ee6d163292e74789&athena=true
54. https://shop.vons.com/product-details.960205730.html
55. https://shop.vons.com/product-details.960277845.html
56. https://shop.vons.com/product-details.960143260.html
57. https://shop.vons.com/product-details.120020728.html
58. https://shop.vons.com/product-details.120010227.html
59. https://shop.vons.com/product-details.960143254.html
60. https://www.ralphs.com/p/mott-s-100-original-apple-juice/0001480000034
61. https://shop.vons.com/product-details.960326124.html
62. https://www.walmart.com/ip/Old-Orchard-100-Juice-Apple-64-Fl-Oz-1-Count/10309162
63. https://shop.vons.com/product-details.960130323.html
64. https://www.ralphs.com/p/tree-top-100-apple-juice/0002870010271
65. https://www.ralphs.com/p/welch-s-100-concord-grape-juice/0004180020750
66. https://www.ralphs.com/p/welch-s-100-white-grape-juice/0004180022700