## TABLE OF EXHIBITS

| EXHIBIT NUMBER | EXHIBIT DESCRIPTION | PAGE NUMBERS |
|---|---|---|
| **EXHIBIT 1** | Defendants' Initial Expert Disclosures dated December 10, 2018. | 1-6 |
| **EXHIBIT 2** | Defendants' Supplemental Expert Disclosures dated December 28, 2018. | 7-12 |
| **EXHIBIT 3** | Expert Report of Ocean Spray employee Paula Lent | 13-25 |
| **EXHIBIT 4** | Excerpts from the February 22, 2019 deposition transcript of Paula Lent pursuant to Fed. R. Civ. P. 30(b)(6) | 26-44 |
| **EXHIBIT 5** | April 3, 2019 email from Defendants' counsel to Plaintiff's counsel disclosing the Expert Rebuttal Reports of Sarah Butler, Nancy Higley, and Nicole Liska. | 45 |
| **EXHIBIT 6** | Proof of service of the Expert Rebuttal Reports of Sarah Butler, Nancy Higley, and Nicole Liska. | 46-48 |
| **EXHIBIT 7** | Expert Rebuttal Report of Defendants' expert Nancy Higley | 49-63 |
| **EXHIBIT 8** | Expert Rebuttal Report of Defendants' expert Nicole Liska | 64-81 |
| **EXHIBIT 9** | Expert Rebuttal Report of Defendants' expert Sarah Butler | 82-132 |