# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC.; ARNOLD WORLDWIDE LLC; and DOES defendants 1 through 5, inclusive,<br><br>Defendants. | Case No.: 17cv2335-GPC(MDD)<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

Because discovery relevant to Ocean Spray's motion to decertify was conducted after the motion was filed, the Court directs Plaintiff to file a sur-reply to respond to arguments in Defendant's reply on or before **July 2, 2019**. The hearing on Plaintiff's motion for partial summary judgment, (Dkt. No. 101), Defendants' motions for summary judgment, (Dkt. Nos. 108, 109), and Defendant's motion to decertify, (Dkt. No. 111), set on June 29, 2019 shall be rescheduled to **July 12, 2019 at 1:30 p.m.** in Courtroom 2D.

IT IS SO ORDERED.

Dated: June 25, 2019

Hon. Gonzalo P. Curiel
United States District Judge

1

17cv2335-GPC(MDD)