**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
***Attorneys for Plaintiff and the Class***

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC.; ARNOLD WORLDWIDE LLC, and Doe defendants 1 through 5, inclusive,<br><br>Defendants. | Case No. 3:17-CV-2335-GPC-MDD<br><br>**<u>CLASS ACTION</u>**<br><br>**PLAINTIFF’S RULE 26(a)(3) PRETRIAL DISCLOSURES**<br><br>Judge: Hon. Gonzalo P. Curiel |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff Crystal Hilsley ("Plaintiff"), by and through her undersigned counsel, hereby submits her Federal Rule of Civil Procedure 26(a)(3) pretrial disclosures as follows:

## I. WITNESSES[1]

Plaintiff anticipates calling the following witnesses at trial:

- Crystal Hilsley
- George Belch
- Laszlo Somogyi
- Henry Chin
- Alan Goedde

Plaintiff reserves the right to call the following witnesses at trial:

- Paula Lent
- Nancy Higley
- Nicole Liska
- Sarah Butler
- Erich Fritz
- Matthew Duane Below
- Any and all witnesses identified and/or called by Defendant
- Any custodian of records necessary to authenticate documents

## II. WITNESSES PRESENTED BY DEPOSITION TESTIMONY

At this time, Plaintiff does not intend to present any witness's testimony through the introduction of deposition transcripts. However, Plaintiff reserves the right to do so if any witness should fail to appear, and Plaintiff also reserves the right to introduce

---

[1] Because the addresses and telephone numbers of each of the witnesses identified below have been identified to the Parties through discovery, Plaintiff does not restate them here. *See* Fed. R. Civ. P. 26(a)(3)(A)(i). Plaintiff Hilsley and Plaintiff's expert witnesses may be contacted through Plaintiff's counsel of record.

deposition testimony for impeachment purposes. The following individuals have given deposition testimony in this case:

- Crystal Hilsley
- George Belch
- Laszlo Somogyi
- Henry Chin
- Alan Goedde
- Paula Lent
- Nancy Higley
- Nicole Liska
- Sarah Butler
- Erich Fritz
- Matthew Duane Below

## III. EXHIBITS

Plaintiff intends to introduce the following exhibits at trial:

1. Bottles of the following Ocean Spray products, as purchased at retail: Ocean Spray Cran Apple; Ocean Spray Cran Grape; Ocean Spray "100% Apple" Juice Drink; Ocean Spray Cran Raspberry; Ocean Spray Wave Apple with White Cranberries; Ocean Spray Wave Berry Medley; Ocean Spray Cran Cherry; Ocean Spray Cran Pineapple; Ocean Spray Cran Pomegranate; Ocean Spray Diet Cran Pomegranate; Ocean Spray Diet Cran Cherry; Ocean Spray Cranberry Cherry Flavor 100% Juice.

2. Ocean Spray Product Labels: Photographs showing the front, back, and side labels of bottles of the following Ocean Spray products, as purchased at retail: Ocean Spray Cran Apple; Ocean Spray Cran Grape; Ocean Spray "100% Apple" Juice Drink; Ocean Spray Cran Raspberry; Ocean Spray Wave Apple with White Cranberries; Ocean Spray Wave Berry Medley; Ocean Spray Cran Cherry; Ocean Spray Cran Pineapple; Ocean Spray

Cran Pomegranate; Ocean Spray Diet Cran Pomegranate; Ocean Spray Diet Cran Cherry; Ocean Spray Cranberry Cherry Flavor 100% Juice.

3. Collection of ingredient lists for the Ocean Spray Products. (Bates Numbers OS000045 – OS000056).

4. Collection of labels for the Ocean Spray Products. (Bates Numbers OS000071 – OS000088).

5. Ocean Spray Product Formula Description: Formula description for the Ocean Spray Cranberry Cherry Product, and any other of the Products listed in the Class Definition.

6. Krueger Food Laboratories, Inc.'s test results of a 64-ounce bottle of Ocean Spray Cran-Apple (Bates Number PLAINTIFF000001 and Exhibit 21 of Plaintiff Crystal Hilsley's deposition transcript).

7. Purchase orders showing that Ocean Spray has purchased malic acid from an ingredient supplier called Tate and Lyle (Bates Numbers OS000111 – OS000113).

8. Purchase orders showing that Ocean Spray has also purchased fumaric acid from Tate & Lyle (Bates Numbers OS000124 – OS000126).

9. Letter from Tate & Lyle to Ocean Spray: Tate & Lyle confirms that malic acid is not a natural product (Bates Number OS000089).

10. Letter from Tate & Lyle to Ocean Spray: Tate & Lyle confirms that fumaric acid is created synthetically (Bates Number OS000090).

11. Letter from Tate & Lyle to Ocean Spray: Tate & Lyle confirms that malic and fumaric acid are created synthetically (Bates Number OS000095).

