GREENBERG TRAURIG, LLP
Rick L. Shackelford (SBN 151262)
Adam Siegler (SBN 116233)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700; Fax: 310-586-7800
Email:   ShackelfordR@gtlaw.com
         SieglerA@gtlaw.com

Attorneys for Defendants
Ocean Spray Cranberries, Inc. and Arnold Worldwide, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC.; ARNOLD WORLDWIDE LLC, and Doe Defendants 1 through 5, inclusive,<br><br>Defendant. | CASE NO.: 3:17-CV-2335-GPC-MDD<br><br>[Hon. Gonzalo P. Curiel]<br><br>**DEFENDANT OCEAN SPRAY CRANBERRIES, INC.'S EVIDENTIARY OBJECTIONS TO PLAINTIFF'S RULE 26(a)(3)(A) PRETRIAL DISCLOSURES**<br><br>Pretrial Conference: August 23, 2019<br>Time:                1:30 p.m.<br>Courtroom:           2D<br><br>Date of Removal:   September 19, 2017 |

Defendant Ocean Spray Cranberries, Inc. ("Ocean Spray") hereby submits these Evidentiary Objections to Plaintiff's Rule 26(a)(3) Pretrial Disclosures [Dkt. 202]:

| Material Objected to: | Grounds for Objection: |
|---|---|
| 1. Exhibit 6: "Krueger Food Laboratories, Inc.'s test results of a 64-ounce bottle of Ocean Spray Cran-Apple" | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901). |
| 2. Exhibit 7: "Purchase orders showing that Ocean Spray has purchased malic acid from an ingredient supplier called Tate and Lyle" | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901); Irrelevant and cumulative as Ocean Spray will stipulate that it purchases artificial malic and fumaric acid from Tate & Lyle (FRE 401, 402, 403). |
| 3. Exhibit 8: "Purchase orders showing that Ocean Spray has also purchased fumaric acid from Tate & Lyle." | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901); Irrelevant and cumulative as Ocean Spray will stipulate that it purchases artificial malic and fumaric acid from Tate & Lyle (FRE 401, 402, 403). |
| 4. Exhibit 9: "Letter from Tate & Lyle to Ocean Spray: Tate & Lyle confirms that malic acid is not a natural product." | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901); Irrelevant and cumulative as Ocean Spray will stipulate that it purchases artificial |

| | |
|---|---|
| | malic and fumaric acid from Tate & Lyle (FRE 401, 402, 403). |
| 5. Exhibit 10: "Letter from Tate & Lyle to Ocean Spray: Tate & Lyle confirms that fumaric acid is created synthetically." | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901); Irrelevant and cumulative as Ocean Spray will stipulate that it purchases artificial malic and fumaric acid from Tate & Lyle (FRE 401, 402, 403). |
| 6. Exhibit 11: "Letter from Tate & Lyle to Ocean Spray: Tate & Lyle confirms that malic and fumaric acid are created synthetically." | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901); Irrelevant and cumulative as Ocean Spray will stipulate that it purchases artificial malic and fumaric acid from Tate & Lyle (FRE 401, 402, 403). |
| 7. Exhibit 17: "Document titled Ocean Spray Cranberries, Inc. Ingredient Competitive Bidding Event." | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901); Irrelevant and cumulative as Ocean Spray will stipulate that it purchases artificial malic and fumaric acid from Tate & Lyle (FRE 401, 402, 403). |
| 8. Exhibit 18: "Ocean Spray and Tate & Lyle Contract." | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901); Irrelevant and cumulative as Ocean Spray will |

| | | |
|---|---|---|
| | | stipulate that it purchases artificial malic and fumaric acid from Tate & Lyle (FRE 401, 402, 403). |
| | 9. Exhibit 33: "Tate & Lyle documents." | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901); Irrelevant and cumulative as Ocean Spray will stipulate that it purchases artificial malic and fumaric acid from Tate & Lyle (FRE 401, 402, 403). |
| | 10. Exhibit 23: "Retail sales data of Ocean Spray products produced by Information Resources, Inc" | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901). |
| | 11. Exhibit 24: "Document titled California Walmart Sales Data (1/1/11 - 1/14/19)" | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901). |
| | 12. Exhibit 25: "Samples of aqueous solutions of water with malic acid and/or fumaric acid and/or natural flavors and/or fruit juice or fruit juice concentrates and/or added sugars and/or other organic acids, and containers thereof, along with measuring and testing equipment." | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901); Irrelevant (FRE 401, 402); Evidentiary value substantially outweighed by danger of confusing issues, misleading jurors, and/or wasting time (FRE 403); Exceeds scope of expert report; |

3

| | |
|---|---|
| | Improper experimentation involving jurors and witness as participants. |
| 13. Exhibit 26: "Snyder Communications, Inc.'s Form 10-K." | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901); Irrelevant (FRE 401, 402). |
| 14. Exhibit 27: "Havas 2015 Annual Financial Report." | Hearsay (FRE 801, 802); Lacks foundation (FRE 602, 901); Irrelevant (FRE 401, 402). |
| 15. Exhibit 34: "Expert Report of Plaintiff's expert Dr. George E. Belch." | Hearsay (FRE 801, 802). |
| 16. Exhibit 35: "Supplemental Expert Report of Plaintiff's expert Dr. George E. Belch." | Hearsay (FRE 801, 802). |
| 17. Exhibit 36: "Expert Report of Plaintiff's expert Dr. Alan Goedde." | Hearsay (FRE 801, 802). |
| 18. Exhibit 37: "Supplemental Expert Report of Plaintiff's expert Dr. Alan Goedde." | Hearsay (FRE 801, 802). |

4

3:17-CV-2335
OCEAN SPRAY'S EVIDENTIARY OBJECTIONS TO RULE 26(A)(3) PRETRIAL DISCLOSURES

| | |
|---|---|
| 19. Exhibit 38: "Second Supplemental Expert Report of Plaintiff's expert Dr. Alan Goedde." | Hearsay (FRE 801, 802). |
| 20. Exhibit 39: "Expert Report of Plaintiff's expert Dr. Laszlo Somogyi." | Hearsay (FRE 801, 802). |
| 21. Exhibit 40: "Rebuttal Expert Report of Plaintiff's expert Dr. Henry Chin." | Hearsay (FRE 801, 802). |

Dated: August 16, 2019　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　GREENBERG TAURIG, LLP

　　　　　　　　　　　　　　　　By: *Rick Shackelford*
　　　　　　　　　　　　　　　　　　Rick L. Shackelford
　　　　　　　　　　　　　　　　　　Adam Siegler
　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　Ocean Spray Cranberries, Inc. and
　　　　　　　　　　　　　　　　Arnold Worldwide, LLC

5

3:17-CV-2335
OCEAN SPRAY'S EVIDENTIARY OBJECTIONS TO RULE 26(A)(3) PRETRIAL DISCLOSURES