**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
*Attorneys for Plaintiff and the Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC.; ARNOLD WORLDWIDE LLC, and Doe defendants 1 through 5, inclusive,<br><br>Defendants. | Case No. 3:17-CV-2335-GPC-MDD<br><br>**CLASS ACTION**<br><br>**PLAINTIFF CRYSTAL HILSLEY'S OBJECTIONS TO DEFENDANT'S FED. R. CIV. P. 26(a)(3) PRETRIAL DISCLOSURES**<br><br>Hon. Gonzalo P. Curiel |

Plaintiff Crystal Hilsley hereby objects to Defendant Ocean Spray Cranberries, Inc.'s Rule 26(a)(3) disclosures as follows:

### A. <u>Witnesses Defendant Expects to Present Or May Present at Trial</u>

Defendant identified Kevin Penwell as a witness Defendant expects to present at trial and Miriam Maxwell as a witness Defendant may present at trial. Defendant failed to disclose both Penwell and Maxwell in its initial disclosures, discovery responses, or otherwise. Accordingly, Plaintiff will be prejudiced if Defendant calls Mr. Penwell or Ms. Maxwell because Defendant failed to properly disclose Mr. Penwell and Ms. Maxwell as potential witnesses. Plaintiff therefore objects to both Kevin Penwell and Miriam Maxwell as witnesses.

### B. <u>Exhibits Defendant Expects to Present Or May Present at Trial</u>

| Exhibit No. | Defendant's Description of Exhibit in FRCP 26(a)(3) Disclosures | Plaintiff's Objections |
|---|---|---|
| 1 | LinkedIn Profile of Plaintiff Crystal Hilsley, dated 8/3/2018 | Relevance (FRE 402); Prejudice, Confusion, Waste of Time (FRE 403); Character Evidence (FRE 404); Authenticity (FRE 901) |
| 2 | Printout of https://www.crystalclearkids.com, dated 8/1/2018 | Relevance (FRE 402); Prejudice, Confusion, Waste of Time (FRE 403); Character Evidence (FRE 404); Authenticity (FRE 901) |
| 3 | Crystalclearkids Instagram post dated 4/9/2017 | Relevance (FRE 402); Prejudice, Confusion, Waste of Time (FRE 403); Character Evidence (FRE 404); |

| | | |
|---|---|---|
| | | Authenticity (FRE 901) |
| 4 | Crystalclearkids Instagram post dated 9/12/2017 | Relevance (FRE 402); Prejudice, Confusion, Waste of Time (FRE 403); Character Evidence (FRE 404); Authenticity (FRE 901) |
| 5 | Crystalclearkids Instagram post dated 3/29/2016 | Relevance (FRE 402); Prejudice, Confusion, Waste of Time (FRE 403); Character Evidence (FRE 404); Authenticity (FRE 901) |
| 6 | Crystalclearkids Instagram post dated 2/23/2018(?) | Relevance (FRE 402); Prejudice, Confusion, Waste of Time (FRE 403); Character Evidence (FRE 404); Authenticity (FRE 901) |
| 7 | Crystalclearkids Instagram post dated 3/25/2018 | Relevance (FRE 402); Prejudice, Confusion, Waste of Time (FRE 403); Character Evidence (FRE 404); Authenticity (FRE 901) |
| 8 | Crystalclearkids Instagram post dated 6/24/2016 | Relevance (FRE 402); Prejudice, Confusion, Waste of Time (FRE 403); Character Evidence (FRE 404); Authenticity (FRE 901) |
| 9 | Crystalclearkids Instagram post dated 3/31/2018 | Relevance (FRE 402); Prejudice, Confusion, Waste |

