**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
*Attorneys for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>OCEAN SPRAY CRANBERRIES, INC.; ARNOLD WORLDWIDE LLC, and Doe defendants 1 through 5, inclusive,<br><br>　　　　　Defendants. | Case No. 3:17-CV-2335-GPC-MDD<br><br>**<u>CLASS ACTION</u>**<br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. Gonzalo P. Curiel |

-1-
*Hilsley v. Ocean Spray Cranberries, Inc., et al.*, Case No. 3:17-CV-2335
NOTICE OF SETTLEMENT

**TO THE HONORABLE COURT:**

Plaintiff Crystal Hilsley ("Plaintiff") and Defendant Ocean Spray Cranberries, Inc. ("Defendant") (collectively "the Parties") hereby provide notice that a class action settlement has been reached in this matter. Accordingly, the Parties respectfully request that the Court vacate all pending deadlines. The Parties will soon be filing a Motion for Preliminary Approval of the class action settlement.

Dated: October 18, 2019      Respectfully submitted,

**LAW OFFICES OF RONALD A. MARRON, APLC**

/s/ *Ronald A. Marron*
Ronald A. Marron
*Counsel for Plaintiff Crystal Hilsley*

Dated: October 18, 2019      Respectfully submitted,

**GREENBERG TRAURIG, LLP**

/s/ *Ricky Lynn Shackelford*
Ricky Lynn Shackelford
*Counsel for Defendant Ocean Spray Cranberries, Inc.*

**ELECTRONIC SIGNATURE CERTIFICATION**

I, Ronald A. Marron, hereby attest that concurrence in the filing of this NOTICE OF SETTLEMENT has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 18, 2019, at San Diego, California.


By: /s/ *Ronald A. Marron*
Ronald A. Marron

-1-
*Hilsley v. Ocean Spray Cranberries, Inc., et al.*, Case No. 3:17-CV-2335
NOTICE OF SETTLEMENT