GREENBERG TRAURIG, LLP
Rick L. Shackelford (SBN 151262)
Adam Siegler (SBN 116233)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Telephone: 310-586-7700; Fax: 310-586-7800
Email:   *ShackelfordR@gtlaw.com*
         *SieglerA@gtlaw.com*

Attorneys for Defendant
Ocean Spray Cranberries, Inc.

LAW OFFICES OF RONALD A. MARRON
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

Attorneys for Plaintiff and the Class

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated, | CASE NO.: 3:17-CV-2335-GPC-MDD |
| Plaintiff, | **CLASS ACTION** |
| v. | **STIPULATION AND JOINT MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT** |
| OCEAN SPRAY CRANBERRIES, INC., | Judge: Hon. Gonzalo P. Curiel |
| Defendant. | Date of Removal:  September 19, 2017 |

Plaintiff Crystal Hilsley ("Plaintiff") and Defendant Ocean Spray Cranberries, Inc. ("Defendant") (collectively "the Parties") respectfully and jointly move the Court for an order granting Plaintiff leave to file an Amended Class Action Complaint, a copy of which is attached hereto as **Exhibit A**, pursuant to Federal Rule of Civil Procedure 15(a)(2).

**WHEREAS**, the original Complaint in this action was filed on September 19, 2017 (Dkt. No. 1);

**WHEREAS**, Federal Rule of Civil Procedure 15(a)(2) permits a party to amend a pleading "with the opposing party's written consent or the court's leave" and states that "[t]he court should freely give leave when justice so requires."

**WHEREAS**, on July 3, 2019 the Court granted defendant Arnold Worldwide LLC's motion for summary judgment as to all claims alleged against it (Dkt. No. 193);

**WHEREAS**, Plaintiff and Defendant have agreed that Plaintiff may file an Amended Class Action Complaint that (1) confirms that Arnold Worldwide LLC has been dismissed from this case, (2) adds an additional named plaintiff to this action, and (3) seeks certification of an expanded proposed class;

**WHEREAS**, on September 19, 2019 the Parties executed a Class Action Settlement Term Sheet and Memorandum of Understanding setting forth the material terms by which the Parties could fully resolve and settle the claims asserted by Plaintiff on a nationwide basis;

**WHEREAS**, on October 18, 2019 the Parties executed a formal Class Action Settlement Agreement, which, if approved by the Court, will fully and finally resolve all claims in the proposed Amended Class Acton Complaint;

**WHEREAS**, the Parties intend to file a Motion for Preliminary Approval of their Class Action Settlement;

**WHEREAS**, entry of an order granting Plaintiff leave to file an Amended Class action Complaint will facilitate settlement of this case by aligning the operative pleading with the terms of the Class Action Settlement;

**NOW, THEREFORE**, the Parties agree and stipulate as follows:

- Defendant consents to Plaintiff's filing of the Amended Class Action Complaint;
- Plaintiff acknowledges that Defendant's consent to the filing of the Amended Class Action Complaint does not constitute a waiver of any rights, claims, or defenses Defendant may have, all of which are expressly reserved; and
- Defendant's Answer to the original Class Action Complaint (Dkt. No. 3) will be deemed to have been filed in response to Plaintiff's Amended Class Action Complaint once that amended complaint is filed.

Accordingly, the Parties jointly and respectfully request that the Court enter an order granting Plaintiff leave to file the Amended Class Action Complaint pursuant to the Parties' stipulation and agreement.

Dated: October 24, 2019     Respectfully submitted,

GREENBERG TRAURIG, LLP

By: */s/ Rick L. Shackelford*
Rick L. Shackelford
Adam Siegler
Attorneys for Defendant
Ocean Spray Cranberries, Inc.

Dated: October 24, 2019     Respectfully submitted,

LAW OFFICES OF RONALD A. MARRON, APLC

By: */s/ Ronald A. Marron*
Ronald A. Marron
Attorneys for Plaintiff and the Class

## ELECTRONIC SIGNATURE CERTIFICATION

I, Ronald A. Marron, hereby attest that concurrence in the filing of this **STIPULATION AND JOINT MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT** has been obtained from the other signatory. I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 24, 2019, at San Diego, California.

By: /s/ *Ronald A. Marron*
Ronald A. Marron