# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC.,<br><br>Defendant. | CASE NO.: 3:17-CV-2335-GPC-MDD<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Gonzalo P. Curiel<br><br>Date of Removal: September 19, 2017 |

## ORDER GRANTING MOTION FOR LEAVE TO AMEND

The Court has considered the Parties' Joint Motion For Leave to File an Amended Class Action Complaint, which seeks leave of court for Plaintiff to file an Amended Class Action Complaint in this action that (1) confirms the Court's previous order (Dkt. No. 193) dismissing Arnold Worldwide LLC as a defendant in this action, (2) adds a second named plaintiff, and (3) seeks certification of an expanded proposed class.

GOOD CAUSE APPEARING, the Joint Motion is GRANTED. Plaintiff is granted leave to file an Amended Class Action Complaint. Plaintiff shall file the First Amended Class Action Complaint within three (3) from the filing of this order. At the time that Plaintiff's Amended Class Action Complaint is filed, Defendant shall file its Answer according to the Federal Rules of Civil Procedure. Nothing contained in this Order shall constitute a waiver by Defendant of any rights, claims, or defenses it may have to the Amended Class Action Complaint.

**IT IS SO ORDERED.**

Dated: October 25, 2019

Hon. Gonzalo P. Curiel
United States District Judge