**LAW OFFICES OF  RONALD A. MARRON, APLC**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
 651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**THE ELLIOT LAW FIRM**
DAVID ELLIOT (270381)
*elliot.david@hotmail.com*
3200 Fourth Avenue, Suite 207
San Diego, CA 92103
Telephone: (619) 468-4865

*Counsel for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY and WILLIAM RILEY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>OCEAN SPRAY CRANBERRIES, INC.,<br><br>        Defendant. | ) Case No. 3:17-cv-2335-GPC MDD<br>)<br>)<br>)<br>) **PROOF OF SERVICE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

-1-

1
2
3
4

I am employed in the County of San Diego, State of California.  I am over the age of eighteen years and not a party to the within action.  My business address is 651 Arroyo Drive, San Diego, California 92103.  On October 25, 2019, I served the following document(s):

5

6

- **FIRST AMENDED CLASS ACTION COMPLAINT;**

7

- **PROOF OF SERVICE.**

8
9

on the following interested parties:

| | |
|---|---|
| RICKY LYNN SHACKELFORD shackelfordr@gtlaw.com GREENBERG TRAURIG, LLP 1840 CENTURY PARK EAST, STE. 1900 LOS ANGELES, CA 90067 TELEPHONE (310)586-7800 FACIMILE (310) 586-7800 | COUNSEL FOR OCEAN SPRAY CRANBERRIES, INC.; ARNOLD WOLDWIDE LLC |
| DAVID ELLIOT *davidelliot@elliotlawfirm.com* 2028 3rd Avenue San Diego, CA 92101 Telephone: (858) 228-7997 | COUNSEL FOR PLAINTIFF |

10
11
12
13
14
15
16
17
18
19

20

by placing true copies as follows:

21
22
23
24
25

[X]     **As Indicated on Service List, by Electronic Filing and Service Pursuant to General Order 550:**  I caused the document(s) listed above via the Court's Electronic Filing System which constitutes service, pursuant to General Order 550 of the above-titled Court, upon the counsel on service list.

26
27
28

I declare under penalty of perjury under the laws of the United States of America that I am a member of the Bar of this Court and that the foregoing is true and correct.

1

1    Executed on October 25, 2019, at San Diego, California.

2

3

4    /s/ *Ronald A. Marron*
     Ronald A. Marron

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

PROOF OF SERVICE