1  **BURSOR & FISHER, P.A.**
    L. Timothy Fisher (State Bar No. 191626)
2  Joel D. Smith (State Bar No. 244902)
3  1990 North California Blvd., Suite 940
    Walnut Creek, CA 94596
4  Telephone: (925) 300-4455
    Facsimile:  (925) 407-2700
5  E-Mail:  ltfisher@bursor.com
             jsmith@bursor.com
6
7  **NATHAN & ASSOCIATES, APC**
    Reuben D. Nathan (State Bar No. 208436)
8  2901 W. Coast Highway, Suite 200
    Newport Beach, California 92663
9  Telephone; (949) 270-2798
    Facsimile:  (949) 209-0303
10 E-Mail: rnathan@nathanlawpractice.com
11
    Attorneys for Proposed Intervenors Michael Froio and Mikhail Surman
12
13            **UNITED STATES DISTRICT COURT**
              **SOUTHERN DISTRICT OF CALIFORNIA**
14
15 CRYSTAL HILSLEY, on behalf of      | Case No. 3:17-cv-2335-GPC -MDD
    herself and others similarly situated
16          v.                         **DECLARATION OF MICHAEL J.**
                         Plaintiff,    **FROIO IN SUPPORT OF MOTION**
17                                     **TO INTERVENE**
18 MICHAEL FROIOand MIKHAIL
    SURMAN, on behalf of themselves and
19 all others similarly situated,
20                Proposed Intervenors,
21          v.
22 OCEAN SPRAY CRANBERRIES,
    INC.; ARNOLD WORLDWIDE LLC
23 and Doe defendants 1 through 5,
    inclusive,
24                Defendants.
25
26
27
28

(M.J.F.)

DECLARATION OF MICHAEL J. FROIO                CASE NO. 3:17-CV-2335-GPC -MDD

I, Michael J. Froio, do declare the following:

1.　I am the representative plaintiff in the case entitled *Froio v. Ocean Spray Cranberries, Inc., et al.*, Case No. 1:18-cv-12005 ("*Froio* Action").  I make this declaration of my own personal knowledge, and if called to testify, I could and would competently testify hereto under oath.

2.　On June 4 and 5, 2018, I had two conference calls with my attorneys, which involved an introduction, questions relating to my claims, and a discussion about the nature of litigation.  The first call was almost one and a half hours and the second call was nearly thirty minutes.

3.　On June 11 and 12, 2018, I received, reviewed, and discussed the terms of the retainer agreement with my attorneys, which took a total of two hour.

4.　On June 18, 2018, I discussed the laboratory testing of the Ocean Spray products with my attorneys for almost an hour.

5.　On September 20, 2018, I reviewed a copy of the draft of complaint filed in the *Froio* Action, which took me approximately one hour and a half to review.

6.　On March 27, 2019, I spoke with my attorneys, who informed me that my deposition would take place on April 17, 2019.  I put in the request at work to take the day off and was informed by my boss that I would not be paid for that day off from work.

7.　On March 30, 2019, I spent nearly two hours with my attorneys preparing for my deposition.  The next day, I was informed that my deposition would not go forward as scheduled on April 17, 2019.

8.　On April 21, 22 and 23, 2019, I reviewed the discovery propounded by Ocean Spray, which contained 41 requests for production of documents and 22 interrogatories.  I spent a total of seven hours reading, going over the requests,



DECLARATION OF MICHAEL J. FROIO

1

CASE NO. 3:17-CV-2335-GPC -MDD

asking questions, and assisting my attorneys with the responses over the course of three days.

9.     On June 8, 2019, I spoke with my attorneys about the June 18 mediation in the *Froio* Action.  Though I did not have to be present at the mediation, my attorneys told me that I needed to make myself available throughout the day while the mediation took place.

10.    On June 18, 2019, I set aside time throughout the entire day from 10:00 a.m. to 6:00 p.m. to be available to respond to my attorneys about developments in the mediation.

11.    On July 18, 2019, for the second mediation, for the same reasons, I also set aside time throughout the entire day from 9:00 a.m. to 4 p.m. to be available to respond to my attorneys.

12.    I estimate that I have spent approximately thirty hours and thirty minutes in total participating in the prosecution of the *Froio* Action.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.  Executed this 12/10/2019 in Boston , Massachusetts.

Michael J. Froio

M.J.F.

DECLARATION OF MICHAEL J. FROIO

CASE NO. 3:17-CV-2335-GPC -MDD

2