**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
MICHAEL T. HOUCHIN (SBN 305541)
*mike@consumersadvocates.com*
LILACH HALPERIN (SBN 323202)
*lilach@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
*Attorneys for Plaintiffs and the Class*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY and WILLIAM RILEY, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　vs.<br><br>OCEAN SPRAY CRANBERRIES, INC.,<br><br>　　　　　　　　　　Defendant. | CASE NO. 3:17-CV-2335-GPC-MDD<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:　July 31, 2020<br>Time:　1:30 p.m.<br>Ctrm:　2D<br>Judge:　Hon. Gonzalo P. Curiel |

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD. PLEASE TAKE NOTICE THAT** on July 31, 2020 at 1:30 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2D of the United States District Court for the Southern District of California located at 221 West Broadway, San Diego, California, 92101, before the Honorable Gonzalo P. Curiel presiding, Plaintiffs Crystal Hilsley and William Riley ("Plaintiffs") will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 23(e), for an Order Granting Final Approval of a Class Action Settlement between Plaintiffs and Defendant Ocean Spray Cranberries, Inc. ("Ocean Spray").

This Unopposed Motion is based on this Notice of Motion, Plaintiffs' concurrently-filed Memorandum of Points and Authorities in Support of the Unopposed Motion for Final Approval of Class Action Settlement, the concurrently-filed Declaration of Ronald A. Marron in Support of the Unopposed Motion for Final Approval of Class Action Settlement and Exhibits 1-3 attached thereto, the Declaration of Gajan Retnasaba in Support of the Unopposed Motion for Final Approval of Class Action Settlement and Exhibits A through E attached thereto, all prior pleadings and proceedings in this matter, and all other evidence and written and oral argument that will be submitted in support of the Motion.

Dated:   June 18, 2020            Respectfully submitted,


                                  /s/ *Ronald A. Marron*
                                      RONALD A. MARRON

                                  **LAW OFFICES OF RONALD A. MARRON, APLC**
                                  RONALD A. MARRON
                                  MICHAEL HOUCHIN
                                  LILACH HALPERIN
                                  651 Arroyo Drive

1

*Hilsley v. Ocean Spray Cranberries, Inc.*, No. 3:17-cv-2335-GPC-MDD
PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT

San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

**LAW OFFICE OF DAVID ELLIOT**
DAVID ELLIOT (SBN 270381)
*davidelliot@elliotlawfirm.com*
2028 3rd Avenue
San Diego, CA 92101
Telephone: (858) 228-7997
***Attorneys for Plaintiffs and the Class***

2

*Hilsley v. Ocean Spray Cranberries, Inc.*, No. 3:17-cv-2335-GPC-MDD
PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT