# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRYSTAL HILSLEY and WILLIAM RILEY, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OCEAN SPRAY CRANBERRIES, INC.,<br><br>Defendant. | Case No. 3:17-CV-2335-GPC-MDD<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO FILE DOCUMENTS UNDER SEAL** |

1  Before this Court is Plaintiffs' Motion to File Documents Under Seal. Having
2 considered the Motion and the proposed document to be filed under seal, the Court
3 concludes that good cause exists to seal the document. Accordingly, the Court
4 hereby **GRANTS** Plaintiffs' Motion to File Documents Under Seal. Accordingly,
5 the Clerk shall maintain under seal Exhibit 2 to the Declaration of Ronald A. Marron
6 in Support of Plaintiffs' Unopposed Motion for Final Approval of Class Action
7 Settlement

**IT IS SO ORDERED.**

Dated:  July 22, 2020

Hon. Gonzalo P. Curiel
United States District Judge