12. Ocean Spray Cranberries, Inc.'s Raw Material Specification for Malic Acid (Bates Numbers OS000098 – OS000101; OS000108 – OS000110).

13. Ocean Spray Cranberries, Inc.'s Raw Material Specification for Fumaric Acid (Bates Numbers OS000091 – OS000094).

14. Screenshot from Ocean Spray's website showing the nutritional facts of Ocean Spray's "Diet Cranberry Cherry" Product and other Products.
15. Document titled "Technical Change Notification" (Bates Numbers OS000057 – OS000070).
16. Document titled Guidelines for Inhibition of TAB Growth in Juice (Bates Numbers OS000042-OS000044).
17. Document titled Ocean Spray Cranberries, Inc. Ingredient Competitive Bidding Event (Bates Numbers TATE000009-TATE000013).
18. Ocean Spray and Tate & Lyle Contract (Bates Number TATE000039-TATE000043).
19. Document titled Ocean Spray Cranberries, Inc. Raw Material Specification for malic acid (Bates Numbers TATE000048-TATE000050).
20. Document titled Ocean Spray Cranberries, Inc. Raw Materials Fumaric Acid (Bates Numbers TATE000051-TATE000052).
21. Defendants' Responses to Plaintiff's First Set of Interrogatories.
22. Defendants' Supplemental Responses to Interrogatories 3 and 4 Pursuant to Court's Order.
23. Retail sales data of Ocean Spray products produced by Information Resources, Inc. (Bates Number IRI000001).
24. Document titled California Walmart Sales Data (1/1/11 - 1/14/19) (Bates Numbers WM Matter No. 2018-013133C000001-2018-013133C000658).
25. Samples of aqueous solutions of water with malic acid and/or fumaric acid and/or natural flavors and/or fruit juice or fruit juice concentrates and/or added sugars and/or other organic acids, and containers thereof, along with measuring and testing equipment.

Plaintiff further reserves the right to introduce the following exhibits at trial:

26. Snyder Communications, Inc.'s Form 10-K.
27. Havas 2015 Annual Financial Report.

28. Material Safety Data Sheets from Bartek Ingredients (Bates Numbers OS000001-OS000003).
29. Material Safety Data Sheet from Tate & Lyle (Bates Numbers OS000004-OS000015).
30. Safety Data Sheet from Bartek Ingredients (Bates Numbers OS000023-OS000026).
31. Document titled Creative Brief: Club Shrink Overwrap (Bates Numbers OS000035-OS000036).
32. Ocean Spray Cranberries, Inc. documents (Bates Numbers OS000001 – OS000126).
33. Tate & Lyle documents (Bates Numbers TATE000001-TATE000246).
34. Expert Report of Plaintiff's expert Dr. George E. Belch.
35. Supplemental Expert Report of Plaintiff's expert Dr. George E. Belch.
36. Expert Report of Plaintiff's expert Dr. Alan Goedde.
37. Supplemental Expert Report of Plaintiff's expert Dr. Alan Goedde.
38. Second Supplemental Expert Report of Plaintiff's expert Dr. Alan Goedde.
39. Expert Report of Plaintiff's expert Dr. Laszlo Somogyi.
40. Rebuttal Expert Report of Plaintiff's expert Dr. Henry Chin.
41. Expert Report of Ocean Spray employee Paula Lent.
42. Expert Rebuttal Report of Defendants' expert Nancy Higley.
43. Expert Rebuttal Report of Defendants' expert Nicole Liska.
44. Expert Rebuttal Report of Defendants' expert Sarah Butler.
45. Deposition Transcript of Crystal Hilsley and exhibits attached thereto.
46. Deposition Transcript of George Belch and exhibits attached thereto.
47. Deposition Transcript of Laszlo Somogyi and exhibits attached thereto.
48. Deposition Transcript of Alan Goedde and exhibits attached thereto.
49. Deposition Transcript of Paula Lent and exhibits attached thereto.
50. Deposition Transcript of Nancy Higley and exhibits attached thereto.

51. Deposition Transcript of Nicole Liska and exhibits attached thereto.

52. Deposition Transcript of Paula Butler and exhibits attached thereto.

53. Deposition Transcript of Erich Fritz and exhibits attached thereto.

54. Deposition Transcript of Matthew Duane and exhibits attached thereto.

Plaintiff reserves the right to use and/or enter into evidence at trial any Exhibit listed by Defendant, and further reserves her right to use and/or enter into evidence at trial Exhibits used solely for impeachment purposes and/or rebuttal.

Dated: July 26, 2019

Respectfully submitted,

By: */s/ Ronald A. Marron*
RONALD. A. MARRON

**LAW OFFICES OF RONALD A. MARRON, APLC**
RONALD A. MARRON
MICHAEL HOUCHIN
LILACH HALPERIN
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
***Attorneys for Plaintiff and the Class***