| | | | |
|---|---|---|---|
| 1 | | | of Time (FRE 403); Character |
| 2 | | | Evidence (FRE 404); |
| 3 | | | Authenticity (FRE 901) |
| 4 | 10 | January 10, 2017 episode description for Alternative Health Tools Podcast featuring Plaintiff Crystal Hilsley | Relevance (FRE 402); Prejudice, Confusion, Waste of Time (FRE 403); Character Evidence (FRE 404); Authenticity (FRE 901) |
| 9 | 12 | January 9, 2019 Letter from Ryan Ausbrooks at Walmart Inc. to Michael Houchin | Relevance (FRE 402); Hearsay (FRE 801, 802) |
| 12 | 13 | Email chain between George Belch and Riley Hendrickson | Relevance (FRE 402); Hearsay (FRE 801, 802) |
| 14 | 14 | Reference Manual of Scientific Evidence, Third Edition | Relevance (FRE 402); Authenticity (FRE 901) |
| 16 | 32 | Instructions for NERA Juice Purchasers Survey Conducted by Ocean Spray's Expert Sarah Butler | Cumulative of Expert Testimony (FRE 403); Hearsay (FRE 801, 802); |
| 19 | 33 | Summary: Relative Importance of "No Artificial" Compared to "Artificially Flavored" | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403) |
| 23 | 34 | Summary: How Being "Artificially Flavored" Influences Price Consumers are Willing to Pay | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403) |
| 27 | 35 | Summary: Average Willingness to Pay Between Test and Control | Hearsay (FRE 801, 802); Foundation (FRE 602); |

| | | | |
|---|---|---|---|
| | | | Cumulative of Expert Testimony (FRE 403) |
| | 36 | Summary: Age by Gender Distribution of All Survey Respondents | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403) |
| | 37 | Summary: Regional Distribution of Respondents | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403) |
| | 38 | Summary: All Natural/No Artificial Flavors as a Reason for Purchase | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Relevance (FRE 402) |
| | 39 | Summary: Reason for Purchasing Juice by Brand | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Relevance (FRE 402) |
| | 40 | Summary: Most Important Reason for Purchasing by Brand | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Relevance (FRE 402) |
| | 41 | Summary: Average Points Given to Factors of Purchase Decision - Ocean Spray | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert |

| | | |
|---|---|---|
| | | Testimony (FRE 403); Relevance (FRE 402) |
| 42 | Summary: Distribution of Points Given to Factors of Purchase Decision - Ocean Spray | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Relevance (FRE 402) |
| 43 | Summary: Average Points Given to Factors of Purchase Decision – Comparable Non-Ocean Spray Products | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Relevance (FRE 402) |
| 44 | Summary: Comparison Between California Resident Survey Respondents and Overall Survey Results Prepared by Ocean Spray's Expert Sarah Butler | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Relevance (FRE 402) |
| 45 | Summary: Comparison Between Dr. Belch's Price and Actual Average Per-Unit Price Paid | Hearsay (FRE 801, 802); Cumulative of Expert Testimony (FRE 403); Prejudice, Confusion, Misleading the Jury (403) |
| 46 | Chart: Comparison of $3.25 Average Price to Actual Weighted Average Price | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Incorrect Representation; Prejudice, Confusion, |

|   |   |   |
|---|---|---|
|   |   | Misleading the Jury (403) |
| 47 | Summary: Distribution of Purchases of 64 Oz. Products | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Prejudice, Confusion, Misleading the Jury (403) |
| 48 | Chart: Average Purchase Prices by Packaging Sizes | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Relevance (401-402); Prejudice, Confusion, Misleading the Jury (403) |
| 49 | Chart: Ratio of 64 Oz. Products to Other Packaging Sizes | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Relevance (401-402); Prejudice, Confusion, Misleading the Jury (403) |
| 50 | Summary: 64 Oz. Products Details | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Confusion, Misleading the Jury (403) |
| 51 | Summary: Relevant Products | Hearsay (FRE 801, 802); |

| | | | |
|---|---|---|---|
| 1 2 3 4 5 6 | | Summary by Packaging Size | Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Relevance (401-402); Prejudice, Confusion, Misleading the Jury (403) |
| 7 8 9 10 11 12 13 | 52 | Summary: Price Per Unit Vs. Unit Sales Distribution of 64 Oz. Products | Hearsay (FRE 801, 802); Foundation (FRE 602); Cumulative of Expert Testimony (FRE 403); Incorrect Representation; Prejudice, Confusion, Misleading the Jury (403) |
| 14 15 16 | 53 | Ocean Spray Product Formula: Ocean Spray Cran Apple | Authenticity (FRE 901); Foundation (FRE 602); Not Timely Disclosed[1] |
| 17 18 19 | 54 | Ocean Spray Product Formula: Ocean Spray Cran Grape | Authenticity (FRE 901); Foundation (FRE 602); Not Timely Disclosed |
| 20 21 22 | 55 | Ocean Spray Product Formula: Ocean Spray "100% Apple" Juice Drink | Authenticity (FRE 901); Foundation (FRE 602); Not Timely Disclosed |
| 23 24 | 56 | Ocean Spray Product Formula: Ocean Spray Cran Raspberry | Authenticity (FRE 901); Foundation (FRE 602); Not |

---

[1] Plaintiff objects to the documents disclosed for the first time by Defendant on August 2, 2019 with no identifying or source/custodial information. The late-produced documents bear no Bates numbers, indicating that they were not produced during discovery.

|  |  |  |
|---|---|---|
|  |  | Timely Disclosed |
| 57 | Ocean Spray Product Formula: Ocean Spray Wave Apple with White Cranberries | Authenticity (FRE 901); Foundation (FRE 602); Not Timely Disclosed |
| 58 | Ocean Spray Product Formula: Ocean Spray Wave Berry Medley | Authenticity (FRE 901); Foundation (FRE 602); Not Timely Disclosed |
| 59 | Ocean Spray Product Formula: Ocean Spray Cran Cherry | Authenticity (FRE 901); Foundation (FRE 602); Not Timely Disclosed |
| 60 | Ocean Spray Product Formula: Ocean Spray Cran Pineapple | Authenticity (FRE 901); Foundation (FRE 602); Not Timely Disclosed |
| 61 | Ocean Spray Product Formula: Ocean Spray Cran Pomegranate | Authenticity (FRE 901); Foundation (FRE 602); Not Timely Disclosed |
| 62 | Ocean Spray Product Formula: Ocean Spray Diet Cran Pomegranate | Authenticity (FRE 901); Foundation (FRE 602); Not Timely Disclosed |
| 63 | Ocean Spray Product Formula: Ocean Spray Diet Cran Cherry | Authenticity (FRE 901); Foundation (FRE 602); Not Timely Disclosed |
| 64 | Ocean Spray Product Formula: Ocean Spray Cranberry Cherry Flavor 100% Juice | Authenticity (FRE 901); Foundation (FRE 602); Not Timely Disclosed |

| | | |
|---|---|---|
| 1 | Dated: August 16, 2019 | Respectfully submitted, |
| 2 | | |
| 3 | | /s/ *Ronald A. Marron* |
| 4 | | RONALD A. MARRON |
| 5 | | **LAW OFFICES OF RONALD A. MARRON, APLC** |
| 6 | | |
| 7 | | RONALD A. MARRON |
| | | MICHAEL HOUCHIN |
| 8 | | LILACH HALPERIN |
| 9 | | 651 Arroyo Drive |
| 10 | | San Diego, California 92103 |
| | | Telephone: (619) 696-9006 |
| 11 | | Facsimile: (619) 564-6665 |
| 12 | | |
| 13 | | **LAW OFFICE OF DAVID ELLIOT** |
| | | DAVID ELLIOT (SBN 270381) |
| 14 | | *davidelliot@elliotlawfirm.com* |
| 15 | | 2028 3rd Avenue |
| | | San Diego, CA 92101 |
| 16 | | Telephone: (858) 228-7997 |
| 17 | | ***Attorneys for Plaintiff and the Class*** |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |